C. DENNIS LOOMIS (SBN: 082359)
   E-Mail:  CDLoomis@Buchalter.com
THOMAS J. SPEISS, III (SBN: 200949)
   E-Mail: TSpeiss@Buchalter.com
BUCHALTER, A PROFESSIONAL CORPORATION
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Tel.: (310) 490-3373
Fax: (213) 896-0400

Attorneys for Plaintiffs,
MICHAEL A. ROBINSON,
an Individual resident of Florida,
and GRABBA LEAF, LLC,
a Florida limited liability company

```
FILED
CLERK, U.S. DISTRICT COURT

8/18/21

CENTRAL DISTRICT OF CALIFORNIA
BY:    CS          DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

CV21-6689-RGK(JCx)

Case No. _____

**FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d)(8)**

**DECLARATION OF JOHN M. HOOD III IN SUPPORT OF EX PARTE APPLICATION OF GRABBA LEAF, LLC FOR TEMPORARY RESTRAINING ORDER, ORDER FOR SEIZURE AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

DECLARATION OF JOHN M. HOOD III

## DECLARATION OF JOHN M. HOOD III

I, John M. Hood III, declare:

1.      I submit this Declaration in support of the *Ex Parte* Application of Grabba Leaf, LLC ("Grabba Leaf") for Temporary Restraining Order, Order for Seizure and Order to Show Cause Re: Preliminary Injunction (the "*Ex Parte* Application").

2.      The following information is based upon my own personal knowledge and I could and would testify competently thereto if called upon to do so.

3.      I am the Director of Operations for L.S.S. Consulting, Inc. ("LSS"), an organization owned and operated by former Special Agents of the Federal Bureau of Investigation that provides investigation, risk management and security services for businesses nationally and internationally.

4.      Our services prominently include investigations on behalf of brand owners, and their legal counsel, who know or suspect that unauthorized third parties are making and/or distributing counterfeit versions of their well-known branded products. I have personally managed, directed and participated in hundreds of such investigations with LSS since 1998.

5.      In February 2021, I was contacted by an attorney for Grabba Leaf who engaged us to investigate suspected counterfeit sales of Grabba Leaf whole leaf cigar wrap products by a tobacco products wholesaler doing business at 8856 S. Western Ave. in Los Angeles as Western Wholesale, also known as Quick Tobacco ("Western Wholesale"). (The circumstances that led Grabba Leaf to engage LSS are explained in the Declaration of Grabba Leaf owner Michael A. Robinson.)

6.      I then engaged Najar Investigations, a California licensed private investigation agency that LSS had worked with on many prior successful anti-counterfeiting operations, to investigate the activities of Western Wholesale regarding Grabba Leaf products. As it happens, LSS had already been engaged by two other companies making and selling tobacco related products (rolling papers)

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 46504214v3

under their respective high profile brands, to investigate suspected sales of counterfeit copies of their products by Western Wholesale. Prior to the Grabba Leaf project, Najar Investigation agents and other California based investigators retained by LSS had made multiple separate purchases of the products of both companies from Western Wholesale, and each of the brand owners had confirmed that their branded products purchased from Western Wholesale were counterfeit.

7.     At my direction, starting on February 11 and continuing through June 18, 2021, Najar Investigation agents made six separate visits to Western Wholesale, purchasing substantial quantities of Grabba Leaf "whole leaf" tobacco and Grabba Leaf "cigar wraps," packaged for consumer sale in individual sealed, distinctively styled Grabba Leaf foil packs. (The details of these purchases are set forth in the Declarations of Mohammed Najar and Chris Ghandour.)

8.     The Najar agents promptly delivered each of the Grabba Leaf products purchased from Western Wholesale, unopened, to me, and I then promptly forwarded them to Mr. Robinson at Grabba Leaf, for examination. As attested in the Declaration of Michael A. Robinson, he confirmed that each and every any Grabba Leaf product purchased from Western Wholesale from February through June was counterfeit.

9.     In order to avoid any suspicion among Western Wholesale personnel that they had some special interest in Grabba Leaf products, the agents also bought many other companies' tobacco related products. These "cover" purchases included products from well-known manufacturers of tobacco vape pens and cigarette rolling trays. Suspecting that these products may have been counterfeit, LSS provided them to the respective brand owners for examination. These brand owners confirmed that the products purchased from LSS were indeed counterfeit. These companies engaged LSS to further investigate Western Wholesale on their behalf, and we have made additional purchases from Western Wholesale of counterfeit products bearing these companies' brands.

DECLARATION OF JOHN M. HOOD III

10.     LSS has searched the records of the California Secretary of State's office and other publicly available information for more information about Western Wholesale and about the individuals who appear to be the owners or managers of that operation.  We have learned that "Western Wholesale" is a fictitious business name for Best Price Distributors, LLC, a California limited liability company, and that it also uses the fictitious business name "Quick Tobacco Wholesale."  Sandra Cervantes is listed as the agent for service of process for Best Price Distributors. Secretary of State records also show that on May 12, 2020, an entity named "All Grabba Leaf LLC" was registered as a California limited liability company.  Sandra Cervantes is also listed as the agent for service of process for All Grabba Leaf, LLC.

11.     On his purchase visit to Western Wholesale on February 11, 2021, Najar Investigations Agent Chris Ghandour saw a woman who was identified to him as Sandra Cervantes.  He also spoke to a man who identified himself as Kal Ahmed.  This individual later instructed the clerk who was assisting Ghandour with his purchases to give him some free products.

12.     Further online research of publically available records reveal that Sandra Cervantes is also known as Sandra S. Cervantes, Sandra Ahmed, Sandra Soto, and Sandra Tivantes.  She appears to have used two different social security numbers, with the first six digits the same but the last four digits the same but in different order, and two different birth dates, separated by 12 days.

13.     The individual identified to agent Ghandour as Kal Ahmed is also known as Khaled M. Ahmed, Khaled Mohamed, Khaled Hussein Ahmed, Kaz Ahmed, Khaled Zarik, Mohamed Ahmed, Donald L. Moss, Lee Mos, Kahalid Ahmed, and Khalee Ahmed.

14.     Press reports and California federal district court records reveal that in 2003, Khaled Ahmed and Sandra Cervantes were criminally indicted by a federal grand jury in Sacramento for a Medicare fraud scheme that they had operated for

BUCHALTER

BN 46504214v3

1  over five years. They were charged with defrauding the Medicare system of over

2  $40 million in phony Medicare billings – up to that time, the largest Medicare fraud

3  case ever filed in Sacramento.  In 2007, Khaled Ahmed entered a guilty plea two

4  weeks into his jury trial in the Central District of California before Judge Dean

5  Pregerson.  Pursuant to that plea agreement, the charges against his wife Sandra

6  Cervantes were dismissed.  (See **Ex. 16** attached hereto, an article from the

7  Los Angeles Times dated October 10, 2003, and **Ex. 17** the Order dismissing

8  the Sandra Cervantes indictment.)

9      15.  Based upon more than 20 years' experience managing and directing

10 anti-counterfeiting investigations and in working with legal counsel for clients

11 prosecuting the subjects of our investigations for counterfeiting violations, it is my

12 professional opinion and firm belief that if Western Wholesale is given advance

13 notice that an order for seizure of its inventory of counterfeit Grabba Leaf products

14 and related business records has been issued, it will remove, conceal or otherwise

15 dispose of that inventory and the related business records before any seizure can

16 take place.  I base this judgment on the following facts:

17     a. The counterfeit Grabba Leaf products are small and light.  Many

18     hundreds or even thousands of these counterfeit packages could be

19     packed in only a few standard bankers' boxes that one person could

20     easily carry and that could be surreptitiously transported in any

21     domestic automobile.  Once removed, there is every reason to believe

22     that these same dangerous counterfeit products will resurface and be

23     distributed to the public somewhere else by someone else.

24     b. Based on LSS investigations for five of the leading brands in the

25     tobacco related products market, we know that Western Wholesale has

26     been brazenly and continuously selling large quantities of counterfeit

27     products for many months before, and continuously since, the Grabba

28     Leaf investigation began in February 2021.The evidence we have

DECLARATION OF JOHN M. HOOD III

BUCHALTER
A Professional Corporation

developed reveals that Western Wholesale is a virtual emporium of counterfeit tobacco related products.

c. Two of the principals in the Western Wholesale operation, Khaled Ahmed and Sandra Cervantes, are known to use multiple aliases, to use multiple birth dates and social security numbers, and to have operated multiple business entities. Moreover, each of them has been charged with massive criminal fraud, and Kahled Ahmed plead guilty to those charges while negotiating a plea deal that allowed his wife Sandra Cervantes to escape prosecution. There is no reason to believe that these individuals will hesitate for a moment to conceal the evidence of their massive counterfeiting violations and thereby seek to escape or frustrate Grabba Leaf's ability to receive justice and to assure that all remaining inventory of the dangerous counterfeit Grabba Leaf products are safely removed from the marketplace.

d. Given that tobacco products are tightly regulated and heavily taxed at the federal and state levels, and that Western Wholesale and its suppliers are evading such regulations and taxes by their dealing in counterfeit tobacco products, the adverse consequences of this unlawful conduct go well beyond civil liability for Lanham Act violations, thus substantially increasing the motivation to hide, conceal or destroy the evidence of the counterfeiting activity.

BUCHALTER

BN 46504214v3

1    I declare under the penalty of perjury under the laws of the United States that
2    the foregoing is true and correct.  Executed at Commerce Township, Michigan on
3    August 9, 2021.

4

5    By: _____
                    John M. Hood III
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOHN M. HOOD III

# EXHIBIT 16



# Couple Charged in $40-Million Health Fraud

BY TIM REITERMAN
OCT 10, 2003 12 AM PT
TIMES STAFF WRITER

In one of the largest alleged health-care frauds in California, two Los Angeles people were charged Thursday in a scheme to bilk two government programs out of more than $40 million by stealing doctors' identities, illegally running half a dozen medical clinics and dispensing gifts at health fairs to find patients for phony billings.

A federal grand jury in Sacramento indicted Khaled Ahmed, 41, and Sandra Cervantes, 31, on charges that they had defrauded and tried to defraud the Medi-Cal and Family Planning, Access, Care and Treatment programs from 1996 to mid-2000.

Of more than 350 health fraud cases ever filed by the U.S. attorney's office in Sacramento, where most such federal prosecutions are handled, this was the largest.

If convicted, each defendant faces as much as 10 years in prison, said Assistant U.S. Atty. Daniel S. Linhardt.

SUBSCRIBERS ARE READING

ENTERTAINMENT & ARTS
Inside the heartbreaking conservatorship battle of a 'Star Trek' legend

CALIFORNIA
Child COVID-19 hospitalization rates hit record in U.S. — but not in California. Here's why

CALIFORNIA
One person stabbed as COVID anti-vaxxers and counterdemonstrators clash in front of L.A. City Hall

TELEVISION
How 'The White Lotus' turned a $9,000-a-night resort into the 'hotel from hell'

OPINION



The two are charged with stealing the identities of doctors and patients so they could bill the programs for lab tests, medical supplies and drugs that were not provided and for services that were exaggerated or were provided by unlicensed personnel.

The indictment alleges that Ahmed obtained the names of many patients by setting up mobile clinics at health fairs in the Huntington Park area, then enticing them with gifts and services to enroll in the family planning program. At the health fairs, the patients provided urine and blood samples that could aid in producing false billings.

"Although the patients did not see a doctor or receive any treatment or services," according to the indictment, the couple submitted bills "as if those individuals had been to an office visit."

Prosecutors said Ahmed owned several clinics in Los Angeles and Huntington Park, although only a licensed doctor may own a clinic and bill the state- and U.S.-funded Medi-Cal program. He also owned three pharmacies in Huntington Park.

In 1996, Ahmed and Cervantes, his wife, allegedly got a doctor's medical license number and repeatedly forged documents to get a Medi-Cal provider number, which is needed to bill the agency.



## Los Angeles Times

According to the indictment, they were able to obtain several billing numbers for the clinics and for the doctor, who treated patients there only briefly, in 1998.

After the doctor discovered they were misusing his provider number, the two defendants allegedly found another doctor to act as the sham owner of the clinics.

They also hired another doctor to work at the clinics. But because that doctor had been suspended from participation in the state health programs, the couple allegedly used the name of the doctor acting as the sham owner and had him sign the Medi-Cal billings for treatment he had not performed.

The two are charged with using the provider numbers of several other doctors who worked at the clinics for more false billings, but without the doctors' consent.

In addition, they are charged with billing for full office visits and counseling sessions when the patients were in the clinics only long enough to be signed up for the family planning program and to have blood and urine specimens taken.

Ahmed was charged with directing the medical staff to order excessive numbers of procedures, such as ultrasound tests and electrocardiograms, as well as excessive amounts of drugs, regardless of whether they were necessary. And patients allegedly received only a fraction of the drugs and other supplies for which the programs were



Ahmed was charged with directing the medical staff to order excessive numbers of procedures, such as ultrasound tests and electrocardiograms, as well as excessive amounts of drugs, regardless of whether they were necessary. And patients allegedly received only a fraction of the drugs and other supplies for which the programs were billed.

For example, prosecutors say, the defendants billed for prescriptions and refills for family planning supplies such as contraceptives, when in fact the patients received only a few condoms.

In all, according to the indictment, they submitted more than $40 million in false billings.

Ahmed and Cervantes, who was the chief biller for the clinics, pharmacies and a laboratory owned by Ahmed, could not be reached for comment. A spokeswoman for the U.S. attorney said they had not been arrested but would be notified to appear in court.

Around the Web

# EXHIBIT 17

2:03-cr-00432-MCE
United States District Court, Ninth Circuit, California, E.D. California

# United States v. Cervantes

Decided Jul 6, 2007

McGREGOR W. SCOTT, United States Attorney, ANNE PINGS, Assistant United States Attorney, Sacramento, California.

**MOTION TO DISMISS INDICTMENT AS TO SANDRA CERVANTES AND FOR REVOCATION OF ARREST WARRANT FOR SANDRA CERVANTES**

MORRISON C. ENGLAND, Jr., District Judge.

The United States hereby moves to dismiss the charges in the Superseding Indictment pending against defendant Sandra Cervantes. In addition, the government moves the Court to revoke the bench warrant which was issued following Ms. Cervantes' failure to appear following issuance of a summons in this case. Defendant Cervantes has never appeared in this matter and has never been arrested on the warrant.

The co-defendant in this matter, Khaled Ahmed, who is the husband of defendant Cervantes, successfully moved for change of venue and this case was transferred to the Central District of California. Co-defendant Ahmed entered a guilty plea at the end of a second week of trial before the Honorable Dean D. Pregerson in the Central District. As part of the plea agreement, the government agreed to dismiss the pending charges in this matter against defendant Cervantes at the time of Ahmed's sentencing. The defendant was sentenced on June 29, 2007 in the Central District.

The Clerk's office in the Central District of California will not entertain this motion because it is their position that only Ahmed's case was transferred to that district and that Ms. Cervantes' case is still pending in this district. For this reason, the government is now asking this Court to grant this motion to dismiss the charges against Ms. Cervantes and to revoke the warrant for her arrest.

IT IS SO ORDERED.

casetext

1