C. DENNIS LOOMIS (SBN: 082359)
   E-Mail: CDLoomis@Buchalter.com
THOMAS J. SPEISS, III (SBN: 200949)
   E-Mail: TSpeiss@Buchalter.com
BUCHALTER, A PROFESSIONAL CORPORATION
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Tel.: (310) 490-3373
Fax: (213) 896-0400

Attorneys for Plaintiffs,
MICHAEL A. ROBINSON,
an Individual resident of Florida,
and GRABBA LEAF, LLC,
a Florida limited liability company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE; KHALED M. AHMED, an individual; SANDRA S. CERVANTES, aka SANDRA AHMED, an individual; and DOES 1-10;<br><br>Defendants. | Case No. 2:21-cv-06689-RGK-JC<br><br>**DECLARATION OF MICHAEL ANDREW ROBINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Gary R. Klausner |

BN 71592869v5

1

# DECLARATION OF MICHAEL ANDREW ROBINSON

I, Michael Andrew Robinson, declare:

1. I am a named plaintiff in this action, and the sole owner of plaintiff Grabba Leaf, LLC ("Grabba Leaf"), a Florida limited liability company having a principal place of business at 2987 Center Point Circle, Suite 3, Pompano Beach, Florida 33064 (collectively, "Plaintiffs"). I know the following information based on my own personal knowledge, and I could and would testify competently thereto if called upon to do so.

2. I submit this Declaration in support of Plaintiffs' Motion for Summary Judgment (the "MSJ") on their First Amended Complaint against defendants Best Price Distributors, LLC, doing business as Western Wholesale and as Quick Tobacco Wholesale ("Western Wholesale"), Khaled M. Ahmed, and Sandra S. Cervantes, a/k/a Sandra Ahmed (collectively, "Defendants").

## *Genuine* GRABBA LEAF Products

3. All genuine Grabba Leaf products contain tobacco sourced by Grabba Leaf in the Dominican Republic, and are packaged in the Dominican Republic in foil packs commissioned and printed to the order of Grabba Leaf ─ in strict compliance with Grabba Leaf's artwork, literal content and legal notices. The individual foil packs are then put into cardboard containers (there are 25 "Cigar Wrap" packs per box, and 10 "Whole-leaf" packs per box). These foil packs are intended for wholesale distribution by Grabba Leaf in the U.S.

4. My staff and I staff routinely inspect and examine the Grabba Leaf products received by us from the Dominican Republic before shipping those genuine Grabba Leaf products to our authorized resellers in the U.S., to confirm that the product quality and the product packaging conform to and meet Grabba Leaf's established standards.

BN 71592869v5

2

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

DECLARATION OF MICHAEL ANDREW ROBINSON IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT

5. For many years, Grabba Leaf has obtained all foil pouches for its "Whole-leaf" and "Cigar Wrap" products exclusively from a single source ─ the Packaging Center, Inc., which is headquartered in Miami, Florida. Grabba Leaf purchases the cardboard containers for the packaging of its wholesale quantities of its products exclusively from J & J Packaging Division, which is headquartered in the Dominican Republic.

### My First Declaration, Signed on August 16, 2021

6. I signed an earlier Declaration in this action, which is dated August 16, 2021 [**DE 12**], in support of Plaintiffs' *Ex Parte* Application for Temporary Restraining Order *et al.* (the "First Declaration"). I hereby reaffirm and attest to the truth of the facts, observations and opinions set forth in my First Declaration.

7. In my First Declaration, I recounted my initial discovery that Western Wholesale had sold counterfeit copies of Grabba Leaf branded tobacco products, and in particular, counterfeit "Grabba Leaf Whole-leaf" and counterfeit "Grabba Leaf Cigar Wrap" products, to Will's Jr. Market in Los Angeles, California. The owner reported to me that she had received numerous complaints from customers that the Grabba Leaf they had purchased from Will's Jr. Market (which it had purchased from Western Wholesale) was "fake." At my request, Will's Jr. Market sent its remaining inventory of the Grabba Leaf products that it had purchased from Western Wholesale to me. (*See* First Declaration, ¶¶ 6-9.)

### Will's Jr. Market – *Counterfeit* GRABBA LEAF Products and Further Use of Private Investigators

8. I examined the products received from Will's Jr. Market, which were in wholesale quantity cardboard containers of "Whole-leaf" and of "Cigar Wrap" products. The printing on the cardboard containers, and the individual foil packages inside those containers, were virtually identical to and indistinguishable

from the genuine packaging of authentic Grabba Leaf "Whole-leaf" and "Cigar Wrap" products. But, on closer examination, I discerned a number of non-obvious but clearly visible discrepancies in the packaging of the products that Will's Jr. Market sent to me, as compared to the genuine Grabba Leaf packaging. I also examined the tobacco contained in those packages. I observed that, compared to genuine Grabba Leaf tobacco, which is fresh, supple and with a traditional aromatic cigar leaf smell, the tobacco in these packages was harder, more condensed, thinner in appearance and with a rancid smell. I detailed all these discrepancies in my First Declaration, and attached photographs comparing the genuine Grabba Leaf packaging against the products received from Will's Jr. Market. (*Id.*, ¶ 9 and Exs. 5, 7-15.)

9. These discrepancies in the packaging and the quality of the Grabba Leaf products purchased from Western Wholesale and sent to me by Will's Jr. Market left no room for doubt that those were counterfeit copies of Grabba Leaf products that did not emanate from Grabba Leaf. At that point, I commissioned private investigators to make surreptitious purchases of Grabba Leaf products from Western Wholesale and to forward those purchases to me for examination. (*Id.*, ¶ 11.)

10. As attested in my First Declaration, the investigators made multiple purchases of wholesale quantities of Grabba Leaf "Whole-leaf" and "Cigar Wrap" products from Western Wholesale between February through June 2021 and delivered all of those purchases to me. I carefully examined all of those products purchased by the investigators from Western Wholesale in 2021, and confirmed that each and every one was counterfeit, displaying the same set of packaging discrepancies and inferior tobacco quality as I found in the Grabba Leaf products sold by Western Wholesale to Will's Jr. Market in 2020. (*Id.*, ¶¶ 11, 13.)

/ / /

**The Loomis Declaration [DE 52-2]**

11.     I have reviewed the Declaration of C. Dennis Loomis in Support of Plaintiffs' Motion for Preliminary Injunction dated <u>April 25, 2022</u> and the exhibits attached thereto [**DE 52-2**] (the "Loomis 4/25/22 Decl."). The Loomis 4/25/22 Declaration includes his testimony that he examined Grabba Leaf "Whole-leaf" and "Cigar Wrap" products purchased by Plaintiffs' private investigators in January, February and March 2022 from a retail smoke shop controlled and operated by Defendants at 5800 West Boulevard, Los Angeles, California (the "Smoke Shop").

12.     Using the criteria delineated in my First Declaration, particularly including the discrepancy between the designation of origin printed on genuine Grabba Leaf products compared to counterfeit Grabba Leaf products (*see* First Declaration, ¶9.h. and Ex. 13), Mr. Loomis determined that several of these purchases were counterfeits, as revealed by the designation on "Whole-leaf" products "PACKED IN D.R." and on "Cigar Wrap" packages "Packed in Dominican Republic." (*See* Loomis 4/25/22 Decl., ¶ 6 and Exs. 19 and 20.)

13.     I have examined the photographs of four of the Grabba Leaf products purchased by Plaintiffs' investigators at Defendants' Smoke Shop attached to the Loomis 4/25/22 Decl. as Exs. 19 and 20, based on which Mr. Loomis determined those products to be counterfeits, and I hereby confirm that his determination is correct. These "Whole-leaf" and "Cigar Wrap" products are counterfeit.

***Genuine* GRABBA LEAF Products ─ *Produced* in Dominican Republic**

14.     In this regard, I have discovered that there is a typographical error in my First Declaration. In particular, in paragraph 9.h. at p. 4, ll. 7-8, it states "On the genuine GRABBA LEAF Cigar Wrap pouches, it states: '*Packed* in Dominican Republic'" (emphasis added). This is a typographical error that I missed when I signed and submitted my First Declaration. In fact, on every genuine Grabba Leaf "Cigar Wrap" package, it states "*Produced* in Dominican Republic." This is also

BN 71592869v5                                               5

**DECLARATION OF MICHAEL ANDREW ROBINSON IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

true of all genuine Grabba Leaf "Whole-leaf" products. This is clearly displayed in the photographs of genuine Grabba Leaf products attached to my First Declaration as Exs. 5, 8 and 13.

15. Grabba Leaf has never sold or distributed any of its genuine "Whole-leaf" products or its genuine "Cigar Wrap" products in packages that include the designation "Packed in D.R." or "Packed in Dominican Republic." The only designation of location of product source that Grabba Leaf has ever instructed or authorized its sole source suppliers of foil pouches and of cardboard wholesale containers is "Produced in Dominican Republic." The **only** such designation that Grabba Leaf has ever included on its genuine Grabba Leaf products is "Produced in Dominican Republic." Any Grabba Leaf "Whole-leaf" product or "Cigar Wrap" product that displays either "Packed in D.R." or "Packed in Dominican Republic" must conclusively be identified as counterfeit based on that criterion.

16. Never once in all the years that I have operated and managed Grabba Leaf have I ever discovered any Grabba Leaf products coming to us from our Dominican Republic source with the word "Packed" in D.R. or "Packed" in Dominican Republic on the product's foil pack. Nor has anyone on my staff ever reported such an observation to me. Genuine Grabba Leaf product always and only display "Produced in the Dominican Republic."

17. I can and do hereby state without exception or qualification that none of the Grabba Leaf products that are identified in my First Declaration and in the Loomis 4/25/22 Declaration as "counterfeit" originated with, emanated from, or were placed into the stream of commerce by Grabba Leaf. Rather, each of these products definitively is an illegitimate counterfeit copy of Grabba Leaf products that violates Grabba Leaf's trademark rights.

/ / /

/ / /

BN 71592869v5

6

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

DECLARATION OF MICHAEL ANDREW ROBINSON IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT

**Counterfeit GRABBA LEAF – Injury to Grabba Leaf Good Will**

18.  Further, based on my own inspection of the inferior quality tobacco contained in the counterfeit Grabba Leaf products which are the subject of this action, together with the expert toxicology analysis of samples of these counterfeit products purchased from Western Wholesale in 2021, and purchased from the Smoke Shop in 2022, showing alarmingly high chemical contamination presenting real and present health risks to consumers, the sale of these counterfeit Grabba Leaf products by Defendants has damaged Plaintiffs' hard earned, highly valuable good will.  Any continued distribution of these counterfeit products by Defendants or their associates would expose Plaintiffs' to even greater injury to its good will among consumers who rely upon the Grabba Leaf brand to assure top quality and wholesomeness in its branded tobacco products.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Pompano Beach, Florida on July __, 2022.

By: _____
      Michael Andrew Robinson

18. Further, based on my own inspection of the inferior quality tobacco contained in the counterfeit Grabba Leaf products which are the subject of this action, together with the expert toxicology analysis of samples of these counterfeit products purchased from Western Wholesale in 2021, and purchased from the Smoke Shop in 2022, showing alarmingly high chemical contamination presenting real and present health risks to consumers, the sale of these counterfeit Grabba Leaf products by Defendants has damaged Plaintiffs' hard earned, highly valuable good will. Any continued distribution of these counterfeit products by Defendants or their associates would expose Plaintiffs' to even greater injury to its good will among consumers who rely upon the Grabba Leaf brand to assure top quality and wholesomeness in its branded tobacco products.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Pompano Beach, Florida on July 15, 2022.

By: _____
Michael Andrew Robinson

BN 71592869v5      1

**DECLARATION OF MICHAEL ANDREW ROBINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**