VICTOR SHERMAN (SB 38483)
victor@victorsherman.law
DIANA SPIELBERGER (SB 109967)
diana@janddlaw.com
JAY STATMAN (SB 94470)
jay@janddlaw.com
LAW OFFICES OF VICTOR SHERMAN
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone: (310)399-3259
Fax: (310)392-9029

ROBERT KLEIN (SBN 128550)
robert@kleinlitiaation.com
8383 Wilshire Blvd., Ste. 935
Beverly Hills, CA 90211
(833)997-5529

Attorneys for Defendants and Counterclaimant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE; KHALED M. AHMED, an individual; and SANDRA S. CERVANTES, aka SANDRA AHMED, and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case no. 2:21-cv-06689-RGK-(JCx) <br><br> Action commenced August 18, 2021 <br><br> The Hon. R. Gary Klausner, Courtroom 850 <br><br> Pre-trial Conference: October 25, 2022 <br> Jury Trial November 8, 2022 <br><br> DECLARATION OF SANDRA CERVANTES <br><br> Date: August 22, 2022 <br> Time: 9:00 a.m <br> Ctrm: 850 |

1

CERVANTES DECLARATION

I, SANDRA CERVANTES, declare as follows:

1. The following facts are personally known to me, and if called upon, I could and would competently testify to those facts.

2. I am the LLC manager of Defendant Best Price Distributors, LLC ("Best Price"), Counterclaimant All Grabba Leaf, LLC, dba Western Wholesale ("Western Wholesale") and M&K General Merchandise, LLC, dba Quick Tobacco ("Quick Tobacco"). A true and correct copy of the statement of information and tobacco distributor's license for Best Price are attached hereto, collectively marked Exhibit "1," and incorporated as if set forth in full. A true and correct copy of the statement of information, fictitious business name statement and tobacco wholesaler's license for Western Wholesale is attache hereto, marked Exhibit "2," and incorporated as if set forth in full. A true and correct copy of the statement of information, fictitious business name statement and tobacco wholesaler's license for Quick Tobacco are collectively attached hereto, marked Exhibit "3," and incorporated as if set forth in full. I am also co-manager of Broadway Capital, LLC ("Broadway Capital"), who is Maria Sotelo and West Market's landlord. A true and correct copy of Broadway Capital's Nevada Certificate of Existence With Status and Good Standing, and a true and correct copy of the California Application to Register a Foreign Limited Liability Company are attached hereto, collectively marked Exhibit "4," and incorporated as if set forth in full. As demonstrated by the foregoing. Best Price does not have a fictitious business name. Neither has Best Price ever conducted business, either as Quick Tobacco or as Western Wholesale.

3. Plaintiffs Michael Andrew Robinson and Grabba Leaf, LLC ("Grabba Leaf") assert in this lawsuit that Defendant Best Price sell whole leaf tobacco and cigar wraps (the "Grabba Leaf Products"), and that Defendants sold counterfeit versions of the Grabba Leaf Products (the "Subject Grabba Leaf Products"). That is incorrect. First, as set forth in the Declaration of Khaled Ahmed, which I wholly adopt, *all* of the Subject Grabba Leaf Products for were purchased from dealers

whom Plaintiffs admit were authorized by Grabba Leaf. Secondly, Best Price did not buy *any* Grabba Leaf products at any time relevant in this action – all purchases were made by Western Wholesale. Neither Best Price nor Quick Tobacco can therefore be accused of counterfeiting; and Western Wholesale is not a Defendant herein.

    4. While I am the LLC manager of the foregoing companies, I do not manage or work at any entity. I am not involved in purchasing or selling products, hiring any employees or otherwise running the business.

    5. Neither Best Price, Western Wholesale, Quick Tobacco, Mr. Ahmed nor I ever directed, authorized or participated in Ms. Sotelo's her business, West Market. Other than as her landlord, Broadway Capital did not direct, authorize or participate in her business. Ms Sotelo operates a small mini-mart in a property that contains two other tenants. Ms. Sotelo merely rents the property from Broadway. I have been in Ms. Sotelo's store twice in the last six years. On both occasions, it as Ms. Sotelo's landlord, where I met with an electrician who conducted repairs at Ms. Sotelo's store.. Plaintiffs' assertion that somehow, Western Wholesale moved its operations to Ms. Sotelo's tiny mini-mart is preposterous.

    I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America. Executed on July 31, 2022 at Los Angeles, California.

                                                      SANDRA CERVANTES

**EXHIBIT 1**



**Secretary of State
Statement of Information**
(Limited Liability Company)

LLC-12

21-D94893

# FILED

In the office of the Secretary of State
of the State of California

AUG 03, 2021

This Space For Office Use Only

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
BEST PRICE DISTRIBUTORS LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201935810483 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>8856 S Western Ave | Los Angeles | CA | 90047 |
| b. Mailing Address of LLC, if different than Item 4a<br>8856 S Western Ave | Los Angeles | CA | 90047 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>8856 S Western Ave | Los Angeles | CA | 90047 |

**5. Manager(s) or Member(s)** — If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SANDRA | | CERVANTES | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8856 S Western Ave | LOS ANGELES | CA | 90047 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SANDRA | | CERVANTES | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8856 S Western Ave | LOS ANGELES | CA | 90047 |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Wholesale

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| 08/03/2021 | Ashleigh Hassan | Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌈        ⌉
Company:
Address:
City/State/Zip: ⌊        ⌋

LLC-12 (REV 01/2017)     Page 1 of 1     2017 California Secretary of State
www.sos.ca.gov/business/be

THIS LICENSE MUST BE DISPLAYED CONSPICUOUSLY AT THE LOCATION ADDRESS FOR WHICH IT IS ISSUED

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION

## CIGARETTE AND TOBACCO PRODUCTS LICENSING ACT OF 2003
### DISTRIBUTOR'S LICENSE



LICENSE NUMBER

2-8694528

BUSINESS MAILING ADDRESS:
BEST PRICE DISTRIBUTORS LLC
BEST PRICE DISTRIBUTORS
8150 S WESTERN AVE
LOS ANGELES CA 90047-3328

**EFFECTIVE DATE:**
January 15, 2020 - December 31, 2020

LOCATION ADDRESS:
8150 S WESTERN AVE
LOS ANGELES CA 90047-3328

IS HEREBY AUTHORIZED TO ENGAGE IN THE SALE OF CIGARETTES AND TOBACCO PRODUCTS.

THIS LICENSE IS NOT VALID AT ANY OTHER LOCATION ADDRESS.

THIS LICENSE HAS BEEN ISSUED TO YOU UNDER DIVISION 8.6 (COMMENCING WITH SECTION 22970) OF THE CALIFORNIA BUSINESS AND PROFESSIONS CODE.

PLEASE RETAIN THIS DOCUMENT FOR YOUR RECORDS.

THIS LICENSE IS VALID FOR THE EFFECTIVE DATE OR UNTIL SUSPENDED, REVOKED, OR CANCELED, AND IS NOT TRANSFERABLE. FOR GENERAL TAX QUESTIONS, PLEASE TELEPHONE OUR CUSTOMER SERVICE CENTER AT 1-800-400-7115 (TTY:711). FOR INFORMATION ON YOUR RIGHTS, CONTACT THE TAXPAYERS' RIGHTS ADVOCATE OFFICE AT 1-888-324-2798.

CDTFA-42-LD REV. 6 (2-19)

### A MESSAGE TO OUR LICENSE HOLDER

As a licensee, you have certain rights and responsibilities under the Cigarette and Tobacco Products Licensing Act of 2003. For assistance, we offer the following resources:

- Our website at www.cdtfa.ca.gov.
- Our toll-free Customer Service Center at 1-800-400-7115 (TTY:711). Customer service representatives are available Monday through Friday from 8:00 a.m. to 5:00 p.m. (Pacific time), except state holidays.

As a licensee, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books and records for no less than four years, and make them available for inspection by a California Department of Tax and Fee Administration (CDTFA) representative when requested. In addition, you must keep the records on file at the location identified on your license for at least one year after the date of purchase. Specific requirements are set forth in the Cigarette and Tobacco Products Licensing Act of 2003.

You must notify us if you are buying, selling, or adding a location, or discontinuing your business; adding or dropping a partner, officer, or member; or when you are moving any or all of your business locations. This license is valid only for the business name, type of ownership, and location specified on the license. A person who obtains a license and ceases to do business, or never commenced business, shall notify the CDTFA immediately and surrender the license to the California Department of Tax and Fee Administration, Business Tax and Fee Division, P.O. Box 942879, Sacramento, CA 94279-0088. You may also surrender the license to a CDTFA representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with the CDTFA, please contact the Taxpayers' Rights Advocate Office for help by calling 1-888-324-2798 or by faxing 1-916-323-3319.

As authorized by law, information provided by an applicant for a license may be disclosed to other government agencies.

**EXHIBIT 2**

B0695-5519 05/02/2022 2:20 PM Received by California Secretary of State

BA20220149685



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20220149685
Date Filed: 5/2/2022

| Entity Details | |
|---|---|
| Limited Liability Company Name | ALL GRABBA LEAF LLC |
| Entity No. | 202013510402 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 8856 S WESTERN AVE<br>LOS ANGELES, CA 90047 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 8856 S WESTERN AVE<br>LOS ANGELES, CA 90047 |
| Attention | SANDRA CERVANTES |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 8856 S WESTERN AVE<br>LOS ANGELES, CA 90047 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| SANDRA CERVANTES | 8856 S WESTERN AVE<br>LOS ANGELES, CA 90047 |

| Agent for Service of Process | |
|---|---|
| Agent Name | SANDRA CERVANTES |
| Agent Address | 1245 CORNELIA STREET<br>POMONA, CA 91768 |

| Type of Business | |
|---|---|
| Type of Business | WHOLESALE |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B0695-5520 05/02/2022 2:20 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*SANDRA CERVANTES*            *05/02/2022*
Signature            Date

OUR RETURN MAILING ADDRESS

NAME: SANDRA CERVANTES

ADDRESS: 8856 S WESTERN AVE

CITY: LOS ANGELES                STATE: CA   ZIP CODE: 90047

FILED Jan 13 2020
EXPIRES Jan 13 2025
Dean C. Logan, Registrar-Recorder/County Clerk
Electronically signed by CATRICE DANIELS

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

- [X] Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- [ ] Amended Filing- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- [ ] Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

1. WESTERN WHOLESALE
2.

8856 S WESTERN AVE
LOS ANGELES   CA   90047   LOS ANGELES

Articles of Incorporation or Organization Number (if applicable): AI #ON   202013510402

**REGISTERED OWNER(S):**

1. ALL GRABBA LEAF LLC
   8856 S WESTERN AVE
   LOS ANGELES   CA   90047

2.

3.

4.

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**THIS BUSINESS IS CONDUCTED BY: (Check one)**

- [ ] an Individual
- [ ] a General Partnership
- [ ] a Limited Partnership
- [X] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership
- [ ] a Corporation
- [ ] a Trust
- [ ] Copartners
- [ ] a Married Couple
- [ ] Joint Venture
- [ ] State or Local Registered Domestic Partners
- [ ] a Limited Liability Partnership

The date registrant started to transact business under the fictitious business name or names listed above: 01/2020

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S)/CORP/LLC NAME (PRINT) ALL GRABBA LEAF LLC   TITLE Manager

REGISTRANT SIGNATURE _____   IF CORP OR LLC, PRINT NAME SANDRA CERVANTES

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTITIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.
DEAN C. LOGAN, LOS ANGELES COUNTY CLERK   BY:   CATRICE DANIELS                    , Deputy

"PREVIEW IMAGE" DO NOT PRINT

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION

**CIGARETTE AND TOBACCO PRODUCTS LICENSING ACT OF 2003**
**WHOLESALER'S LICENSE**



LICENSE NUMBER
206032256

BUSINESS MAILING ADDRESS:
WESTERN WHOLESALE
ALL GRABBA LEAF LLC
8856 S WESTERN AVE
LOS ANGELES CA 90047-3328

EFFECTIVE DATE:
January 1, 2021 - December 31, 2021

LOCATION ADDRESS:
8856 S WESTERN AVE
LOS ANGELES CA 90047-3328

THIS LICENSE HAS BEEN ISSUED TO YOU UNDER DIVISION 8.6 (COMMENCING WITH SECTION 22970) OF THE CALIFORNIA BUSINESS AND PROFESSIONS CODE.

IS HEREBY AUTHORIZED TO ENGAGE IN THE SALE OF CIGARETTES AND TOBACCO PRODUCTS.
THIS LICENSE IS NOT VALID AT ANY OTHER LOCATION ADDRESS.

PLEASE RETAIN THIS DOCUMENT FOR YOUR RECORDS.

THIS LICENSE IS VALID FOR THE EFFECTIVE DATE OR UNTIL SUSPENDED, REVOKED, OR CANCELED, AND IS NOT TRANSFERABLE. FOR GENERAL TAX QUESTIONS, PLEASE TELEPHONE OUR CUSTOMER SERVICE CENTER AT 1-800-400-7115 (TTY:711). FOR INFORMATION ON YOUR RIGHTS, CONTACT THE TAXPAYERS' RIGHTS ADVOCATE OFFICE AT 1-888-324-2798.

CDTFA-442-LW REV. 5 (8-19)

## A MESSAGE TO OUR LICENSE HOLDER

As a licensee, you have certain rights and responsibilities under the Cigarette and Tobacco Products Licensing Act of 2003. For assistance, we offer the following resources:

- Our website at www.cdtfa.ca.gov.
- Our toll-free Customer Service Center at 1-800-400-7115 (TTY:711). Customer service representatives are available Monday through Friday from 8:00 a.m. to 5:00 p.m. (Pacific time), except state holidays.

As a licensee, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books and records for no less than four years, and make them available for inspection by a California Department of Tax and Fee Administration (CDTFA) representative when requested. In addition, you must keep the records on file at the location identified on your license for at least one year after the date of purchase. Specific requirements are set forth in the Cigarette and Tobacco Products Licensing Act of 2003.

You must notify us if you are buying, selling, or adding a location, or discontinuing your business; adding or dropping a partner, officer, or member; or when you are moving any or all of your business locations. This license is valid only for the business name, type of ownership, and location specified on the license. A person who obtains a license and ceases to do business, or never commenced business, shall notify the CDTFA immediately and surrender the license to the California Department of Tax and Fee Administration, Business Tax and Fee Division, P.O. Box 942879, Sacramento, CA 94279-0088. You may also surrender the license to a CDTFA representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with the CDTFA, please contact the Taxpayers' Rights Advocate Office for help by calling 1-888-324-2798 or by faxing 1-916-323-3319.

As authorized by law, information provided by an applicant for a license may be disclosed to other government agencies.

**EXHIBIT 3**



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: BA20220149555
Date Filed: 5/2/2022

| Entity Details | |
|---|---|
| Limited Liability Company Name | M & K GENERAL MERCHANDISE, LLC |
| Entity No. | 200734210127 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 8856 S WESTERN AVE<br>LOS ANGELES, CA 90047 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 8856 S WESTERN AVE<br>LOS ANGELES, CA 90047 |
| Attention | M&K GENERAL MERCHANDISE |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 8856 S WESTERN AVE<br>LOS ANGELES, CA 90047 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| Sandra Cervantes | 1245 Cornelia Street<br>Pomona, CA 91768 |

| Agent for Service of Process | |
|---|---|
| Agent Name | SANDRA CERVANTES |
| Agent Address | 8856 S WESTERN AVE<br>LOS ANGELES, CA 90047 |

| Type of Business | |
|---|---|
| Type of Business | WHOLESALE |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**
No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*SANDRA CERVANTES* | *05/02/2022*
---|---
Signature | Date

B0695-5124 05/02/2022 2:09 PM Received by California Secretary of State

YOUR RETURN MAILING ADDRESS

NAME: M & K GENERAL MERCHANDISE, LLC

ADDRESS: 8856 S. WESTERN AVENUE

CITY: LOS ANGELES   STATE: CA   ZIP CODE: 90043

```
2018065300
FILED              EXPIRES
Mar 15 2018        Mar 15 2023
Dean C. Logan, Registrar-Recorder/County Clerk
Electronically signed by MIGUEL MACIAS
```

# FICTITIOUS BUSINESS NAME STATEMENT
## TYPE OF FILING AND FILING FEE (Check one)

- [x] Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- [ ] Amended (New) Filing- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- [ ] Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

*1. QUICK TOBACCO WHOLESALE

2. _____

Print Fictitious Business Name(s)

** 8856 S. WESTERN AVENUE
Street address of principal place of business

LOS ANGELES    CA    90047    LA COUNTY
City          State/Country  Zip   COUNTY

Mailing address if different

Articles of Incorporation or Organization Number (if applicable): AI #ON _____

***REGISTERED OWNER(S):

1. M & K GENERAL MERCHANDISE, LLC
Full Name/Corp/LLC (P.O. Box not accepted)
8856 S. WESTERN AVENUE
Residence Address
LOS ANGELES     CA    90043
City          State/Country  Zip

If Corporation or LLC - Print State of Incorporation/Organization

2. _____

3. _____

4. _____

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

****THIS BUSINESS IS CONDUCTED BY: (Check one)

- [ ] an Individual
- [ ] a General Partnership
- [ ] a Limited Partnership
- [x] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership
- [ ] a Corporation
- [ ] a Trust
- [ ] Copartners
- [ ] a Married Couple
- [ ] Joint Venture
- [ ] State or Local Registered Domestic Partners
- [ ] a Limited Liability Partnership

*****The date registrant started to transact business under the fictitious business name or names listed above: 03/2018

(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S)/CORP/LLC NAME (PRINT) M & K GENERAL MERCHANDISE, LLC    TITLE Manager

REGISTRANT SIGNATURE _____    IF CORP OR LLC, PRINT NAME KHALED AHMED

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS BUSINESS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTICIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

DEAN C. LOGAN, LOS ANGELES COUNTY CLERK    BY: MIGUEL MACIAS    , Deputy

Rev. 01/2014    P.O. BOX 1208, NORWALK, CA 90651-1208    PH: (562) 462-2177    WEB ADDRESS: LAVOTE.NET

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION

## CIGARETTE AND TOBACCO PRODUCTS LICENSING ACT OF 2003
## WHOLESALER'S LICENSE

**LICENSE NUMBER**

LW Q STF 90-106122

BUSINESS MAILING ADDRESS:
QUICK TOBACCO WHOLESALE
MSK GENERAL MERCHANDISE, LLC
8856 S WESTERN AVE
LOS ANGELES, CA 90047-3328

LOCATION ADDRESS:
8856 S WESTERN AVE
LOS ANGELES, CA 90047-3328

**EFFECTIVE DATE:**
01/01/2019 - 12/31/2019

THIS LICENSE HAS BEEN ISSUED TO YOU UNDER DIVISION 8.6 COMMENCING WITH SECTION 22970) OF THE CALIFORNIA BUSINESS AND PROFESSIONS CODE.

NOT VALID AT ANY OTHER LOCATION ADDRESS.

IS HEREBY AUTHORIZED TO ENGAGE IN THE SALE OF CIGARETTES OR TOBACCO PRODUCTS.
THE LICENSE IS VALID FOR THE EFFECTIVE DATE OR UNTIL SUSPENDED, REVOKED, OR CANCELED, AND IS NOT TRANSFERABLE.
FOR GENERAL TAX QUESTIONS PLEASE TELEPHONE OUR CUSTOMER SERVICE CENTER AT 1-800-400-7115 (TTY 711).
FOR INFORMATION ON YOUR RIGHTS, CONTACT THE TAXPAYERS' RIGHTS ADVOCATE OFFICE AT 1-888-324-2798 OR 1-916-324-2798.

CDTFA-442-LW REV.4 (8-17)

### A MESSAGE TO OUR LICENSE HOLDER

As a wholesaler, you have certain rights and responsibilities under the Cigarette and Tobacco Products Licensing Act of 2003. In order to assist you in your endeavor and to better understand the law, we offer the following informational sources:

- The Cigarette and Tobacco Products Licensing Act of 2003 found under Division 8.6 (commencing with section 22970) of the California Business and Professions Code.
- Our website at www.cdtfa.ca.gov
- Our toll-free Customer Service Center at 1-800-400-7115 (TTY 711).

As a wholesaler, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books and records for no less than four years, and make them available for inspection by a California Department of Tax and Fee Administration (CDTFA) representative when requested. In addition, you must keep the records on file at the location identified on your license for at least one year after the date of purchase. Specific requirements are set forth in the Cigarette and Tobacco Products Licensing Act of 2003.

You must notify us if you are buying, selling, adding a location, or discontinuing your business, adding or dropping a partner, officer, or member, or when you are moving any or all of your business locations. This license is valid only for the type of ownership and location specified on the license. A person who obtains a license as a wholesaler who ceases to do business, or who never commenced business, or whose license has been suspended or revoked, shall also notify the CDTFA immediately by writing to the California Department of Tax and Fee Administration, Compliance Branch, P.O. Box 942879, Sacramento, CA 94279-0088 in order to make arrangements to surrender the license, or by giving the license to a CDTFA representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with the CDTFA, please contact the Taxpayers' Rights Advocate office for help by calling, 1-888-324-2798 or 1-916-324-2798. Their fax number is 1-916-323-3319.

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION

Compliance Branch

**EXHIBIT 4**



**Secretary of State**
**Application to Register a Foreign Limited Liability Company (LLC)**

LLC-5

2020239106 72

**FILED**
Secretary of State
State of California

AUG 24 2020

mS

TSD

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.

**Filing Fee** – $70.00

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

ICC This Space For Office Use Only

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

BROADWAY CAPITAL LLC

**1b. California Alternate Name, If Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

**2. LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY) | b. Jurisdiction (State, foreign country or place where this LLC is formed.) |
|---|---|
| 7 / 17 / 2008 | Nevada State |

**c. Authority Statement** (Do not alter Authority Statement)
This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8856 S. Western Ave | Los Angeles | CA | 90047 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |
| c. Mailing Address of Principal Executive Office, if different than item 3a | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Service of Process** (Must provide either Individual OR Corporation.)
INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Wendy | | Castro | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 8856 S. Western Ave | Los Angeles | CA | 90047 |

CORPORATION – Complete Item 4c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

**5. Read and Sign Below** (See Instructions. Title not required.)

By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized to sign on behalf of the foreign LLC.

_____
Signature

SANDRA CERVANTES
_____
Type or Print Name

LLC-5 (REV 08/2019)

2019 California Secretary of State
bizfile.sos.ca.gov



## SECRETARY OF STATE
### STATE OF NEVADA

# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly qualified and elected Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporations sole, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada standing Revised Statutes which are either presently in a status of good standing or were in good for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **BROADWAY CAPITAL, LLC.**, as a DOMESTIC LIMITED-LIABILITY COMPANY (86) duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since 07/17/2008, and is in good standing in this state.

I further certify that the above DOMESTIC LIMITED-LIABILITY COMPANY (86) has its formation document and no amendments on file in this office as of the date of this certificate.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 08/05/2020.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Certificate Number: B20200805983684
You may verify this certificate
online at http://www.nvsos.gov

2 0 2 0 2 3 9 1 0 6 7 2