C. DENNIS LOOMIS (SBN: 082359)
   E-Mail: CDLoomis@Buchalter.com
THOMAS J. SPEISS, III (SBN: 200949)
   E-Mail: TSpeiss@Buchalter.com
BUCHALTER, A PROFESSIONAL CORPORATION
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Tel.: (310) 490-3373
Fax: (213) 896-0400

Attorneys for Plaintiffs,
MICHAEL A. ROBINSON,
an Individual resident of Florida,
and GRABBA LEAF, LLC,
a Florida limited liability company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE; KHALED M. AHMED, an individual; SANDRA S. CERVANTES, aka SANDRA AHMED, an individual; and DOES 1-10;<br><br>    Defendants. | Case No. 2:21-cv-06689-RGK-JC<br><br>**DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Gary R. Klausner |

BN 72050256v2

1

**DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

# DECLARATION OF MICHAEL ANDREW ROBINSON

I, Michael Andrew Robinson, declare:

1. I am a named plaintiff in this action, and the sole owner of plaintiff Grabba Leaf, LLC ("Grabba Leaf"), a Florida limited liability company having a principal place of business at 2987 Center Point Circle, Suite 3, Pompano Beach, Florida 33064 (collectively, "Plaintiffs"). I know the following information based on my own personal knowledge, and I could and would testify competently thereto if called upon to do so.

2. I submit this Declaration in support of Plaintiffs' <u>Reply</u> to Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment (the "MSJ") on their First Amended Complaint against defendants Best Price Distributors, LLC, doing business as Western Wholesale and as Quick Tobacco Wholesale ("Western Wholesale"), Khaled M. Ahmed, and Sandra S. Cervantes, a/k/a Sandra Ahmed (collectively, "Defendants").

3. Grabba Leaf has never sold or distributed any of its genuine products ─ which are the genuine "Whole-leaf" products and its genuine "Cigar Wrap" products ─ in packaging that include the designation "<u>Packed in D.R.</u>" or "<u>Packed in Dominican Republic</u>."

### *Genuine* GRABBA LEAF Products – The *First* Robinson Declaration

4. On <u>August 16, 2021</u>, I signed an earlier Declaration in this action in support of Plaintiffs' *Ex Parte* Application for Temporary Restraining Order *et al.* (the "First Declaration"). **[DE 12]**

5. At ¶ 9(h) of the First Declaration, I state,

"On the genuine GRABBA LEAF Cigar Wrap pouches, it states:

"Packed in Dominican Republic," which is written in a darker font.

In comparison, the counterfeit GRABBA LEAF products state,

"Packed in D.R," and is written in a lighter font. A true and correct

BN 72050256v2

2

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS'
<u>REPLY</u> TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT**

copy of the authentic GRABBA LEAF product and the counterfeit GRABBA LEAF product is attached hereto as **Ex. 13** in the form of a side-by-side comparison." (*See* [**DE 12**], 4:7-12 and exhibit thereto.)

6. I attach an image of **Ex. 13** from the First Declaration immediately below. As seen on this exhibit, the words "PACKED IN D.R" found on the *counterfeit* GRABBA LEAF product packaging appear in a larger font than the words "Produced in Dominican Republic" found on the *authentic* GRABBA LEAF packaging.



(*See* [**DE 12**], 4:7-12 and exhibit thereto.) For a detailed comparison of the image demonstrating the differences in the appearance of the "PACKED IN D.R." text as it appears on the counterfeit GRABBA LEAF packaging and the "Produced in

BN 72050256v2 3

DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS'
REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

Dominican Republic" text as it appears on the *authentic* GRABBA LEAF packaging, *see* the image below.

| AUTHENTIC GRABBA LEAF | COUNTERFEIT GRABBA LEAF |
|---|---|
|  |  |

(*See*, *e.g.*, [**DE 12**], 4:7-12 and exhibit thereto.)

### *Genuine* GRABBA LEAF Products – The *Second* Robinson Declaration

7. On July 25, 2022, I signed an earlier Declaration in this action in support of Plaintiffs' Motion for Partial Summary Judgment (the "Second Declaration"). [**DE 99-2**]

8. In the Second Declaration, I state,

> **Grabba Leaf has *never* sold or distributed any of its genuine 'Whole-leaf" products or its genuine 'Cigar Wrap' products in packages that include the designation 'Packed in D.R.' or 'Packed in Dominican Republic'."** The only designation of location of product source that Grabba Leaf has ever instructed or authorized its sole source suppliers of foil pouches and of cardboard wholesale containers is "Produced in Dominican Republic." The *only* such designation that Grabba Leaf has ever included on its genuine Grabba Leaf products is "Produced in Dominican Republic." Any Grabba Leaf "Whole-leaf" product or "Cigar Wrap" product that displays either "Packed in D.R." or "Packed in Dominican Republic" must conclusively be identified as counterfeit based on that criterion." (*See* [**DE 99-2**], 6:4-13.) (Emphasis added.)

/ / /

BN 72050256v2

4

DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS'
REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

9. In the Second Declaration, I further state,

> "**<u>Never once</u> in all the years that I have operated and managed Grabba Leaf have I ever discovered any Grabba Leaf products coming to us from our Dominican Republic source with the word <u>'Packed'</u> in D.R. or <u>'Packed'</u> in Dominican Republic on the product's foil pack.**  Nor has anyone on my staff ever reported such an observation to me.  Genuine Grabba Leaf product always and only display "Produced in the Dominican Republic." (*See* [**DE 99-2**], 6:14-19.) (Emphasis added.)

<u>*Genuine* GRABBA LEAF Products – The *True Value* Robinson Declaration</u>

10. On <u>July 23, 2021</u>, I executed a Declaration in Support of Plaintiffs' Emergency *Ex Parte* Applications, which was filed in *Michael A. Robinson, et al., v. True Value Food Stores, Inc.*, Case No. 21-cv-22847-RNS (S.D. Fla. 2021) (the "Florida Action"; and, the "True Value Declaration").  See the Declaration of J. Statman filed in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Statman Decl."). [**DE 106-4**]

11. In ¶ 11 of the True Value Declaration, which is [DE 16-3] in the Florida Action, I stated as follows,

> "I found the following discrepancies on the purchased [*counterfeit GRABBA LEAF*] products:
>
> > **[1] FRONT OF PACKAGE**:  [A] The background color and pattern on the purchased product is not the same as that found on genuine GRABBA LEAF packaging.  [B] The placement of the Logo on the purchased product is higher and brighter in color than that found on genuine GRABBA LEAF packaging.  [C] The resealing apparatus is different and protrudes

BN 72050256v2

5

DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS' <u>REPLY</u> TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

further than the resealing apparatus used on genuine GRABBA LEAF packaging….

[2] **BACK OF PACKAGE**: [A] The background pattern does not match. The purchased product is darker and doesn't have the pattern as that found on genuine GRABBA LEAF packaging. [B] The text on the purchased product is a brighter shade of white than that found on genuine GRABBA LEAF packaging. [C] **The words "packed in DR" on the purchased product are larger than that found on genuine GRABBA LEAF packaging.** [D] The barcode itself and the numbers on the barcode of the purchased product are bigger than that found on genuine GRABBA LEAF packaging. (Emphasis added.)

See Statman Decl., [**DE 106-4**], Ex. 4, p. 37, ¶ 11.

12. In ¶ 13 of the True Value Declaration, I stated as follows, "I found the following discrepancies on the purchased [*counterfeit GRABBA LEAF*] products:

[1] **FRONT OF PACKAGE**: [A] There are no warning labels on the purchased products. [B] The logo is smaller and placed higher on the purchased products than on genuine GRABBA LEAF cigar wrap packaging. [C] The word natural is not at the very top of the purchased products. [D] The "whole leaf" is the wrong size on the purchased products. [E] The wording below "whole leaf" of the purchased products is not found on genuine GRABBA LEAF cigar wrap packaging. [F] The resealing apparatus is different from what is used on genuine GRABBA LEAF cigar wrap packaging. [G] The

BN 72050256v2

6

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS'
REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT

purchased product package is 2 cm taller and 1 cm wider than genuine GRABBA LEAF cigar wrap packaging.  [H] The background design and color of the purchased products does not match the background design and color of genuine GRABBA LEAF cigar wrap packaging.

**[2] BACK OF PACKAGE**.  [I] There are no warning signs on back side of the purchased products, as are found on genuine GRABBA LEAF cigar wrap packaging.  [J] The purchased products omit the "Grabba Leaf" wording at very top of the packaging which is found on genuine GRABBA LEAF cigar wrap packaging.  [K] **The wording "produced in Dominican Republic" is missing from the purchased products.**  [L] The font on the text of the purchased products is different from the font used on the genuine GRABBA LEAF cigar wrap packaging.  [M] The barcode numbers of the purchased products are invalid, and are printed larger than those found on genuine GRABBA LEAF cigar wrap packaging. [N] The surgeon general's warning on the purchased product is not found on the genuine GRABBA LEAF cigar wrap packaging. (Emphasis added.)

*See id.*, [**DE 106-4**], Ex. 4, p. 38, ¶ 12.

13. As discussed above, in ¶ 11 of the True Value Declaration, I state, **"The words 'packed in D.R.' on the purchased product are larger than that found on genuine GRABBA LEAF packaging."**  *See* Statman Decl., [**DE 106-4**], Ex. 4, p. 37, ¶ 11 (emphasis added).  As further discussed above, in ¶ 13 of the True Value Declaration, I state, **"The wording "produced in Dominican Republic" is missing from the purchased products."**  *See id.*, [**DE 106-4**], Ex. 4, p. 38, ¶ 13 (emphasis

BN 72050256v2                                7

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS'
REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT**

added). In making these statements together, at no time was I stating that the words "PACKED IN D.R." appeared on the *genuine* GRABBA LEAF products.

14. To reiterate my statements throughout this action, "<u>Never once</u> in all the years that I have operated and managed Grabba Leaf have I ever discovered any Grabba Leaf products coming to us from our Dominican Republic source with the word <u>'Packed'</u> in D.R. or <u>'Packed'</u> in Dominican Republic on the product's foil pack."

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Pompano Beach, Florida on August __, 2022.

By: _____
Michael Andrew Robinson

BN 72050256v2

8

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**DECLARATION OF MICHAEL A. ROBINSON IN SUPPORT OF PLAINTIFFS'
<u>REPLY</u> TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT**

added). In making these statements together, at no time was I stating that the words "PACKED IN D.R." appeared on the *genuine* GRABBA LEAF products.

14. To reiterate my statements throughout this action, "*Never once* in all the years that I have operated and managed Grabba Leaf have I ever discovered any Grabba Leaf products coming to us from our Dominican Republic source with the word 'Packed' in D.R. or 'Packed' in Dominican Republic on the product's foil pack."

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Pompano Beach, Florida on August 5, 2022.

By: _____
Michael Andrew Robinson

BN 72050256v2

8

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES