# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-06689-RGK-JC | Date | August 9, 2022 |
|---|---|---|---|
| Title | Michael Andrew Robinson v. Best Price Distributors, LLC, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | CS 8-9-22 | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiffs/Counterdefendant: | Attorneys Present for Defendants/Counterclaimant: |
|---|---|
| Thomas J. Speiss, III | Diana Spielberger<br>Jay Statman |

**Proceedings:** **TELEPHONIC HEARING ON (1) PLAINTIFFS' MOTION TO COMPEL (PLAINTIFFS' MOTION") (DOCKET NO. 92); AND (2) DEFENDANTS'/ COUNTERCLAIMANT'S MOTION TO COMPEL ("DEFENDANTS' MOTION") (DOCKET NO. 90)**

Case called. Counsel stated their appearances. The Court heard argument from counsel.

For the reasons stated on the record and in the concurrently issued attached Order, and as detailed on the record and in the concurrently issued attached Order, the Court granted in part and denied in part Plaintiffs' Motion and granted in part and denied in part Defendants' Motion.

The Court temporarily sealed the proceedings and the concurrently issued attached Order, but indicated that such matters would nonetheless be available to the parties'/their counsel without further order of the Court. The Court directed the parties to confer and to file a notice with the Court within seven (7) days if they believed it appropriate to maintain the proceedings and the concurrently issued attached Order under seal, and if so, to provide the Court with a redacted version of the concurrently issued attached Order appropriate for public filing. The Court indicated that absent its receipt of such a notice/redacted version of the Order within seven (7) days, the proceedings and such Order would be unsealed and in the public record.

Attachment

|  | 1 | : | 46 |
|---|---|---|---|
| Initials of Preparer | klh | | |