Victor Sherman (State Bar No. 38483)
Diana Spielberger (State Bar No. 109967)
Jay Statman (State Bar No. 94470)
LAW OFFICE OF VICTOR SHERMAN
Telephone: (310) 392-9029
Robert G. Klein, Esq., State Bar No. 128550
LAW OFFICE OF ROBERT G. KLEIN
8383 Wilshire Blvd., Suite 935
Beverly Hills, California  90211
Telephone:  (833) 997-5529
email: robert@kleinlitigation.com

Attorneys for Defendants Best Price Distributors et. al.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability company, | CASE NO. **21-cv-6689-RGK-(JCx)** |
| | Hon. Richard Klausner/Courtroom 850 |
| Plaintiffs, | Action Filed:  August 18, 2021 |
| vs. | **OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE 6 RE: PRECLUDE WITNESSES AND INFORMATION NOT DISCLOSED IN DISCOVERY** |
| BEST PRICE DISTRIBUTORS, LLC, a California limited liability company doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE; KHALED M. AHMED, an individual; SANDRA S. CERVANTES aka SANDRA AHMED, an individual, and DOES 1-10; | Date:          November 8, 2022<br>Time:          9:00 a.m.<br>Courtroom:  850 |
| | Discovery Cutoff: August 11, 2022<br>Motion Cutoff:    August 25, 2022<br>Trial Date:          November 8, 2022 |
| Defendants. | |

By their motion in limine 6, Plaintiffs Grabba Leaf, LLC and Michael Andrew Robinson (collectively "Robinson") seek to exclude evidence of some trial witnesses and exhibits that they claim were not disclosed during discovery.

Robinson's motion should be denied on the grounds that:

(1) Defendants made a pre-trial disclosure of their witnesses and exhibits consistent with Fed Rules Civ Proc R 26 (a)(3)(A) & (B);

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-5900

1

1        (2) Many of these witnesses may be present at trial solely for impeachment;

2        (3) Any failure was substantially justified or is harmless. [Fed. R. Civ. P.

3    37(c)(1); Bookhamer v. Sunbeam Prods., No. C-09-6027 EMC (DMR), 2012 U.S. Dist.

4    LEXIS 152373, at *6-7 (N.D. Cal. Oct. 23, 2012)]; and

5        (4) All the exhibits were provided in discovery or attached as exhibits in law and

6    motion and were physically provided to the plaintiffs.

7

8    Dated: October 6, 2022

9                             LAW OFFICE OF ROBERT G. KLEIN

10

11

12                            By:
                              Robert G. Klein

13                            Attorneys for Defendants Best Price Distributors et. al.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Oppositiion To Plaintiffs' Moton In Limine 6-Re: Preclude Late Disclosed Witnesses**

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.   INTRODUCTION

Plaintiffs' product "Grabba Leaf" became popular when marijuana was legalized for both medical and recreational use throughout most of the United States. Robinson is of Jamaican heritage and operated his factory in Jamaica from 2006 through 2013. As part of the subculture in the Caribbean and Jamaica, people refer to Grabba as a slang for tobacco. Attached as exhibit 1 is a copy from an on-line pop culture Urban Dictionary stating: "Grabba-A Jamaican term for tobacco".

Plaintiff Michael Andrew Robinson sat for his deposition on August 10, 2022, just one day before the discovery cut-off. At his deposition he testified about how he came up with the name "Grabba". He testified as follows:

> So you moved your operation at some point from Jamaica;
> right?
> A We did.
> Q And you moved your manufacturing to Dominican?
> A Correct.
> Q When was that?
> A 2013, if I remember correctly, 2012, 2013 [Depo. 14:2-9]
>
> Q How did you choose that name?
> A So it was a name that I kind of came up with based on kind of being a kid in Florida. We used to go to the flea market and buy tobacco leaf. And so based on, you know, what I knew about tobacco and the fact that I wanted customers to grab a leaf from our store or any store, we kind of just made it into a term. [Robinson depo. Page 28:6-12]

Robinson testified he created the name Grabba to mean "grab-a-leaf". This issue goes to defendants' claim that Grabba is generic as another word for "tobacco". In order to impeach Robinson's deposition and trial testimony, defendants searched to find people familiar with the subculture of marijuana smokers who know that the term "Grabba" means "tobacco". Western Wholesale sells its products in a community

3

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD, SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

where there are many Jamaican marijuana smokers who refer to Grabba to mean tobacco which they mix with marijuana.

In order to impeach Robinson, defendants Western Wholesale added witnesses to testify on the generic nature of Grabba and how that term is used and understood in the culture of marijuana smokers living in South Central Los Angeles. It was unknown defendants would need these witnesses until after the discovery cut-off.

Robinson also testified at his deposition he can tell counterfeit product because it has a rancid odor.  According to Robinson his tobacco is properly fermented and if properly fermented and processed one will not get a rancid order.  The following was his testimony on that issue:

> Q. Do you take any steps to counter mold at the factory there?
> A. So, no. The step is taken in how the tobacco is treated. If the fermentation processing is incorrect, you'll get mold, you'll get that stinky smell that I pointed out earlier. But when something is fermented correctly you don't have those issues, fermented and processed correctly. [109:6-13]

Based upon Robinson's testimony at his August 10, 2022 deposition, defendants Western Wholesale need to rebut Robinson's claim his product will never have a foul odor or show mold.  Defendants found several shop owners who sell Grabba leaf and will testify they had several customers complaint the Grabba leaf had a rancid odor.

The following witness were added:[1]

| Witness | Substance of Testimony | Amount of time |
|---|---|---|
|  |  |  |

---

[1]Defendants intend to only call two shop owners and two customers unless others have information that is not redundant.

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD, SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

| Wayne Salmon | He will provide a testimony on the term "grabba" which is known in his subculture of people who smoke grabba leaf and it is synonymous to tobacco and the name "grabba" is generic. | .5 hour |
|---|---|---|
| Donald Barrett | He will provide a testimony on the term "grabba" which is known in his subculture of people who smoke grabba leaf and it is synonymous to tobacco and the name "grabba" is generic. | .5 |
| Francis Yanez* | Smoke shop owner. She will testify on the packaging of Grabba Leaf. She will testify that"grabba" is a generic term for a tobacco leaf. Customers sometimes return the genuine Grabba Leaf Products for mold or bad order. | 1.0 |
| Farog Arman* | Smoke shop owner. He will testify on customers complaints on genuine Grabba Leaf Products. | 1.0 |

5

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

| | | |
|---|---|---|
| Sandor Caplan* | Smoke shop owner. He can testify that customers who buy Grabba Leaf would accept Fronto leaf or any other tobacco leaf. He receives complaints on genuine Grabba Leaf regarding bad smell. | .75 |
| Jason Garido* | Will testify about the business of Khaled Ahmed with Kais Chaabani and that Statewide Distributors never did any business in Florida. | 1.0 |
| Chisthian Mineli* Vargas Miranda | Owner of mini-market and store owner at 8906 S. Western Avenue. Testimony will include customers use the term Grabba leaf when referring to tobacco.  She gets returns of Grabba Leaf product because it is dry and moldy. | 1.0 |
| Luis Chavez | testify customer returned Grabba Leaf because of foul smell | .5 |
| Osama Hassan* | Smoke shop owner on customer complaints on genuine Grabba Leaf | .75 |
| Yousef Morocco | He can testify that Jamican customers meant tobacco leaf when they came to ask for Grabba/Fronto Leaf | 1.0 |
| Teresa Uribe* | Smoke shop owner on customer complaints on genuine Grabba Leaf | .75 |

6

**II**      <u>**Defendants Gave All Their Trial Exhibits in According with Rule 26**</u>

The bulk of the exhibits listed in plaintiff's motion were provided in discovery or attached in motions for summary judgment.  Physical copies of all these exhibits were also provided on October 2nd and 3rd , 2022. [Klein declaration.]

Below is defendants response to the documents at issue:

| Exhibit | Defendants' Description | Response |
|---------|------------------------|----------|
| 226 | Picture of thin leaf | Robinson showed this at his deposition. Will be used to show jury. Provided in pre-trial disclosures. |
| 227 | Picture of Grabba Leaf Package with thin leaf | Part of expert witness testimony disproving thin leaf on products. Provided in pre-trial disclosures |
| 232 | Spreadsheet of sale and inventory | Compilation of invoices provided in discovery |
| 249 | CCTL Cigar wraps heavy metals 9/12/2022 by West. Wholesale | Robinson produced product samples after discovery cut-off. Lab test for impeachment. Provided in pre-trial disclosures |

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD, SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

| | | |
|---|---|---|
| 250 | CCTL Cigar wraps pesticides 9/12/2022 by West. Wholesale | Robinson produced product samples after discovery cut-off. Lab test for impeachment. Provided in pre-trial disclosures |
| 251 | CCTL from cigar wrap test from Will's Market heavy metals | Robinson produced product samples after discovery cut-off. Lab test for impeachment. Provided in pre-trial disclosures |
| 252 | CCTL from cigar wrap test from Will's Market pesticides | Robinson produced product samples after discovery cut-off. Lab test for impeachment. Provided in pre-trial disclosures |
| 253 | GLS Laboratory Services | Robinson produced product samples after discovery cut-off. Lab test for impeachment. Provided in pre-trial disclosures |

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD, SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

| 260 | Purchase invoices for Zig Zag and other alleged counterfeit goods. [Plaintiff claims defendants sold counterfeit zig zag rolling papers but have no evidence.  Defendants provided a receipt showing they purchased zig zag papers directly from the company Zig Zag] | Never provided in discovery but physical copy was provided on October 3, 2022. Provided in pre-trial disclosures |
|---|---|---|
| 263 | Robinson farming entities | Offered for impeachment to Robinson claim he only buys tobacco from Lancaster Leaf.  Provided in pre-trial disclosures |
| 280 | Net profits Grabba Leaf 12-2021 | Prepared after plaintiffs disclosed their expert to prove defendants profits. Prepared in response to claim for defendants' profits. Provided in pre-trial disclosures |
| 282 | Coresta guidance Residue levels | Public document to impeach Plaintiff's expert. Provided in pre-trial disclosures |

9

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

| 303 | Establishment of toxic metal reference report | Public document to impeach Plaintiff's expert. Provided in pre-trial disclosures |
| 304 | Confirmation of CC Testing lab reports received | Plaintiff gave defendants a sample of a product after discovery cut-off. This test was prepared after receiving sample for impeachment. Provided in pre-trial disclosures |
| 305 | Photo of warehouse in Florida | Plaintiffs falsely claim defendants were operating a counterfeit business in Florida. Plaintiffs raised this two days before the discovery cut-off. This is a picture of the building showing no business activity. Provided in pre-trial disclosures. |

Oppositiion To Plaintiffs' Moton In Limine 6-Re: Preclude Late Disclosed Witnesses

| 306 | Pricing for Meleic Hydrazide | Used to impeach plaintiffs' expert. Provided in pre-trial disclosures |
| 309 | Photos of Grabba in crowded field | Many of the photos were provided to Robinson in a prior litigation.  Public documents showing about 45 companies that use Grabba in connection with their tobacco products. Provided in pre-trial disclosures |
| 310 | Malieic hydrazide safety summary | Used to impeach expert witness Provided in pre-trial disclosures |
| 312 | Sale price information for Maleic H | Used to impeach expert witness. Provided in pre-trial disclosures |

## II    LEGAL ARGUMENT

### A.  Defendants Timely Complied With Their Obligations to Provide Pre-Trial Disclosure

Under Rule 26(a) of the Federal Rules of Civil Procedure, parties have an

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

1 | affirmative duty to disclose all individuals with potentially discoverable information
2 | that the party may use to support its claims or defenses. Fed. R. Civ. P. 26(a). Parties
3 | also have a duty to provide supplementary disclosures when they learn additional
4 | information that should have been provided under Rule 26(a). Fed. R. Civ. P. 26(e).

5 | **1    Time for Pretrial Disclosures; Objections**.

6 | Unless the court orders otherwise, these disclosures must be made at least 30
7 | days before trial. Within 14 days after they are made, unless the court sets a different
8 | time, a party may serve and promptly file a list of the following objections: any
9 | objections to the use under Rule 32(a) of a deposition designated by another party
10 | under Rule 26(a)(3)(A)(ii); and any objection, together with the grounds for it, that
11 | may be made to the admissibility of materials identified under Rule 26(a)(3)(A)(iii).
12 | An objection not so made—except for one under Federal Rule of Evidence 402 or
13 | 403—is waived unless excused by the court for good cause.

14 | On October 6, 2022, a time more than 30 days before trial, Defendants served
15 | Plaintiffs a complete list of all the witnesses with addresses and phone numbers.
16 | Several of these witnesses were being called to impeach plaintiff Robinson on his
17 | deposition testimony. Defendants also gave Plaintiffs all the exhibits Plaintiffs claim
18 | were not provided.

19 | **B.    Defendants Were Justified in Their Disclosure of These Witnesses**

20 | Defendants submit they timely filed their pre-trial disclosures under Rule 26(a)
21 | and Rule 37(c)(1). However, even if untimely, Defendants were substantially justified.

22 | In determining whether the failure to timely disclose a witness was substantially
23 | justified, the court weighs five factors:

24 | (1) the surprise to the party against whom the evidence would be offered; (2) the
25 | ability of that party to cure the surprise; (3) the extent to which allowing the evidence
26 | would disrupt the trial; (4) the importance of the evidence, and (5) the nondisclosing
27 | party's explanation for it failure to disclose the evidence. [San Francisco Baykeeper v.
28 | W. Bay Sanitary Dist., 791 F. Supp. 2d 719, 733 (N.D. Cal. 2011); Bookhamer v.

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD, SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

1 Sunbeam Prods., No. C-09-6027 EMC (DMR), 2012 U.S. Dist. LEXIS 152373, at *7

2 (N.D. Cal. Oct. 23, 2012)]

3     **The Surprise to the Party Against Whom the Evidence Would Be Offered**

4     Robinson testified at his deposition that he created the name "Grabba" to mean

5 "grab-a-leaf". It should be no surprise that the defendants would offer witness to rebut

6 and impeach Robinson on that point. Defendants will call 2-3 witnesses that Grabba

7 is a generic word for tobacco. These witness combined will take no more than about

8 1.5 hour of time.

9     It also should come as no surprise that defendants will dispute Robinson's claim

10 that his product does not have a rancid smell. Defendants will call 2-3 witnesses to

11 testify about their experience.

12     **The Ability of That Party to Cure the Surprise**

13     Defendants provided the address and phone numbers of these witnesses.

14 Plaintiffs can cure any surprise by contracting these witnesses.

15     **The Extent to Which Allowing the Evidence Would Disrupt the Trial**

16     All these witnesses combined would probably take no more than 2.0 hours.

17 There would be no disruption in the trial.

18     **The Importance of the Evidence**

19     Defendants are calling lay witnesses to testify about their experiences. None of

20 these witnesses will offer expert testimony which could be considered important and

21 prejudicial. This rule appears to prevent prejudice when a party fails to make a

22 disclosure of an expert witness. It does not appear to have effect on lay witnesses

23 offered primarily for impeachment.

24     **The Nondisclosing Party's Explanation for the Failure to Disclose the**

25 **Evidence**.

26     Robinson's theories on how he created the name and how he can tell his product

27 is genuine because his product would not have a rancid smell was disclosed one day

28 before the discovery cut-off. Defendants conduct was both substantially justified and

1    was harmless to the plaintiffs.

2        Respectfully submitted.

3

4    Dated: October 6, 2022

5                       LAW OFFICE OF ROBERT G. KLEIN

6

7                       By:

8                       Robert G. Klein

9                       Attorneys for Defendants Best Price Distributors et. al.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

**Opposition To Plaintiffs' Motion In Limine 6-Re: Preclude Late Disclosed Witnesses**

**DECLARATION OF ROBERT G. KLEIN**

I, Robert G. Klein declare:

1.      I have personal knowledge of all the facts hereafter alleged and if called upon to testify could competently do so.

2.      I am an attorney duly licensed to practice law before all the courts in the State of California and I am one of the attorneys representing the defendants in this action.

3.      Attached as Exhibit 1 is a copy of a document from the Urban Dictionary that was shown to Michael Andrew Robinson in a case of *Michael Andrew Robinson v. Kais Chaabani; Worldwide Tobacco* United States District Court, Southern District of Florida 20-cv-60901.

4.      On October 6, 2022 I sent to plaintiffs' counsel defendants' Pre-Trial Disclosures listing all of defendants witnesses.  I included their last known addresses and phone numbers.  Attached as Exhibit 2 is a true and correct copy of the Pre-Trial Disclosures.

5.      Starting on October 2, 2022 and continuing to October 3, 2022 I sent to plaintiffs' counsel all defendants' exhibits in a pdf format. Attached as Exhibit 3 are emails I sent to plaintiffs' counsel confirming the sending of those documents.

6.      Attached as Exhibit 4 are portions of Mr. Robinson's deposition taken on August 10, 2022

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed October 7, 2022 in Los Angeles, California.

Robert G. Klein

15

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

1

## <u>DECLARATION OF DIANA SPIELBERGER</u>

2    I, Diana Spielberger, state and declare as follows:

3    1. I am an attorney duly licensed to practice law in the State of California and

4    before this Court. I am one of the attorneys for defendants. I know the facts herein of

5    my own personal knowledge and, if called upon as a witness, could and would

6    competently testify thereto.

7    2. Exhibits 226 and 227 will be used to refute Robinson's claim that counterfeit

8    leaves are all thin, whereas Grabba Leaf's leaves are much thicker. They will be used

9    as a demonstration at trial.

10    3. Exhibit 232 is a spreadsheet which was attached as Exhibit 8 to Mr. Ahmed's

11    Declaration in opposition to Plaintiffs' MSJ. (Dkt. 106-1, pp. 62,63)

12    4. Exhibits 249-252 are CCTL test reports conducted on samples of allegedly

13    counterfeit products purchased from Western Wholesale, which products were not

14    produced by plaintiffs until August 22, 23 and 24, 2022. These samples were requested

15    in Cervantes' Second Demand for Production of Documents served June 28, 2022. The

16    samples were to have been produced on July 30, 2022. No samples were produced until

17    late August, long after the discovery cut-off. After receipt of the samples defendants

18    conducted tests (249-252) which test results have been produced to plaintiffs. Exhibit

19    304 relates to the chain of custody of the samples sent for testing after receipt of the

20    samples from plaintiffs.

21    5. Exhibit 253 is part of the chain of custody for products sent for testing for the

22    presence of MH. Testing for MH was a new test plaintiffs came up with to determine

23    counterfeit product. The new test was first revealed to defendants in Moore's Rebuttal

24    Expert Report served on or about September 16, 2022. The Rebuttal Expert Report is

25    the subject of one of Defendants' Motions in Limine. In the event the Motion in limine

26    is successful, Defendants will not be using this document or any MH test results.

27

28

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

6. The remainder of the exhibits consist mainly of publicly available documents and information which will be used to impeach Robinson and his experts and accordingly, need not even be an exhibit; Plaintiffs should be thankful that these documents were produced to them and not sprung on Robinson (who has been designated an expert) and his other experts, at trial.

DATED: October 7, 2022          LAW OFFICES OF VICTOR SHERMAN


By    /a/Diana Spielberger
        DIANA SPIELBERGER

LAW OFFICE OF ROBERT G. KLEIN
555 WEST FIFTH STREET, 31ST FLOOR
LOS ANGELES, CALIFORNIA 90013-1010
TELEPHONE (213) 996-8508

17

# EXHIBIT 1



🔍 Type any word here...

Do Not Eat Avocado Toa
Breakfast, Here's Wh

# Grabba

🐦 f

A **Jamaican** **term** for **tobacco**

*Mix up di **grabba** wid di weed, hot grabba spliff, cut it up **inna di** weed fi it **badda***

**by Timdoggg May 3, 2015**

👍 276    👎 29

🚩 FLAG

**Get the** Grabba **mug.**



**Doctor Tells: If You Have
Too Much Belly Fat, Do This**

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. Use of this site is subject to our terms of service.

**Do Not Sell My Personal Information**

I Accept

**EXHIBIT 2**

Victor Sherman (State Bar No. 38483)
Diana Spielberger (State Bar No. 109967)
Jay Statman (State Bar No. 94470)
LAW OFFICE OF VICTOR SHERMAN
Telephone: (310) 392-9029
Robert G. Klein, Esq., State Bar No. 128550
LAW OFFICE OF ROBERT G. KLEIN
8383 Wilshire Blvd., Suite 935
Beverly Hills, California  90211
Telephone:  (833) 997-5529
email: robert@kleinlitigation.com

Attorneys for Defendants Best Price Distributors et. al.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BEST PRICE DISTRIBUTORS, LLC, a California limited liability company doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE; KHALED M. AHMED, an individual; SANDRA S. CERVANTES aka SANDRA AHMED, an individual, and DOES 1-10;<br><br>　　　　　Defendants. | CASE NO.  **21-cv-6689-RGK-(JCx)**<br><br>Hon. Richard Klausner/Courtroom 850<br><br>Action Filed:   August 18, 2021<br><br>**PRE-TRIAL DISCLOSURES**<br><br>Discovery Cutoff: August 11, 2022<br>Motion Cutoff:    August 25, 2022<br>Trial Date:         November 8, 2022 |

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure defendants submit their pre-trial disclosures attached.

1

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

## Defendants intend on calling the following witnesses in their defense

| | Address | Phone Number |
|---|---|---|
| Khaled Ahmed | 8856 S. Western Ave Los Angeles, CA 90047 | (323) 793-2736 |
| Sandra Cervantes | 8856 S. Western Ave Los Angeles, CA 90047 | (909) 882-4718 |
| Iva Shin | 1060 E. Hyde Park Blvd. Inglewood, CA 90302 | (213) 448-0873 |
| Vanessa Fitsanakis | 354 North Prince Street Lancaster, PA 17603 | 717-286-9333 |
| Diana Spielberger | 11400 Olympic Blvd #1500 Los Angeles, CA | (310) 399-3259 |
| Yolanda Azucena Bernal Zepeda | 8856 S. Western Ave Los Angeles, CA 90047 | (323) 305-6006 |
| Wayne Salmon | 12208 Grevillea Ave Hawthorne, CA 90250 | (424) 233-0505 |
| Donald Barrett | 11215 Grevillea Ave Hawthorne, CA 90250 | (714) 317-0060 |
| Francis Yanez | 5401 S. Figueroa Street Los Angeles, CA 90037 | (213) 675-4837 |
| Farog Arman | 8123 E. Theresa Street Long Beach, CA 90814 | (424) 909-2417 |
| Sandor Caplan | 23 29th Ave Venice, CA 90291 | (310) 801-9808 |
| Teresa Uribe | 5963 S. Harbor Blvd. Los Angeles, CA 90731 | (323) 822-6003 |
| Osama Hassan | 765 Cerritos Ave Long Beach, CA 90813 | (562) 565-3822 |
| Maria Sotelo | 5800 West Blvd, Los Angeles, CA 90043 | (909) 302-3711 |
| Zishan Ali | 2631 Lindsay Privado Dr., Ontario, CA 91761 | (832) 704-7876 |

| | | |
|---|---|---|
| Kais Chaabani | 1272 Banks RD Margate, FL 33063 | (954) 681-9606 |
| Jason Garido | 14842 SW 171ST Terrace Miami, FL 33187 | (305)793-0719 |
| Christhian Mineli Vargas Miranda | 8908 S. Western Ave Los Angeles, CA 90047 | (323) 542-7240 |
| Porscha Imperial | cases@marksmen.com | (800) 558-8838 |
| Omar Ahmed | 8856 S. Western Ave Los Angeles, CA 90047 | (424) 521-0543 |
| Luis Chaviz | 1223 W. 67th Street Los Angeles, CA 90044 | (323) 338-1250 |
| Marlon Robinson | 1991 SW 94th Ter. Miramar, FL 33025 | (347) 499-0056 |
| Yousef Siddiki Morocco | 11232 Crenshaw Blvd., Inglewood, CA | (323) 507-4285 |

1 | Dated: October 6, 2022
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

LAW OFFICE OF ROBERT G.
KLEIN

By: _____
Robert G. Klein
Attorneys for Defendants Best
Price Distributors et. al.

2

**Pre-Trial Disclosures**

**EXHIBIT 3**

**Robert Klein**

| | |
|---|---|
| **From:** | Robert Klein |
| **Sent:** | Sunday, October 2, 2022 12:19 PM |
| **To:** | Hobart, C. Dana |
| **Subject:** | RE: Defense exhibits [IWOV-BN.FID3469188] |
| **Attachments:** | 226-thin leaf.pdf; 227-thin leaf in packate.pdf; 232-Spreadsheets for Grabba Purchases and Sales 2018 to 2021 Latest 091022.pdf; 242-combined letter to FDA.pdf; 249-Western W. 6-18-21 Cigar Wrap Test Results - cadmium_unlocked.pdf; 250-Western W. 6-18-21 Cigar Wrap Test Result - pesticides_unlocked.pdf; 251-Will's Jr. Mkt. Cigar Wrap Test Result - Cadmium_unlocked.pdf; 252-Will' Jr. Mkt. Cigar Wrap Test Result - pesticides_unlocked.pdf |

I will send the rest using We Transfer.  I am concerned the volume is too large to send by email

Robert G. Klein, Esq.
**KLEIN**
*Trial Lawyers*
8383 Wilshire Blvd.
Suite 935
Beverly Hills, California 90211
(833) 997-5529
robert@kleinlitigation.com

Visit Our Website
Visit our Facebook Page and Visit Our BLOG

**From:** Hobart, C. Dana
**Sent:** Sunday, October 2, 2022 11:16 AM
**To:** Robert Klein <robert@kleinlitigation.com>
**Cc:** Speiss III, Thomas J. <tspeiss@buchalter.com>; Pendergrass, Mancy <mpendergrass@buchalter.com>
**Subject:** Defense exhibits [IWOV-BN.FID3469188]

**Robert,**

**In reviewing Defendants' initial exhibit list sent on September 27, 2022, we were unable to locate the documents listed below.  Without waiving any rights to exclude such documents and object to their admissibility at trial, please provide us with copies so we may evaluate our objections.  We have not had the opportunity to analyze the additional exhibits Defendants added to the list (Exhibits 313-333), but if you believe Plaintiffs do not have any of those additional exhibits, please also provide those to us.**

**Thanks,**

**Dana**

- ▪ **226    Picture of thin leaf**
- ▪ **227    Picture of Grabba Leaf package with thin leaf**
- ▪ **232    Spreadsheet of sale and inventory**
- ▪ **242    Rowland letter to FDA with attachments**

1

- 249    CCTL Cigar wraps heavily metals 9/12/2022 by West. Wholesale
- 250    CCTL Cigar wraps pesticides 9/12/2022 by West. Wholesale
- 251    CCTL from cigar wrap test from Will's Market heavy metals
- 252    CCTL from cigar wrap test from Will's Market pesticides
- 253    GLS Laboratory Services sample submission MH testing
- 260    Purchase invoices for Zig Zag and other alleged counterfeit goods
- 263    Robinson's farming entities
- 264    Standards for tobacco leaf sales
- 265    Airline tickets to Florida and return
- 266    Summary of investigative reports
- 280    Net profits Grabba Leaf 12-2021
- 281    Photo of Yellow Grappa
- 282    Coresta guidance Residue levels
- 292    email from Heather of Global Labs to Diana Spielberger 9/20/2022
- 303    Establishment of Toxic metal reference report
- 304    Confirmation of CC Testing lab reports received
- 305    Photo of warehouse in Florida
- 306    Pricing for Maleic Hydrazide
- 309    Photos of Grabba in crowded field
- 310    Maleic hydrazide safety summary
- 312    Sale price information for Maleic hydrazide

# Buchalter

**C. Dana Hobart**
**Attorney at Law**
**T (213) 891-5033**
dhobart@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
www.buchalter.com | Bio | LinkedIn

**Notice To Recipient:** This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

## Robert Klein

| | |
|---|---|
| **From:** | Robert Klein |
| **Sent:** | Monday, October 3, 2022 9:01 AM |
| **To:** | Thomas J. Speiss III (TSpeiss@buchalter.com); Hobart, C. Dana |
| **Subject:** | Defendants exhibits |
| **Attachments:** | 226-thin leaf.pdf; 227-thin leaf in packate.pdf; 229-Statewide invoices.pdf; 230-Ravi's invoices.pdf; 231-Receipts for purchase from Costco.pdf; 232-Spreadsheets for Grabba Purchases and Sales 2018 to 2021 Latest 091022.pdf; 233-Verified Supplemental Interrogatory Responses (Cervantes).pdf; 234-Urban dictionary Grabba term for Jamaican tobacco.pdf; 235-Article re Grabba Leaf Trademarks Canceled.pdf; 236-Declaration Vanessa Fitsanakis Ph.D_.pdf; 237-Expert Disclosure - Chris Spaeth Ph.D.pdf; 238-Expert Disclosure - J.Michael Moore.pdf; 239-Expert Disclosure - Kevin Read.pdf; 242-combined letter to FDA.pdf; 244-Dec of Maria Sotelo.pdf; 246-Whole Leaf sample purchased from Costco 11-18-21_unlocked.pdf; 247-Whole Leaf sample purchased from Costco 2-15-22_unlocked.pdf; 248-Sotelo Exhibits - Statewide Invoices.pdf; 249-Western W. 6-18-21 Cigar Wrap Test Results - cadmium_unlocked.pdf; 250-Western W. 6-18-21 Cigar Wrap Test Result - pesticides_unlocked.pdf; 251-Will's Jr. Mkt. Cigar Wrap Test Result - Cadmium_unlocked.pdf; 252-Will' Jr. Mkt. Cigar Wrap Test Result - pesticides_unlocked.pdf; 256-Grabba Leaf invoices.pdf; 257-Photos of two packages.pdf; 258-Sotelo Lease.pdf; 259-DD dox.pdf |

Robert G. Klein, Esq.
**KLEIN**
*Trial Lawyers*
8383 Wilshire Blvd.
Suite 935
Beverly Hills, California 90211
(833) 997-5529
robert@kleinlitigation.com

Visit Our Website
Visit our Facebook Page and Visit Our BLOG

**EXHIBIT 4**

```
1              UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3
4    MICHAEL ANDREW ROBINSON,        )
     an individual; GRABBA LEAF,     )
5    LLC, a Florida limited          )
     liability corporation,          )
6                                     )
                  Plaintiffs,         )
7                                     )
          vs.                         )  Case No.:
8                                     )  2:21-cv-06689-RGK-(JCx)
     BEST PRICE DISTRIBUTORS, LLC,   )
9    a California limited liability  )
     company, doing business as       )
10   WESTERN WHOLESALE and as QUICK  )
     TOBACCO WHOLESALE; KHALED        )
11   M. AHMED, an individual; and    )
     SANDRA S. CERVANTES, aka         )
12   SANDRA AHMED, and DOES 1-10,    )
                                      )
13                Defendants.         )
     _____)  Part I
14
15
16              VIDEOTAPED DEPOSITION OF
17               MICHAEL ANDREW ROBINSON
18               LOS ANGELES, CALIFORNIA
19              Wednesday, August 10, 2022
20
21   ATKINSON-BAKER, A VERITEXT COMPANY
     (800) 288-3376
22
23
24   REPORTED BY:  KARINE SEPEDJIAN, CSR No. 12515
25   FILE NO.:     AB5355127

                                          Page 1
```

Michael Andrew Robinson , part 1
August 10, 2022

| | | |
|---|---|---|
| 1 | where we are today. | 09:41:12 |
| 2 | Q    So you moved your operation at some point from | 09:41:14 |
| 3 | Jamaica; right? | 09:41:18 |
| 4 | A    We did. | 09:41:20 |
| 5 | Q    And you moved your manufacturing to | 09:41:20 |
| 6 | Dominican? | 09:41:24 |
| 7 | A    Correct. | 09:41:26 |
| 8 | Q    When was that? | 09:41:27 |
| 9 | A    2013, if I remember correctly, 2012, 2013. | 09:41:34 |
| 10 | Q    When you said you have a 5,000-square-foot | 09:41:39 |
| 11 | manufacturing company, is that still in Dominican | 09:41:45 |
| 12 | Republic? | 09:41:51 |
| 13 | A    No.  So the 5,000 square foot was in reference | 09:41:51 |
| 14 | to the building only because you asked where we did it. | 09:41:54 |
| 15 | So I kind of brought you in the timeline from when we | 09:41:58 |
| 16 | started in an 800 square foot to where we ended in | 09:42:02 |
| 17 | Jamaica with about 5- to 6,000 square feet.  But that | 09:42:06 |
| 18 | was the size of the building and had nothing to do with | 09:42:10 |
| 19 | the company.  The company shut down in 2013, after we | 09:42:14 |
| 20 | made the move. | 09:42:18 |
| 21 | Q    After what, I am sorry?  I didn't catch that. | 09:42:19 |
| 22 | A    After we moved to the Dominican Republic. | 09:42:21 |
| 23 | Q    Why did you move? | 09:42:25 |
| 24 | A    The atmosphere, the environment was better in | 09:42:27 |
| 25 | the Dominican Republic.  The Dominican Republic is the | 09:42:31 |

Page 14

Michael Andrew Robinson , part 1
August 10, 2022

```
1        A    I don't know.  I have my hands full with        10:01:14
2    Grabba Leaf.                                              10:01:17
3        Q    So let's go back to 2006.  That's when you       10:01:23
4    formed Grabba Leaf, LLC; right?                           10:01:31
5        A    Uh-huh.                                          10:01:34
6        Q    How did you choose that name?                    10:01:35
7        A    So it was a name that I kind of came up with     10:01:39
8    based on kind of being a kid in Florida.  We used to go   10:01:43
9    to the flea market and buy tobacco leaf.  And so based    10:01:46
10   on, you know, what I knew about tobacco and the fact      10:01:52
11   that I wanted customers to grab a leaf from our store or  10:01:55
12   any store, we kind of just made it into a term.           10:02:00
13       Q    Okay.  It does have -- Grabba Leaf has a         10:02:04
14   specific meaning, though, doesn't it?                     10:02:09
15       A    Our company.                                     10:02:13
16       Q    Isn't grabba Jamaican slang for processed        10:02:15
17   tobacco?                                                  10:02:21
18       A    Not until we came out.  Not until we became     10:02:23
19   popular.                                                  10:02:28
20       Q    When was that?                                   10:02:28
21       A    We started in 2006.  When the copycats           10:02:29
22   started, maybe 20 -- time after it was clear we were      10:02:33
23   going to be a successful company.                         10:02:37
24       Q    So you chose the name Grabba Leaf in 2006, and   10:02:39
25   that's a name --                                          10:02:45
```

Page 28

Michael Andrew Robinson , part 2
August 10, 2022

| | | |
|---|---|---|
| 1 | some end products as well. | 12:53:40 |
| 2 | Q.  Okay. | 12:53:42 |
| 3 | And do you not have to use any kind of | 12:53:42 |
| 4 | insecticides to prevent mold, for example? | 12:53:45 |
| 5 | A.  No, we don't. | 12:53:49 |
| 6 | Q.  Do you take any steps to counter mold at the | 12:53:51 |
| 7 | factory there? | 12:53:57 |
| 8 | A.  So, no.  The step is taken in how the tobacco is | 12:53:59 |
| 9 | treated.  If the fermentation processing is incorrect, | 12:54:03 |
| 10 | you'll get mold, you'll get that stinky smell that I | 12:54:07 |
| 11 | pointed out earlier.  But when something is fermented | 12:54:11 |
| 12 | correctly you don't have those issues, fermented and | 12:54:15 |
| 13 | processed correctly. | 12:54:20 |
| 14 | Q.  How long is the fermentation process? | 12:54:20 |
| 15 | A.  Different for -- for all different types of | 12:54:24 |
| 16 | tobacco.  There's no one time. | 12:54:27 |
| 17 | Q.  Well, you mean all different products?  For | 12:54:29 |
| 18 | example the leaf, the whole leaf -- | 12:54:33 |
| 19 | A.  Different types -- | 12:54:36 |
| 20 | Q.  -- may take longer? | 12:54:37 |
| 21 | A.  Different types -- | 12:54:39 |
| 22 | Q.  Oh, okay -- | 12:54:39 |
| 23 | A.  Like, for instance -- - | 12:54:40 |
| 24 | Q.  -- so there's different -- | 12:54:40 |
| 25 | A.  The tobacco the client has the cheap tobacco we | 12:54:42 |

Page 109