# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   MICHAEL ANDREW ROBINSON,       )
     an individual; GRABBA LEAF,    )
 5   LLC, a Florida limited         )
     liability corporation,         )
 6                                  )
              Plaintiffs,           )
 7                                  )
           vs.                      ) Case No.:
 8                                  ) 2:21-cv-06689-RGK-(JCx)
     BEST PRICE DISTRIBUTORS, LLC,  )
 9   a California limited liability )
     company, doing business as     )
10   WESTERN WHOLESALE and as QUICK )
     TOBACCO WHOLESALE; KHALED      )
11   M. AHMED, an individual; and   )
     SANDRA S. CERVANTES, aka       )
12   SANDRA AHMED, and DOES 1-10,   )
                                    )
13            Defendants.           )
     _____) Part I
14
15
16           VIDEOTAPED DEPOSITION OF
17             MICHAEL ANDREW ROBINSON
18              LOS ANGELES, CALIFORNIA
19            Wednesday, August 10, 2022
20
21   ATKINSON-BAKER, A VERITEXT COMPANY
     (800) 288-3376
22
23
24   REPORTED BY:  KARINE SEPEDJIAN, CSR No. 12515
25   FILE NO.:     AB5355127
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4   MICHAEL ANDREW ROBINSON,        )
     an individual; GRABBA LEAF,     )
 5   LLC, a Florida limited          )
     liability corporation,          )
 6                                   )
               Plaintiffs,           )
 7                                   )
            vs.                      ) Case No.:
 8                                   ) 2:21-cv-06689-RGK-(JCx)
     BEST PRICE DISTRIBUTORS, LLC,   )
 9   a California limited liability  )
     company, doing business as      )
10   WESTERN WHOLESALE and as QUICK  )
     TOBACCO WHOLESALE; KHALED       )
11   M. AHMED, an individual; and    )
     SANDRA S. CERVANTES, aka        )
12   SANDRA AHMED, and DOES 1-10,    )
                                     )
13             Defendants.           )
     _____) Part I
14
15
16
17
18        Deposition of MICHAEL ANDREW ROBINSON, taken
19   on behalf of Defendants and Counterclaimant, at Los
20   Angeles, California, commencing at 9:29 a.m., Wednesday,
21   August 10, 2022, before Karine Sepedjian, CSR No. 12515.
22
23
24
25
```

```
 1            REMOTE APPEARANCES VIA VIDEOCONFERENCE:
 2
 3      FOR THE PLAINTIFF:
 4           THOMAS J. SPEISS, III
             BUCHALTER, A PROFESSIONAL CORPORATION
 5           1000 Wilshire Boulevard, Suite 1500
             Los Angeles, CA 90017
 6           Tspeiss@Buchalter.com
 7      FOR THE DEFENDANTS AND COUNTERCLAIMANT:
 8           DIANA SPIELBERGER, ESQ.
             LAW OFFICES OF VICTOR SHERMAN
 9           11400 W. Olympic Blvd., Suite 1500
             Los Angeles, CA 90064
10           (310)399-3259
             diana@janddlaw.com
11
        ALSO PRESENT:
12
             Terry Hanson,
13           Videographer
14           Khaled Ahmed
15           Jason Daniel
16
17
18
19
20
21
22
23
24
25

                                                          Page 3
```

```
 1   counterfeiting the product to get into the industry.        10:04:22
 2   And once they realize it's not the best thing to be         10:04:25
 3   doing, they normally try creating their own brand.          10:04:28
 4          Q    Are you claiming my client was counterfeiting   10:04:31
 5   your product?                                               10:04:34
 6          A    I do believe so.                                10:04:35
 7          Q    What does that mean in your mind?  What does    10:04:36
 8   it mean to be counterfeiting?                               10:04:39
 9          A    So they copied our packaging, a terrible job    10:04:41
10   of copying, may I add.  But the worst part about it is     10:04:45
11   they go get really cheap, terrible tobacco, that if         10:04:49
12   anyone that knows tobacco knows it's not even the same      10:04:54
13   thing, same tobacco as ours.  So for instance, this         10:04:58
14   is -- this is actually the counterfeit; right?  So I       10:05:04
15   don't know if you guys -- where the camera is or if you     10:05:07
16   guys can see it.                                            10:05:08
17          Q    Hold it back.                                   10:05:10
18          A    I am sorry.  So you can see almost like they    10:05:12
19   took a picture of the packaging.  So whereas we have a     10:05:14
20   well designed craft background, they almost took a          10:05:18
21   picture.  So you can see all the shadowing and              10:05:21
22   everything.                                                 10:05:24
23          Q    Let's stop here.                                10:05:26
24          A    Here is the worst part about it, the part that  10:05:26
25   bothered me the most that I think affects us the most.      10:05:29
```

```
 1    As soon as you open it, you can smell a very foul odor         10:05:32
 2    coming out of this.  And that was the part that was most       10:05:37
 3    scary, because we are regulated by FDA and other               10:05:40
 4    agencies around the U.S.  And you guys should know how         10:05:45
 5    regulated tobacco is.  You know what I mean?                   10:05:47
 6         Q    No.  You tell me.  No.  No.  No.  Wait.  Stop        10:05:50
 7    here now.  I have a question.                                  10:05:53
 8              MR. SPEISS:  I am instructing the witness to         10:05:54
 9    continue to answer the question.                               10:05:56
10    BY MS. SPIELBERGER:                                            10:05:57
11         Q    How regulated is tobacco?                            10:05:57
12         A    Very regulated.                                      10:06:00
13         Q    What are the regulations?                            10:06:00
14         A    So --                                                10:06:03
15         Q    Listen, please.  I have a question.                  10:06:04
16         A    So --                                                10:06:06
17         Q    Listen.                                              10:06:06
18         A    Let me just say this.                                10:06:06
19         Q    No.  Listen, I am asking the questions and you       10:06:08
20    please answer.  Okay?                                          10:06:11
21              MR. SPEISS:  I am going to instruct the              10:06:12
22    witness to continue to answer the question because --          10:06:14
23              MS. SPIELBERGER:  No.  I did not invite an           10:06:17
24    open-ended question.  I am asking.  He is answering.           10:06:19
25    Okay?                                                          10:06:22
```

|    |                                                                      |          |
|----|----------------------------------------------------------------------|----------|
| 1  | rules.                                                               | 10:07:46 |
| 2  |     Q    Do they set the levels of pesticides that your             | 10:07:46 |
| 3  | product can contain?                                                 | 10:07:52 |
| 4  |     A    Honestly, I don't know the specifics of it.                | 10:07:54 |
| 5  |     Q    Okay.  So you believe that the defendants                  | 10:07:59 |
| 6  | actually manufacture the packaging, is that right,                   | 10:08:09 |
| 7  | that -- this is what you think?                                      | 10:08:14 |
| 8  |     A    So I don't want to -- I will tell you what I               | 10:08:17 |
| 9  | think.  I think whether they manufacture it or not,                  | 10:08:20 |
| 10 | whoever does does a terrible job of it.  It's clearly                | 10:08:24 |
| 11 | to -- Our customers, they can see the differences.  And              | 10:08:28 |
| 12 | that's normally how it comes first.  So they will look               | 10:08:32 |
| 13 | at the package.  It will look a little strange to them.              | 10:08:35 |
| 14 | But the dead giveaway is opening this leaf and seeing                | 10:08:39 |
| 15 | that.  It's not even the type of tobacco leaf they are               | 10:08:42 |
| 16 | trying to say it is.  This is -- When you smell this,                | 10:08:46 |
| 17 | you will understand the people that --                               | 10:08:49 |
| 18 |     Q    Wait.  Wait.  Wait.  Who is trying to say that             | 10:08:51 |
| 19 | this is any particular type of tobacco leaf?                         | 10:08:52 |
| 20 |     A    The counterfeiters were trying to sell this as             | 10:08:56 |
| 21 | Grabba Leaf.  Your clients literally put this in a pouch             | 10:09:00 |
| 22 | with our brand on it.                                                | 10:09:03 |
| 23 |     Q    Okay.  Wait.  You just made an allegation.                 | 10:09:05 |
| 24 | How do you know that?  How do you know that?                         | 10:09:09 |
| 25 |     A    Based on all the evidence that we know.  It                | 10:09:11 |

| | | |
|---|---|---|
| 1 | seems as if your clients -- | 10:09:15 |
| 2 | Q    What evidence?  What evidence do you have that | 10:09:17 |
| 3 | indicates that my clients put any product into any | 10:09:18 |
| 4 | pouch? | 10:09:23 |
| 5 | A    Just the fact that we are here being deposed | 10:09:24 |
| 6 | over this, and it started with us, you know, looking | 10:09:27 |
| 7 | into counterfeit product. | 10:09:32 |
| 8 | Q    So we will discuss that.  But -- | 10:09:34 |
| 9 | A    So this tobacco is a dead giveaway.  It's not | 10:09:42 |
| 10 | the same type of tobacco we use. | 10:09:45 |
| 11 | Q    What kind of leaf is that? | 10:09:48 |
| 12 | A    I honestly don't know.  But it isn't what they | 10:09:51 |
| 13 | represented it as.  You know what I mean? | 10:09:53 |
| 14 | Q    No.  Wait.  No.  Stop.  Stop.  It's not a | 10:09:55 |
| 15 | Grabba Leaf -- Listen.  It's not a tobacco leaf -- | 10:10:00 |
| 16 | A    I will show you the difference. | 10:10:06 |
| 17 | Q    -- produced in Dominican Republic? | 10:10:10 |
| 18 | A    You can see it clearly here.  So this leaf | 10:10:10 |
| 19 | actually comes from a company named Lancaster Leaf | 10:10:13 |
| 20 | Tobacco.  So if you look into the quality of their | 10:10:17 |
| 21 | tobacco, you can kind of look at the tobacco and kind of | 10:10:19 |
| 22 | tell you are looking at a very -- when you look at the | 10:10:24 |
| 23 | counterfeit one it's a very cheap, almost cigarette | 10:10:28 |
| 24 | tobacco.  It's clear that these people don't know | 10:10:32 |
| 25 | anything about tobacco.  And that's what makes it even | 10:10:36 |

```
 1   so dangerous.  Do you know what I mean?  It stinks        10:10:38
 2   really bad because the product is still fermenting in     10:10:40
 3   the bag.  These people don't understand the very basics   10:10:44
 4   of tobacco.  And I don't think they care because they     10:10:47
 5   must smell this and they can see how stinky it is.        10:10:49
 6           Q    Let me ask you.  What type of leaf is that?  10:10:53
 7           A    So this, if I had to guess, I would say it's a 10:10:55
 8   very cheap Dominican olor; right?                         10:10:58
 9           Q    Olor, A-l-o-r (sic), is that a type of leaf? 10:11:01
10           A    It's a type of tobacco.  And that's if I had 10:11:05
11   to guess.  But it could also be a very bad Connecticut   10:11:08
12   broadleaf due to the looping vein structures.  So if you 10:11:13
13   see here, these veins loop; right?  They do like a       10:11:14
14   looping up from the center vein.  So our tobacco has     10:11:18
15   specific characters, very specific.  You notice how      10:11:23
16   these are kind of straight from the center vein          10:11:27
17   diagonally up?  This is stuff that I normally would      10:11:30
18   charge a lot of money to give my trade secrets away or   10:11:33
19   my 16 years worth of knowledge away.  But this is a      10:11:38
20   terrible --                                               10:11:44
21           Q    What type of tobacco is that that you just  10:11:45
22   showed us?                                                10:11:48
23           A    This comes out of Lancaster County,          10:11:50
24   Pennsylvania.                                             10:11:54
25           Q    Okay.  How long --                           10:11:55
```

Page 35

REPORTER'S CERTIFICATE

I, Karine Sepedjian, CSR No. 12515, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 12th day of August, 2022.

*Karine Sepedjian*

Karine Sepedjian, CSR No. 12515