# EXHIBIT 2

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3
 4      MICHAEL ANDREW ROBINSON,
        an individual; GRABBA LEAF,
 5      LLC, a Florida limited
        liability corporation,
 6
                        Plaintiffs,
 7
              vs.                              Case No.
 8                                             2:21-cv-06689-RGK-(
        BEST PRICE DISTRIBUTORS, LLC,          JCx)
 9      a California limited
        liability company,
10
                        Defendants.
11      _____
        FULL CAPTION PAGE TWO
12      _____
13
14
15             CONFIDENTIAL PORTIONS OF TRANSCRIPT
16                     ATTORNEYS' EYES ONLY
17         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
18                   MICHAEL ANDREW ROBINSON
19                 WEDNESDAY, AUGUST 10, 2022
20                         12:41 P.M.
21                  POMPANO BEACH, FLORIDA
22      Job #5355127
23      A VERITEXT COMPANY
        (800) 288-3376
24
25      REPORTED BY:  CHRISTINA M. HOLLAND, CSR No. 8193
```

Page 93

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3
 4    MICHAEL ANDREW ROBINSON,
      an individual; GRABBA LEAF,
 5    LLC, a Florida limited
      liability corporation,
 6
 7                  Plaintiffs,
 8         vs.                              Case No.
                                            2:21-cv-06689-RGK-(
 9    BEST PRICE DISTRIBUTORS, LLC,         JCx)
      a California limited
10    liability company,
      doing business as WESTERN
11    WHOLESALE and as QUICK
      TOBACCO WHOLESALE; KHALED
12    M. AHMED, an individual; and
      SANDRA S. CERVANTES, aka
13    SANDRA AHMED, and DOES 1-10,
14
                    Defendants.
15    _____
16    AND RELATED COUNTERCLAIM.
      _____
17
18
19           Videoconference deposition of MICHAEL ANDREW
20    ROBINSON, taken on behalf of
21    Defendant/Cross-Complainant, at Pompano Beach, Florida,
22    commencing at 12:41 p.m., Wednesday, August 10, 2022,
23    before Christina M. Holland, CSR No. 8193.
24
25
```

```
 1                  A P P E A R A N C E S
 2
 3
         FOR PLAINTIFFS:
 4
             BUCHALTER, A PROFESSIONAL CORPORATION
 5           Thomas J. Speiss, Esq.
             1000 Wilshire Boulevard, Suite 1500
 6           Los Angeles, California 90017
             (213) 891-0700
 7           Tspeiss@buchalter.com
 8
         FOR DEFENDANTS AND COUNTERCLAIMANTS:
 9
             LAW OFFICES OF VICTOR SHERMAN
10           Diana Spielberger, Esq.
             11400 West Olympic Boulevard, Suite 1500
11           Los Angeles, California 90064
             (310)399-3259
12           (310)392-9029
             Diana@janddlaw.com
13
14       THE VIDEOGRAPHER:  Terry Hanson
15       ALSO PRESENT:  Khaled Ahmed
16
17
18
19
20
21
22
23
24
25
```

Page 95

|    |    |    |
|----|----|----|
| 1  | You keep mentioning that the -- that the | 13:20:47 |
| 2  | counterfeit Grabba Leaf Whole Leaf smells terrible, it's | 13:20:50 |
| 3  | terrible quality tobacco. | 13:20:55 |
| 4  | What about the cigar wrap -- the counterfeit | 13:20:57 |
| 5  | cigar wrap? | 13:21:02 |
| 6  | A.  Both of them is very low quality tobacco. | 13:21:03 |
| 7  | Q.  Well, I didn't see you smelling or mentioning | 13:21:06 |
| 8  | anything about it. | 13:21:09 |
| 9  | So have you gotten -- has anybody complained to | 13:21:09 |
| 10 | you that the cigar wrap is bad? | 13:21:13 |
| 11 | A.  So in that text message -- | 13:21:16 |
| 12 | MR. SPEISS:  -- just -- just in the -- cigar | 13:21:17 |
| 13 | wrap would be, is it the authentic, or is it the | 13:21:20 |
| 14 | counterfeit?  Just to clarify the question. | 13:21:23 |
| 15 | THE WITNESS:  So in the text message here, | 13:21:25 |
| 16 | the customer is saying, the one you produced earlier, is | 13:21:26 |
| 17 | literally telling your client that, hey, his customer is | 13:21:29 |
| 18 | complaining.  He realized that it's a bad package once | 13:21:33 |
| 19 | he looked at it, once he saw the tobacco.  The same | 13:21:38 |
| 20 | customer came back with the package to show them, "Hey, | 13:21:41 |
| 21 | this is how I further know this is a counterfeit." | 13:21:45 |
| 22 | BY MS. SPIELBERGER: | 13:21:48 |
| 23 | Q.  How do you know this? | 13:21:48 |
| 24 | A.  You just produced it and we read through the | 13:21:49 |
| 25 | texts. | 13:21:52 |

|   |   |   |
|---|---|---|
| 1 | So I'm just asking you how many cases out of, | 13:24:55 |
| 2 | say, 500 does somebody actually open it up and check the | 13:25:01 |
| 3 | quality? | 13:25:08 |
| 4 | A.  I've -- I've answered that maybe no less than six | 13:25:08 |
| 5 | times.  It almost sounds like you want to suggest an | 13:25:11 |
| 6 | answer to me. | 13:25:15 |
| 7 | Q.  Yeah, like it doesn't happen.  All right. | 13:25:18 |
| 8 | MR. SPEISS:  Argumentative.  Please, Diana. | 13:25:22 |
| 9 | I know -- I know -- I know it's -- I know -- | 13:25:25 |
| 10 | MS. SPIELBERGER:  A suggestion was called | 13:25:27 |
| 11 | for. | 13:25:29 |
| 12 | MR. SPEISS:  Please, please. | 13:25:29 |
| 13 | BY MS. SPIELBERGER: | 13:25:29 |
| 14 | Q.  All right.  Let's see. | 13:25:38 |
| 15 | So you mentioned the quality of the whole leaf | 13:25:52 |
| 16 | was really bad and the counterfeit, but what about | 13:25:55 |
| 17 | the -- what about the cigar wrap?  Is it really bad and | 13:26:02 |
| 18 | noticeable when you open the counterfeit of that up? | 13:26:06 |
| 19 | A.  Yes, it is. | 13:26:09 |
| 20 | Q.  It is? | 13:26:14 |
| 21 | A.  Uh-huh. | 13:26:15 |
| 22 | Q.  Okay. | 13:26:20 |
| 23 | So, at some point, you -- you provided samples | 13:26:24 |
| 24 | from LSS that LSS Consulting had purchased from Western | 13:26:33 |
| 25 | Wholesale to Dr. Spathe. | 13:26:37 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                              www.veritext.com

| | | |
|---|---|---|
| 1 | What else? | 16:29:20 |
| 2 | A.  That's the Dominican tobacco, Dominican Allure. | 16:29:23 |
| 3 | Q.  Okay. | 16:29:28 |
| 4 | A.  So I don't -- I don't -- there's -- there's no | 16:29:28 |
| 5 | other popular Dominican breed of tobacco. | 16:29:31 |
| 6 | Now, they do grow some Pennsylvania in Dominican | 16:29:35 |
| 7 | Republic.  They may grow some Kentucky One Sucker in | 16:29:38 |
| 8 | Dominican Republic.  But the only Dominican type of | 16:29:42 |
| 9 | tobacco grown in the Dominican Republic is Dominican | 16:29:47 |
| 10 | Allure. | 16:29:51 |
| 11 | Q.  Okay. | 16:29:52 |
| 12 | And do you claim that that's inferior to your | 16:29:52 |
| 13 | Grabba Leaf? | 16:29:56 |
| 14 | A.  Way inferior.  Not just only a little bit, like, | 16:29:56 |
| 15 | really inferior. | 16:30:00 |
| 16 | Q.  Okay. | 16:30:00 |
| 17 | And could that be -- | 16:30:01 |
| 18 | A.  We're talking -- we're talking $1.00 a pound | 16:30:01 |
| 19 | versus $17 a pound, so just not even comparable. | 16:30:04 |
| 20 | Q.  So -- so it's possible that that is actually the | 16:30:07 |
| 21 | type of leaf that was used in the counterfeit that | 16:30:11 |
| 22 | smelled so bad? | 16:30:15 |
| 23 | A.  But even if you -- even if you use cheap tobacco, | 16:30:17 |
| 24 | you would have to not know anything about tobacco to | 16:30:21 |
| 25 | cause it to smell that bad.  No tobacco smells that bad | 16:30:25 |

Page 269

```
 1    unless the person handling it has no idea how to handle    16:30:28
 2    it.                                                         16:30:31
 3        Q.  Okay.                                               16:30:32
 4            But -- so that could have been Dominican Allure,    16:30:32
 5    that is all I'm saying?                                     16:30:35
 6        A.  That wouldn't cause it to smell bad.  It would be   16:30:36
 7    the handler that caused it to smell bad.                    16:30:41
 8        Q.  Okay.                                               16:30:43
 9            But it could have been Dominican Allure because     16:30:44
10    it's cheap, right?  You want to -- counterfeiters going    16:30:46
11    to want to get cheap, right?                                16:30:49
12        A.  It's cheaper -- cheaper in China.  Could have       16:30:50
13    paid a lot less.                                            16:30:53
14        Q.  Less than $1.00?                                    16:30:54
15        A.  Yeah.  60 cents, as I quoted earlier.               16:30:55
16            MS. SPIELBERGER:  Okay.  Versus a dollar.           16:30:58
17    Well, maybe the shipping kind of evens that out.            16:31:00
18            All right.  We're done.                             16:31:04
19            THE REPORTER:  Would you like a copy?               16:31:13
20            THE VIDEOGRAPHER:  Would you like to go off         16:31:13
21    the record?                                                 16:31:15
22            THE REPORTER:  Let me ask, Mr. Speiss, would        16:31:15
23    you like a copy?                                            16:31:17
24            MR. SPEISS:  Yes.                                   16:31:17
25            THE VIDEOGRAPHER:  Do you need video, sir?          16:31:18
```

Page 270

```
 1    STATE OF CALIFORNIA        )
                                 ) ss
 2    COUNTY OF LOS ANGELES      )
 3
 4       I, Christina M. Holland, CSR No. 8193, in and for the
 5    State of California do hereby certify:
 6       That prior to being examined the deponent named in
 7    the foregoing deposition was by me duly sworn to testify
 8    the truth, the whole truth, and nothing but the truth;
 9       That said deposition was taken down by me in
10    shorthand at the time and place therein named, and
11    thereafter reduced to typewriting under my direction,
12    and the same is true, correct, and complete transcript
13    of said proceedings;
14       That if the foregoing pertains to the original
15    transcript of a deposition in a Federal Case, before
16    completion of the proceedings, review of the transcript
17    {X} was { } was not required.
18       I further certify that I am not interested in the
19    event of the action.
20       Witness my hand this 12th day of August, 2022.
21
22
23              Christina M. Holland, CSR, 8193
24              Certified Shorthand Reporter
25              For the State of California
```

Page 273