# EXHIBIT 3

```
                UNITED STATES DISTRICT COURT

    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION


MICHAEL ANDREW ROBINSON, an        )    REPORTER CERTIFIED
individual; GRABBA LEAF, LLC, a    )       TRANSCRIPT
Florida limited liability company, )
                                   ) CASE NO.
              Plaintiffs,          ) 2:21-CV-06689-RGK-JC
                                   )
       vs.                         )
                                   )
BEST PRICE DISTRIBUTORS, LLC, a    )
California limited liability       )
company doing business as          )
WESTERN WHOLESALE and as QUICK     )
TOBACCO WHOLESALE; KHALED M. AHMED,)
an individual; SANDRA S. CERVANTES,)
aka SANDRA AHMED, an individual,   )
and DOES 1-10,                     )
                                   )
              Defendants.          )
_____)
                                   )
AND RELATED COUNTERCLAIM.          )
_____)



             DEPOSITION OF KHALED M. AHMED

                VOLUME I - PAGES 1 - 154

              MARINA DEL REY, CALIFORNIA

                MONDAY, AUGUST 8, 2022
```



```
REPORTED BY:
AMY L. HORN
CSR NO. 7919
FILE NO. 44465
```

```
 1        DEPOSITION of KHALED M. AHMED via Zoom was taken
 2   on behalf of the Plaintiffs at Marina del Rey,
 3   California, commencing at 9:06 a.m. on Monday,
 4   August 8, 2022, before Amy L. Horn, Certified Shorthand
 5   Reporter No. 7919.
 6
                       A P P E A R A N C E S
 7
 8   FOR THE PLAINTIFFS:   (Via videoconference)
 9   BUCHALTER
10   BY:   THOMAS J. SPEISS III, ESQ.
11   1000 Wilshire Boulevard
12   Suite 1500
13   Los Angeles, California  90017
14   (310) 490-3373
15   tspeiss@buchalter.com
16
     FOR DEFENDANTS: (Via videoconference)
17
     LAW OFFICES OF DIANA SPIELBERGER
18
     BY:   DIANA SPIELBERGER, ESQ.
19
     11400 West Olympic Boulevard
20
     Suite 1500
21
     Los Angeles, California  90064
22
     (310) 399-3259
23
     diana@janddlaw.com
24
25
```

```
 1   APPEARANCES:   (Continued)
 2   ALSO PRESENT:  JAMES LEVINE, Videographer
 3                  MIKAEL CROWTHER
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
13:27:05  1   date and the date that you're testifying now to, that
13:27:08  2   you're able to make the determination that in your mind
13:27:11  3   or your belief is that Grabba Leaf used both packed in DR
13:27:16  4   and produced in Dominican Republic, again, in your
13:27:22  5   belief, your determination, what happened in the
13:27:24  6   intervening seven months?  Did you ever examine the
13:27:26  7   packages together to see both types of packaging?
13:27:30  8        A.   It wasn't my belief what happened last month.
13:27:33  9   It's the belief of Mr. Robinson under oath.  But as to
13:27:39 10   the seven months before, it was all vague to us what is
13:27:43 11   considered to be counterfeit and what is considered to be
13:27:46 12   genuine Grabba.
13:27:47 13                  So it was very difficult for us to find -- to
13:27:51 14   know or with a hundred degree or with 100 percent
13:27:56 15   certainty which one is counterfeit and which one is the
13:27:59 16   genuine Grabba as it is understood by Mr. Robinson.
13:28:04 17        Q.   And did you ever ask anyone to help you with
13:28:06 18   that analysis?
13:28:08 19        A.   Nobody could except Mr. Robinson, so...
13:28:11 20        Q.   Okay.  When you say nobody could, did you ask
13:28:15 21   anyone to help you with that analysis?
13:28:16 22        A.   I don't think -- I don't know of anybody that
13:28:18 23   would be able to help on this aspect.
13:28:23 24        Q.   Did you ask anybody, though, to help you with
13:28:23 25   the analysis?
```

```
 1          I, AMY L. HORN, C.S.R. #7919, a Certified
 2   Shorthand Reporter in and for said County and State, do
 3   hereby certify:
 4          That the foregoing proceedings were taken before
 5   me at the time and place herein set forth; at which time
 6   the witness was duly sworn; and that the transcript is a
 7   true record of the testimony so given.
 8       Witness review, correction and signature was
 9    ( ) by code.                          ( ) requested
10    ( ) waived.                           (X) not requested.
11    ( ) not handled by the deposition officer due to party
12       stipulation.
13
14       The dismantling, unsealing or unbinding of the
15   original transcript will render the reporter's
16   certificate null and void.
17          I further certify that I am not financially
18   interested in the action, and I am not a relative or
19   employee of any attorney of the parties, nor of any of
20   the parties.
21          Dated this 15th day of August, 2022.
22
23          _____
24          AMY L. HORN, CSR
            Certified Shorthand Reporter, No. 7919
25
```