# EXHIBIT 4

VICTOR SHERMAN, SB 38483
victor@victorsherman.law
DIANA SPIELBERGER, SB 109967
diana@janddlaw.com
JAY STATMAN, SB 94470
jay@janddlaw.com
LAW OFFICES OF VICTOR SHERMAN
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone: (310)399-3259
Fax: (310)392-9029
Attorneys for Defendants Best Price Distributors erroneously sued as dba Western Wholesale and Quick Tobacco Wholesale, Khaled M. Ahmed and Sandra Ahmed, and Counterclaimant All Grabba Leaf, LLC dba Western Wholesale

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE; KHALED M. AHMED, an individual; and SANDRA S. CERVANTES, aka SANDRA AHMED, and DOES 1-10,<br><br>Defendants.<br><hr>ALL GRABBA LEAF, LLC, dba WESTERN WHOLESALE,<br><br>Counterclaimant,<br><br>vs.<br><br>GRABBA LEAF, LLC, and ROES 1-10, inclusive,<br><br>Counter-Defendants. | Case no. 2:21-cv-06689-RGK-(JCx)<br><br>The Hon. R. Gary Klausner<br><br><br>COUNTER-CLAIMANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |

| | |
|---|---|
| PROPOUNDING PARTY: | Counter-claimant All Grabba Leaf, LLC dba Western Wholesale |
| RESPONDING PARTY: | Counter-defendant Grabba Leaf, LLC |
| SET NUMBER: | One |

Pursuant to Federal Rule of Civil Procedure 34, Counter-claimant All Grabba Leaf, LLC dba Western Wholesale requests that Counter-defendant Grabba Leaf, LLC provide: 1) a verified response which complies with Rule 34 within 30 days and (2) produce for inspection and copying the following writings on May 3, 2022, at 10:00 a.m., at the Law Offices of Victor Sherman, 11400 W. Olympic Blvd., Suite 1500, Los Angeles, CA 90064.

## DEFINITIONS

A. "Counter-defendant" or "YOU" refers to Counter-defendant Grabba Leaf, LLC.

B. "Counter-claimant" refers to Counter-claimant All Grabba Leaf, LLC dba WESTERN WHOLESALE.

D. "THE GRABBA LEAF PRODUCTS" refers to Plaintiff's Grabba Leaf Whole Leaf and Grabba Leaf Cigar Wrap.

E. "SCIENTIFIC TESTS" refers to scientific testing results of levels of pesticides, mycotoxins and/or heavy metals in the GRABBA LEAF PRODUCTS.

F. "THE FDA" means the Food and Drug Administration, which also regulates tobacco products.

F. "WRITINGS" includes all writings and recordings as defined in Fed. R. Evid. 1001, including (but not limited) to any written, recorded, or graphic material of any kind, whether prepared by you or by any other person, that is in your possession, custody, or control. The term includes agreements; contracts; letters; telegrams; inter-office communications; memoranda; reports; records; instructions; specifications; notes; notebooks; scrapbooks; diaries; plans; drawings; sketches; blueprints; diagrams; photographs; photocopies; charts; graphs; descriptions; drafts,

whether or not they resulted in a final document; minutes of meetings, conferences, and telephone or other conversations or communications; invoices; purchase orders; bills of lading; recordings; published or unpublished speeches or articles; publications; transcripts of telephone conversations; phone mail; electronic-mail; ledgers; financial statements; microfilm; microfiche; tape or disc recordings; and computer print-outs.

The term "WRITING" also includes electronically stored data from which information can be obtained either directly or by translation through detection devices or readers; any such document is to be produced in a reasonably legible and usable form. The term "WRITING" includes all drafts of a document and all copies that differ in any respect from the original, including any notation, underlining, marking, or information not on the original. The term also includes information stored in, or accessible through, computer or other information retrieval systems (including any computer archives or back-up systems), together with instructions and all other materials necessary to use or interpret such data compilations.

G. In responding to the within requests, YOU shall furnish all WRITINGS which are available to YOU including those in the possession, custody or control of YOUR attorneys, accountants, investigators, experts, representatives, employees, and any other agents.

## WRITINGS TO BE PRODUCED

1. All WRITINGS that relate or refer to YOUR representations that the GRABBA LEAF PRODUCTS are "natural," including but not limited to, representations on YOUR website and any other promotional or packaging materials that so state, from January 1, 2018 to the present.

2. All WRITINGS that relate or refer to YOUR representations that YOUR grabba leaves are "selected from the finest tobacco leaves available," including but not limited to, representations on YOUR website and any promotional or packaging materials that so state, from January 1, 2018 to the present.

3. All WRITINGS that relate or refer to any "inspection" or "selection" of the leaves used in the GRABBA LEAF PRODUCTS, as represented on the packaging for the Cigar Wraps, including but not limited to, WRITINGS reflecting any inspections of tobacco leaves conducted by YOU and any selections by YOU of grabba leaves for use in the GRABBA LEAF PRODUCTS, from June 1, 2018 to the present.

4. All WRITINGS that relate or refer to whether YOUR selection of tobacco leaves for the GRABBA LEAF PRODUCTS, took into account whether mining and smelting activity took place in the areas where the grabba leaf was grown, from January 1, 2018 to the present.

5. All WRITINGS that relate or refer to YOUR research into whether cadmium levels are higher in grabba leaf grown in areas where mining and smelting activity has taken place, from January 1, 2018 to the present.

6. All WRITINGS that relate or refer to the manner in which YOU selected grabba leaves for the GRABBA LEAF PRODUCTS, from January 1, 2018 to the present.

7. All WRITINGS that relate or refer to the sources from which YOU purchased the grabba used in the GRABBA LEAF PRODUCTS, and the price thereof, from January 1, 2018 to the present, including purchase orders and invoices.

8. All WRITINGS that relate or refer to efforts undertaken by YOU, from January 1, 2018 to the present, to assure that the GRABBA LEAF PRODUCTS did not contain any chemicals or preservatives.

9. All WRITINGS that constitute, relate or refer to SCIENTIFIC TESTS YOU conducted on the genuine GRABBA LEAF PRODUCTS from January 1, 2018 to the present.

10. All WRITINGS that relate or refer to the sources of YOUR packaging materials for the GRABBA LEAF PRODUCTS, including the sources of YOUR

4
COUNTER-CLAIMANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

boxes and pouches for the GRABBA LEAF PRODUCTS, from January 1, 2018 to the present.

11. All WRITINGS submitted by YOU to the FDA regarding YOUR cost of the GRABBA LEAF PRODUCTS when importing them into the U.S., from January 1, 2018 to the present.

12. All WRITINGS submitted by YOU to the FDA that relate or refer to the quality of the GRABBA LEAF PRODUCTS you imported into the United States, from January 1, 2018 to the present.

13. All YOUR detailed balance sheets for from January 1, 2018 to the present.

14. All YOUR detailed profit and loss statements from January 1, 2018 to the present.

15. All YOUR detailed income statements from January 1, 2018 to the present.

16. All YOUR detailed profit and loss statements by product, for the GRABBA LEAF PRODUCTS, from January 1, 2018 to the present.

17. All WRITINGS that reflect or relate to YOUR yearly sales and cost of sales by product, for the GRABBA LEAF PRODUCTS, from January 1, 2018 to the present.

18. A complete download of all financial data entered into YOUR accounting software system for the period of January 1, 2021 to the present.

19. The detailed general ledger for the period of January 1, 2021 to the present.

20. The detailed sales and expense journals for the GRABBA LEAF PRODUCTS from January 1, 2021.

21. All WRITINGS that relate or refer to YOUR total yearly profits on sales of the GRABBA LEAF PRODUCTS, from January 1, 2018 to present.

22. All WRITINGS that relate or refer to YOUR total yearly cost of goods sold for the GRABBA LEAF PRODUCTS, from January 1, 2018 to present.

23. All WRITINGS that relate or refer to any quality controls YOU have implemented with respect to the GRABBA LEAF PRODUCTS, from January 1, 2018 to the present.

24. All WRITINGS that relate or refer to YOUR claim that the GRABBA LEAF PRODUCTS are "reliably pure, fresh and wholesome products," including such claims on any packaging, in any lawsuit, and on YOUR website.

25. All WRITINGS that relate or refer to your entity status, including but not limited to documents filed by YOU with the Florida Secretary of State and California Secretary of State.

DATED: March 29, 2022              LAW OFFICES OF VICTOR SHERMAN

                                   By:   /S/ DIANA SPIELBERGER
                                   Attorneys for Counterclaimant All Grabba
                                   Leaf, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNTER-CLAIMANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS