# EXHIBIT 5

VICTOR SHERMAN (SB 38483)
victor@victorsherman.law
DIANA SPIELBERGER (SB 109967)
diana@janddlaw.com
JAY STATMAN (SB 94470)
jay@janddlaw.com
LAW OFFICES OF VICTOR SHERMAN
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone: (310)399-3259
Fax: (310)392-9029

ROBERT KLEIN (SBN 128550)
robert@kleinlitigation.com
8383 Wilshire Blvd., Ste. 935
Beverly Hills, CA 90211
(833)997-5529

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability corporation, | Case no. 2:21-cv-06689-RGK-(JCx) |
| | Action commenced August 18, 2021 |
| Plaintiffs, | The Hon. R. Gary Klausner, Courtroom 850 |
| vs. | |
| BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE; KHALED M. AHMED, an individual; and SANDRA S. CERVANTES, aka SANDRA AHMED, and DOES 1-10, | Pre-trial Conference: October 25, 2022 Jury Trial November 8, 2022 |
| | DEFENDANTS' REBUTTAL EXPERT DISCLOSURE |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

Defendants submit the following expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2) and the scheduling order entered by the Court.

1. Defendants' non-retained expert rebuttal witness: Khaled Ahmed.

2. Mr. Ahmed is a licensed pharmacologist in the State of New York and has had experience in the tobacco wholesale and retail industry for ten years. Mr Ahmed received a bachelor of science degree in May 1984 from the University of Cairo School of Pharmacy, Cairo, Egypt; a Bachelor of Arts of Medical Sciences in May 1986 from the University of Cairo Medical School; an Internal Medicine Master of Science in September 1988 from the University of Cairo Medical School; and a Biochemical and Hematological Testing - Post Graduate Diploma in March 1989 from Al Azher University School of Pharmacy. Mr. Ahmed operated and managed California and CLIA licensed medical reference laboratories, and an FDA-approved pharmaceutical manufacturing and packaging company for around six years. Mr. Ahmed operated and managed California-licenced tobacco retail, wholesale and distribution companies for ten years.

3. Mr. Ahmed will testify regarding Dr. Christopher Spaeth's report and that Dr. Spaeth improperly relied on cannabis standards rather than tobacco standards in reaching his conclusions. Mr. Ahmed is also expected to testify that Dr. Spaeth improperly concluded that the high level of cadmium in the Grabba Leaf products correlate to counterfeit tobacco products from countries with limited regulations such as China. Mr. Ahmed is also expected to contest the pharmacological conclusions reached by Dr. Spaeth as using the wrong standards and certain references that he cites do not support his conclusions.

4. Mr. Ahmed is also expected to refute the opinions of Michael A. Robinson regarding the quality of the Grabba Leaf tobacco products and the alleged counterfeit Grabba Leaf products. Mr. Ahmed is also expected to testify that Grabba Leaf products' chemical and heavy metal content is substantively similar to that of the alleged "counterfeit" products. Mr. Ahmed is also expected to testify that both

1
2
"authentic" Grabba Leaf and allegedly counterfeit Grabba Leaf Products can become dry or moldy and bad-smelling.

3
4
5
6
7
8
9
10
     5. Mr. Ahmed will evaluate and analyze the laboratory test reports and conclusions contained in the Declarations of J. Michael Moore and Kevin Read once those Declarations are de-designated. Due to Plaintiffs' over-designation of documents as "attorneys' eyes only" ("AEO") or "highly confidential" (including expert disclosures), Defendants' counsel are unable to share those documents with Mr. Ahmed and accordingly cannot provide further information at this time. Defendants will seek de-designation of the expert disclosure declarations and related documents that are currently designated "highly confidential" and/or "AEO."

11

12
13
Dated: September 16, 2022          DIANA SPIELBERGER
                                   LAW OFFICES OF VICTOR SHERMAN

14
15
                                   By:   /S/ DIANA SPIELBERGER_____
                                   Attorneys for Defendants

16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' REBUTTAL EXPERT DISCLOSURE

1

**PROOF OF SERVICE**

2

    I am over eighteen years of age and a party to the within entitled action. My
business address is 11400 W. Olympic Blvd., Ste. 1500, Los Angeles, CA 90064.

3

On the date below, I served the papers identified below on the interested parties in
said action in the manner indicated below:

4

**DOCUMENTS**:

5

DEFENDANTS' REBUTTAL EXPERT DISCLOSURE

6

**SERVICE UPON:**

7

THOMAS J. SPEISS, III

8

Tspeiss@Buchalter.com
C. DANA HOBART

9

dhobart@buchalter.com
BUCHALTER, A PROFESSIONAL CORPORATION

10

LOUIS GIGLIOTTI

11

lgigliotti@bellsouth.net

12

  x    BY EMAIL:  I caused true and correct copies of the above document(s)

13

        to be sent via email to the addressee(s) on this date.  I did not receive a
        notice indicating delivery failure.

14

    I declare under penalty of perjury under the laws of the United States that the

15

foregoing is true and correct, and that I am a member of the bar of this Court and
served these documents.

16

Dated:  September 16, 2022, at Los Angeles, California.

17

18

19

                                                    ___/s/ JAY STATMAN___

20

21

22

23

24

25

26

27

28