BUCHALTER
A Professional Corporation
THOMAS J. SPEISS III (SBN: 200949)
tspeiss@buchalter.com
C. DANA HOBART (SBN: 125139)
dhobart@buchalter.com
MANCY PENDERGRASS (SBN: 252705)
mpendergrass@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400

Attorneys for Plaintiffs,
MICHAEL ANDREW ROBINSON
and GRABBA LEAF, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE, et al., <br><br> Defendants. | Case No. 2:21-cv-06689-RGK-(JCx) <br><br> Action Commenced August 18, 2021 <br><br> **DECLARATION OF THOMAS J. SPEISS, III IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION IN LIMINE NO. 4: TO EXCLUDE EVIDENCE OF DEFENDANTS' ALLEGED ACTIVITIES IN FLORIDA** <br><br> The Hon. R. Gary Klausner <br> Courtroom 850 <br><br> Trial Date: November 8, 2022 |

## DECLARATION OF THOMAS J. SPEISS, III

I, Thomas J. Speiss, III, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a Shareholder at the law firm of Buchalter, A Professional Corporation ("Buchalter"), counsel of record for Plaintiffs, Michael A. Robinson, an individual resident of Florida, and Grabba Leaf, LLC, a Florida limited liability company (collectively, "Plaintiffs")

2. I am one of the attorneys responsible for representing Plaintiffs in this matter. As such, I have access to, and possession, custody and control of Buchalter's files, documents and records related to this action. The records and documents referred to or attached to this Declaration constitute writings taken or made in the regular or ordinary course of Buchalter's business at or near the time of the act, condition, or event to which they relate by persons employed by Buchalter who had a business duty to Buchalter to accurately and completely take, make and maintain such records and documents.

3. On March 17, 2020, Grabba Leaf's Sales and Marketing Manager, Anthony McRae, sent correspondence to Grabba Leaf's distributors regarding payment and potential COVID-19 closures. A true and correct copy of this correspondence is attached hereto as **Ex. 1**.

4. On May 18, 2020, Defendant Ahmed formed Statewide Distributors, Inc. in Florida. A true and correct copy of the Articles of Incorporation, which was produced as GRA0006589-6590, is attached hereto as **Ex. 2**.

5. On August 8, 2022, Defendant Khaled Ahmed was deposed in this matter and testified regarding his business and personal activities in Florida. A true and correct copy of excerpts of this deposition is attached hereto as **Ex. 3**.

6. A true and correct copy of the Florida Articles of Incorporation for My Leaf, Inc., also produced as Bates No. GRA0006405-6412 is attached hereto as **Ex. 4.**

7. On May 27, 2020, Khaled Ahmed and his son, Omar Ahmed Alzarik, traveled to Florida. A true and correct copy of Defendants' Trial Ex. 265 which purports to show the plane tickets for this travel is attached hereto as **Ex. 5**.

8. On August 11, 2022, Defendant Sandra Cervantes was deposed in this matter and testified regarding the Defendants' business and personal activities in Florida. A true and correct copy of excerpts of this deposition is attached hereto as **Ex. 6**.

9. On or about August 1, 2020, Iva Shin of Will's Jr market sent texts to Grabba Leaf regarding the products she purchased from Western Wholesale. This communication was also produced as Bates No. GRA0000049-0054, and a true and correct copy of the same is attached hereto as **Ex. 7**.

10. On September 9, 2020, Defendants placed their last order of authentic GRABBA LEAF products from the Plaintiffs. A true and correct copy of the purchase order was produced by Defendants as Defendants' Bates No. BP000010 and is attached hereto as **Ex. 8**.

11. On April 9, 2022 and June 12, 2022, records from Worldbase and D&B Duns Market Identifiers Plus show Statewide Distributors, Inc., had annual sales of between $43,329 and $151,764. A true and correct copy of these reports were produced as GRA0006555-6556 and GRA0006576-6577 and are attached hereto as **Ex. 9**.

12. True and correct copies of the research reports regarding Statewide Distributors from Dun & Bradstreet, Worldbase, Experian, bisprofiles.com, and the Florida Secretary of State, which were produced by Plaintiffs and identified as GRA0006557-6575 and GRA0006578-6586 are attached hereto as **Ex. 10**.

13. On August 17, 2022, the parties hereto stipulated to the production of the documents in Exs. 8 and 9, *i.e.*, GRA0006555-6586 and GRA0006589-6590. A true and correct copy of this Stipulation is attached hereto as **Ex. 11**.

///

14. Upon my information and belief, in a "cash and carry business," customers (retailers, professional users, caterers, institutional buyers, etc.) settle the invoice on the spot in cash and carry the goods away themselves. Defendants have admitted that their tobacco business is a "cash and carry" business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This Declaration is executed on this 14th day of October, 2022 in Los Angeles, California.

By: _____
Thomas J. Speiss, III