# EXHIBIT 1

----- Forwarded Message -----
**From:** Anthony <sales@grabbaleaf.com>
**To:** Anthony <sales@grabbaleaf.com>
**Sent:** Tuesday, March 17, 2020, 02:07:59 PM PDT
**Subject:** Grabba LeAf SUPPLY

Good afternoon. Please note that we have sent you an invoice based on your last invoice. Kindly make a payment as we are in an uncertain period in our business operations with the CORONA Virus taking its toll. We may close at short notice due to necessity or as obligated by the authorities. Please help us to conclude what we started by making a payment by Thursday at the latest. Thank you for your business and support. Please be careful and stay healthy.

Regards,



**Anthony McRae**
Manager | Sales & Marketing
Phone: 954.657.8656
email: sales@grabbaleaf.com
site: www.GrabbaLeaf.com

IMPORTANT: The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.