# EXHIBIT 2



# State of Florida
## Department of State

I certify the attached is a true and correct copy of the Articles of Incorporation of STATEWIDE DISTRIBUTORS INC., a corporation organized under the laws of the State of Florida, filed on May 18, 2020, as shown by the records of this office.

The document number of this corporation is P20000037112.

I further certify that said corporation was administratively dissolved on September 24, 2021.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Fifth day of October, 2022

*Cord Byrd*
Secretary of State

CR2E022 (01-11)

# Electronic Articles of Incorporation
## For

STATEWIDE DISTRIBUTORS INC.

P20000037112
FILED
May 18, 2020
Sec. Of State
jharris

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
STATEWIDE DISTRIBUTORS INC.

## Article II
The principal place of business address:
1411 BANKS RD
MARGATE, FL. US  33063

The mailing address of the corporation is:
1411 BANKS RD
MARGATE, FL. US  33063

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1500

## Article V
The name and Florida street address of the registered agent is:
LEGALINC CORPORATE SERVICES INC.
5237 SUMMERLIN COMMONS
SUITE 400
FORT MYERS, FL.  33907

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:  PATTY SCLIMENTI

P20000037112
FILED
May 18, 2020
Sec. Of State
jharris

## Article VI

The name and address of the incorporator is:

INCFILE.COM LLC
17350 STATE HWY 249
#220
HOUSTON TX 77064

Electronic Signature of Incorporator: LOVETTE DOBSON

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title: P
KHALED AHMED
1411 BANKS RD
MARGATE, FL. 33063 US