# EXHIBIT 4



Department of State / Division of Corporations / Search Records / Search by Officer/Registered Agent Name /

# Detail by Officer/Registered Agent Name

Florida Profit Corporation
MY LEAF INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P18000047685 |
| **FEI/EIN Number** | 83-0708514 |
| **Date Filed** | 05/23/2018 |
| **Effective Date** | 05/23/2018 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

1421 BANKS RD
MARGATE, FL 33063

Changed: 06/18/2020

**Mailing Address**

3266 CORAL LAKE LN
CORAL SPRINGS, FL 33065

**Registered Agent Name & Address**

LAT SERVICE GROUP INC
1303 N STATE ROAD 7
SUITE B4
MARGATE, FL 33063

Name Changed: 04/26/2022

Address Changed: 04/25/2019

**Officer/Director Detail**

**Name & Address**

Title P

CHAABANI, KAIS
3266 CORAL LAKE LN
CORAL SPRINGS, FL 33065

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2020 | 06/18/2020 |
| 2021 | 04/28/2021 |
| 2022 | 04/26/2022 |

### Document Images

| | |
|---|---|
| 04/26/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2021 -- ANNUAL REPORT | View image in PDF format |
| 06/18/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 05/23/2018 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# Electronic Articles of Incorporation
# For

MY LEAF INC

P18000047685
FILED
May 23, 2018
Sec. Of State
mtmoon

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
  MY LEAF INC

## Article II
The principal place of business address:
  3900 W COMMERCIAL BLVD
  SUITE 229
  TAMARAC, FL. US  33309

The mailing address of the corporation is:
  3266 CORAL LAKE LN
  CORAL SPRINGS, FL. US  33065

## Article III
The purpose for which this corporation is organized is:
  TO PROVIDE A SPECIFIC BRAND OF TOBACCO FOR SALE.

## Article IV
The number of shares the corporation is authorized to issue is:
  1000

## Article V
The name and Florida street address of the registered agent is:
  LAT SERVICE GROUP INC
  1303 N STATE ROAD 7
  SUITE B-4
  MARGATE, FL.  33063

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   LOREEN A. THOMAS

GRA0006407

P18000047685
FILED
May 23, 2018
Sec. Of State
mtmoon

## Article VI

The name and address of the incorporator is:

KAIS CHAABANI
3266 CORAL LAKE LN
SUITE B-4
CORAL SPRINGS, FL  33065

Electronic Signature of Incorporator:   KAIS CHAABANI

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
KAIS  CHAABANI
3266 CORAL LAKE LN
CORAL SPRINGS, FL.   33065  US

## Article VIII

The effective date for this corporation shall be:

05/23/2018

GRA0006408

# 2019 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P18000047685

**Entity Name:** MY LEAF INC

**FILED**
**Apr 25, 2019**
**Secretary of State**
**6088550897CC**

## Current Principal Place of Business:

2000 BANKS ROAD
SUITE 201 C & F
MARGATE, FL 33063

## Current Mailing Address:

3266 CORAL LAKE LN
CORAL SPRINGS, FL 33065 US

**FEI Number:** 83-0708514

**Certificate of Status Desired:** Yes

## Name and Address of Current Registered Agent:

LAT SERVICE GROUP INC
1303 N STATE ROAD 7
SUITE B4
MARGATE, FL 33063 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LOREEN A THOMAS                                    04/25/2019
              Electronic Signature of Registered Agent                    Date

## Officer/Director Detail:

Title            P
Name             CHAABANI, KAIS
Address          3266 CORAL LAKE LN
City-State-Zip:  CORAL SPRINGS FL 33065

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KAIS CHAABANI                       PRESIDENT               04/25/2019
              Electronic Signature of Signing Officer/Director Detail               Date

GRA0006409

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P18000047685

**Entity Name:** MY LEAF INC

**FILED**
**Jun 18, 2020**
**Secretary of State**
**4113602402CC**

**Current Principal Place of Business:**

1421 BANKS RD
MARGATE, FL 33063

**Current Mailing Address:**

3266 CORAL LAKE LN
CORAL SPRINGS, FL 33065 US

**FEI Number:** 83-0708514

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

LAT SERVICE GROUP INC
1303 N STATE ROAD 7
SUITE B4
MARGATE, FL 33063 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LOREEN A THOMAS                                                                                     06/18/2020
           Electronic Signature of Registered Agent                                                            Date

## Officer/Director Detail :

| | |
|---|---|
| Title | P |
| Name | CHAABANI, KAIS |
| Address | 3266 CORAL LAKE LN |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KAIS CHAABANI                                        PRESIDENT                                      06/18/2020
           Electronic Signature of Signing Officer/Director Detail                                             Date

GRA0006410

**2021 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P18000047685

Entity Name: MY LEAF INC

**FILED**
**Apr 28, 2021**
**Secretary of State**
**4192911144CC**

**Current Principal Place of Business:**

1421 BANKS RD
MARGATE, FL 33063

**Current Mailing Address:**

3266 CORAL LAKE LN
CORAL SPRINGS, FL 33065 US

FEI Number: 83-0708514

Certificate of Status Desired: Yes

**Name and Address of Current Registered Agent:**

LAT SERVICE GROUP INC
1303 N STATE ROAD 7
SUITE B4
MARGATE, FL 33063 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LOREEN A THOMAS                                04/28/2021
Electronic Signature of Registered Agent                    Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | CHAABANI, KAIS |
| Address | 3266 CORAL LAKE LN |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KAIS CHAABANI               PRESIDENT                04/28/2021
Electronic Signature of Signing Officer/Director Detail                Date

GRA0006411

**2022 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P18000047685

**Entity Name:** MY LEAF INC

**FILED**
**Apr 26, 2022**
**Secretary of State**
**8214297195CC**

**Current Principal Place of Business:**

1421 BANKS RD
MARGATE, FL 33063

**Current Mailing Address:**

3266 CORAL LAKE LN
CORAL SPRINGS, FL 33065 US

**FEI Number:** 83-0708514                **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

LAT SERVICE GROUP INC
1303 N STATE ROAD 7
SUITE B4
MARGATE, FL 33063 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   LOREEN A THOMAS                                                                 04/26/2022
             Electronic Signature of Registered Agent                                         Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | CHAABANI, KAIS |
| Address | 3266 CORAL LAKE LN |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KAIS CHAABANI                          PRESIDENT                          04/26/2022
           Electronic Signature of Signing Officer/Director Detail                    Date