# EXHIBIT 5

# Expedia

# Receipt

Expedia itinerary: 7533154358160

Purchase date: May 26, 2020

## Booking details

### One way flight

Los Angeles (LAX) to Miami (MIA)

Depart: May 26, 2020

Arrive: May 27, 2020

Traveler 1: Adult

Khaled Ahmed

Ticket Number: 0017583544194

Traveler 2: Adult

Omar Ahmed Alzarik

Ticket Number: 0017583544193

## Payment details

| Flight price | |
|---|---|
| Traveler 1: Adult | $277.00 |
| Taxes and fees | $10.10 |
| Traveler 2: Adult | $277.00 |
| Taxes and fees | $10.10 |

| **Total** | **$574.20** |
|---|---|
| Paid | $574.20 [Visa 1148] |

**Expedia**

# Receipt

Expedia itinerary: 7533620058611

Purchase date: May 29, 2020

## Booking details

### One way flight

Miami (MIA) to Los Angeles (LAX)

Depart: May 29, 2020

Arrive: May 29, 2020

Traveler 1: Adult

Khaled Ahmed

Ticket Number: 0017583650850

Traveler 2: Adult

Omar Ahmed Alzarik

Ticket Number: 0017583650849

## Payment details

Flight price

| | |
|---|---|
| Traveler 1: Adult | $277.00 |
| Taxes and fees | $10.10 |
| Traveler 2: Adult | $277.00 |
| Taxes and fees | $10.10 |

**Total** — **$574.20**

Paid — $574.20 [Visa 1148]