# EXHIBIT 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability company, <br><br>            Plaintiffs, <br><br> vs <br><br><br> BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE; KHALED M. AHMED, an individual; SANDRA S. CERVANTES, aka SANDRA AHMED, an individual; and DOES 1-10, <br><br>            Defendants. <br> _____ <br><br> AND RELATED CROSS-ACTION. <br> _____ | **REPORTER CERTIFIED TRANSCRIPT** <br><br><br><br><br> No. 2:21-cv-06689- <br>     RGK-JC |

        DEPOSITION OF:   SANDRA S. CERVANTES

        TAKEN ON:        August 11, 2022

 APPEARING REMOTELY FROM MARINA DEL REY, CALIFORNIA

STENOGRAPHICALLY REPORTED BY:
Althea L. Miller
CSR No. 3353, RPR, CCRR No. 149
File No. 44466
APPEARING REMOTELY FROM
LOS ANGELES COUNTY, CALIFORNIA



```
 1          REMOTE DEPOSITION OF SANDRA S. CERVANTES,
 2          taken on behalf of the Plaintiffs,
 3          with all parties, by agreement, attending the
 4          deposition remotely in Los Angeles
 5          County, California, on Thursday,
 6          August 11, 2022, at 10:35 A.M., before
 7          Althea L. Miller, CSR No. 3353, RPR,
 8          CCRR No. 149.
 9
10    APPEARANCES:
11          For the Plaintiffs:
12             BUCHALTER
               BY:  THOMAS J. SPEISS III, ESQ.
13             1000 Wilshire Boulevard
               Suite 1500
14             Los Angeles, California 90017-2457
               (213) 891-0700
15             TSpeiss@Buchalter.com
16          For the Defendants:
17             LAW OFFICES OF DIANA SPIELBERGER
               BY:  DIANA SPIELBERGER, ESQ.
18             11400 West Olympic Boulevard
               Suite 1500
19             Los Angeles, California 90064
               (310) 399-3259
20             diana@janddlaw.com
21          Also Present:  Kirill Davidoff, Videographer
22                         Khaled Ahmed
23                         Mikael Crowther, Paralegal,
                           Buchalter
24
                           Jason Daniel, Esq., General
25                         Counsel for Grabba Leaf, LLC
```

```
12:32:36  1   Mr. Ahmed and your son?
12:32:38  2        A    Mr. Ahmed and my son, yes.
12:32:40  3             Actually, I -- I don't allow them to talk
12:32:41  4   about business when they come to my house.
12:32:44  5        Q    Okay.  Do you allow them to talk about the
12:32:48  6   fried chicken franchise?
12:32:50  7        A    No.  No business whatsoever.
12:32:52  8             It -- it stresses me.  You know, I have --
12:32:55  9   I have an illness and I do not want business in my
12:32:58 10   house.  No business conducted here.
12:33:18 11        Q    Okay.  Okay.  Are you aware if -- if -- are
12:33:21 12   you aware of Mr. Ahmed having a business in Florida?
12:33:27 13        A    I -- yes.  He didn't have a business.
12:33:29 14   He -- there was no business.  He didn't have a
12:33:33 15   business.
12:33:34 16             All I was -- we were -- I was involved one
12:33:38 17   time in trying to -- something about the electricity
12:33:43 18   also.  I'm always lucky with electricity.
12:33:46 19        Q    Okay.
12:33:48 20        A    Putting in elect- -- something my son and
12:33:48 21   him had a problem with the electricity.
12:33:54 22             But there was no business.  They didn't
12:33:56 23   open no business.
12:33:56 24        Q    Okay.  When you said they had a problem
12:33:58 25   with the electricity, was the -- was the problem --
```

```
12:55:57  1    12:55 P.M.
12:55:59  2             Please continue.
12:56:00  3             MR. SPEISS:  Sure.
12:56:01  4    BY MR. SPEISS:
12:56:01  5        Q   Miss Cervantes, you had said earlier
12:56:03  6    that -- and, again, if I misstate, please correct
12:56:07  7    me -- that you had received an inquiry about
12:56:11  8    electricity at -- for the business in Florida.  I
12:56:17  9    believe the State- -- Statewide Florida business.
12:56:20 10             Was the inquiry from -- who was the inquiry
12:56:24 11    from?
12:56:25 12        A   No.  No.  No.  No.  That's -- that's not
12:56:27 13    what I said.  It was something like opening a --
12:56:32 14    opening an account for electricity or something like
12:56:35 15    that.
12:56:35 16        Q   Okay.  But it wasn't from anybody calling
12:56:37 17    you and saying "Hey.  It's raining out and the power
12:56:40 18    went out again"?
12:56:41 19        A   No.
12:56:42 20        Q   Okay.  And when you say an inquiry "for
12:56:45 21    opening an account for electricity," who was the
12:56:47 22    inquiry from?
12:56:48 23        A   Omar.
12:56:50 24        Q   Okay.  It was from Omar about the
12:56:52 25    electricity for the business in Florida.
```

```
 1            I, ALTHEA L. MILLER, CSR No. 3353, RPR,
 2   CCRR No. 149, certify:
 3            That the foregoing deposition of
 4   SANDRA S. CERVANTES was taken before me at the time
 5   and place therein set forth, at which time the
 6   witness declared under penalty of perjury to tell
 7   the truth;
 8            That the testimony of the witness and all
 9   objections made at the time of the deposition were
10   recorded stenographically by me and were reduced to
11   a computerized transcript under my direction;
12            That this transcript is a true record of
13   the testimony of the witness and of all objections
14   and colloquy made at the time of the deposition.
15            I further certify that I am neither counsel
16   for nor related to any party to said action nor
17   interested in the outcome.
18            The certification of this transcript does
19   not apply to any reproduction of the same by any
20   means unless under the direct control and/or
21   direction of the certifying deposition reporter.
22            IN WITNESS WHEREOF, I have subscribed my
23   name this 16th day of August, 2022.
24   _____
     ALTHEA L. MILLER, CSR No. 3353, RPR, CCRR No. 149
25
```