# EXHIBIT 7



Privileged Only

GRA0000049



**3포1달러** ›

1월 13일 (수) 오후 12:41

You coming today bring new one I don't like proble 😓

Smoll big together no goo

1월 13일 (수) 오후 4:17



2

Privileged Only
GRA0000050

12:53

3포1달러 >

Costomer compra

Hi so a customer came in with a real package and explain to me I was a fake ones that are going around do not appreciate the fake ones being sold in my stor if you can bring me a new box or refund me I'll appreciate it thank you. Hope to hear from you soo

3



3포1달러 >

Anyway costomer he sa
reports 😰 😓 😪 no good

I m sale he say

This is differe

Not san

No good

1월 14일 (목) 오후 12:45

You killing me fake no goo

Privileged Only

GRA0000052

12:53

3포1달러 ›

1월 11일 (월) 오후 7:09



Privileged Only

GRA0000053

His number is 323 394 6036

Privileged Only                                                                                          GRA0000054

BETTER QUALITY
COPY OF TRIAL
EXHIBIT

**From:** Hillary Kang <hillarykang1@gmail.com>
**Sent:** Monday, February 22, 2021 4:08 PM
██████████████████████████████
**Subject:** Texts

His number is 323 394 6036







3포1달러 ›

1월 13일 (수) 오후 12:41

You coming today bring new one I don't like problem 🥵

Smoll big together no good

1월 13일 (수) 오후 4:17



This grabs is different company, not fake

Not this one

Anyway costomer he say

문자 메시지

