# EXHIBIT 8

CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER

Grabba Leaf LLC

2987 Center Port Circle, Suite 3
Pompano Beach, FL 33064
WDE# 1614466, 1614468
0057096   LD Q STF 90-007767

# Invoice

| Date | Invoice # |
|---|---|
| 9/9/2020 | 18272 |

| Bill To |
|---|
| Best Price Dist |
| Kal Ahmed |
| 8856 S Western Ave |
| Los Angeles, CA 90047 |
| Lic 218694528 |

| Ship To |
|---|
| Best Price Dist |
| Kal Ahmed |
| 8856 S Western Ave |
| Los Angeles, CA 90047 |
| Lic 218694528 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30 | WHOLE LEAF (Maste... | Case Grabba Whole Leaf 24ct | 384.00 | 11,520.00 |
|  | Excise Tax |  | 6,558.30 | 6,558.30 |
|  |  | California Tobacco Products taxes paid |  |  |

| | |
|---|---|
| Total | $18,078.30 |
| Payments/Credits | $0.00 |
| **Balance Due** | $18,078.30 |

| Fax # | Phone # | E-mail | Web Site | P.O. Number |
|---|---|---|---|---|
| 954-301-4681 | 954-657-8656 | sales@grabbaleaf.com | Grabbaleaf.com | |

BP000010