# EXHIBIT 9

# STATEWIDE DISTRIBUTORS INC.; Worldbase

April 9, 2022

**STATEWIDE DISTRIBUTORS INC**.

1411 BANKS RD

MARGATE, FLORIDA 330633941

USA

**County:** BROWARD
**Other Locations:**
**REGION:** NORTH AMERICA

## Communications

Other Communications Information:
**CABLE TELEX:** 222NNNNANP

## Company Identifiers

**DUNS:** 03-576-2094

## Company Information

**Founded:** 2020
**Legal Status:** Corporation
**Employees:**

**EMPLOYEES HERE:** 4 - Modeled
**EMPLOYEES TOTAL:** 4 - Modeled

## Corporate Structure

**ADDRESS:**

## Executives

STATEWIDE DISTRIBUTORS INC.; Worldbase

CEO:

KHALED AHMED,

## Description

NONDURABLE GDS NEC

## Market And Industry

**SIC Codes:**

5199 - Whol nondurable goods

## Financials

## Other Financial Statements

**FINANCIAL FIGURE DATE (not available)**
**US DOLLARS**

| ANNUAL SALES | $151,764 - Modeled | NaN - Modeled |



Worldbase
Copyright 2022 Dun & Bradstreet, Inc

**End of Document**

# STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

June 17, 2022

**STATEWIDE DISTRIBUTORS INC**

1411 BANKS RD

MARGATE, Florida 33063-3941

UNITED STATES

**Metropolitan Statistical Area:** 2680-FORT LAUDERDALE FL
**County:** BROWARD
**Other Locations:**
**ADDRESS TYPE:** Street Address

**LOCATION:** Single Entity

**LATITUDE:** 26.247402 North

**LONGITUDE:** 80.194330 West

**Content/Coverage Date:** ESTABLISH DATE (in Experian Database): May 26, 2020

## Company Identifiers

**EXPERIAN BUSINESS ID:** 486267739

## Company Information

**Employees:**
**Legal Status:** Corporation
**ESTIMATED NUMBER OF EMPLOYEES:** 1
**EMPLOYEE SIZE RANGE:** 1-4
**EXECUTIVE COUNT:** 1

**YEARS IN BUSINESS:** 2 Years
**YEAR BUSINESS STARTED:** 2020

Experian Powered Business Reports

## Executives

KHALEDAHMED, PRES

## Description

**Industry Type:** Services

## Market And Industry

**NAICS Codes:**

541870 - Advertising Material Distribution Services

**SIC Codes:**

7319 - Advertising services, nec

73190800 - 73190800

73190000 - Advertising, Nec

## Financials

**ESTIMATED ANNUAL SALES:** USD +25,000
**ESTIMATED STATISTICAL SALES:** $1 to $499 M

## Business Analysis

**MOST RECENT UPDATE:** 0 - 3 Months

* * * * * * * * * * **COMMERCIAL CREDIT RATING MODEL** * * * * * * * * * *

**Business Delinquency Risk** - The propensity for a business to fall 90+ days past its payment terms in the coming 12 months

| Delinquency Risk | Score Range |
|---|---|
| Low | 76-100 |
| Low-Medium | 51-75 |
| Medium | 26-50 |
| Medium-High | 11-25 |

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

| Delinquency Risk | Score Range |
|---|---|
| High | 1-10 |

**This business falls within the following Delinquency Risk Category:** * * MEDIUM RISK * *
**TRENDING:** Positive
**Factors Lowering the Score:**
   RISK ASSOCIATED WITH COMPANY'S INDUSTRY
   LENGTH OF TIME ON EXPERIAN'S COMMERCIAL INFORMATION FILE
   NUMBER OF EMPLOYEES

* * * * * * * * * * **FINANCIAL STABILITY RISK** * * * * * * * * *

**Business Stability Risk** - The propensity for a business to go out of business in the coming 12 months

| Stability Risk | Score Range |
|---|---|
| Low | 66-100 |
| Low-Medium | 31-65 |
| Medium | 11-30 |
| Medium High | 4-10 |
| High | 1-3 |

**This business falls within the following Stability Risk Category:** * * MEDIUM-HIGH RISK * *
**Factors Lowering the Score:**
   Lack of active commercial trades
   Risk associated with the business type
   Employee size of business
   Risk associated with the company's industry sector

* * * * * * * * * * **BUSINESS INFORMATION** * * * * * * * * *

| Business Credit Information | | Business Legal Filings and Collections | |
|---|---|---|---|
| AVERAGE DBT 1st QTR: | 0 | BANKRUPTCY FILED: | 0 |
| AVERAGE DBT 2nd QTR: | 0 | TOTAL OF TAX LIENS: | 0 |
| AVERAGE DBT 3rd QTR: | 0 | JUDGMENT COUNT: | 0 |
| AVERAGE DBT 4th QTR: | 0 | COLLECTION COUNT: | 0 |
| AVERAGE DBT 5th QTR: | 0 | LIEN COUNT: | 0 |
| COMBINED DBT: | 0 | UCC COUNT: | 0 |
| DBT OF COMBINED TRADE TOTALS: | 999 | UCC DATA INDICATOR: | No UCC |
| | | LEGAL BALANCE AMOUNT: | $0 |
| TOTAL ACCOUNT BALANCE: | $0 | LEGAL FILINGS: | 0 |

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

| Business Credit Information | | Business Legal Filings and Collections | |
|---|---|---|---|
| COMBINED ACCOUNT BALANCE: | $0 | LEGAL ITEMS: | 0 |
| | | NON-PROFIT INDICATOR: | Profit |

**\* \* \* \* \* \* \* \* \* \* BANKRUPTCY \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| BANKRUPTCY FILED (LAST 10 YEARS): | No |
| BANKRUPTCY COUNT (LAST 24 MOS): | 0 |
| NON-FILED ACTIONS COUNT: | 0 |
| PRESENCE OF OPEN BANKRUPTCIES: | 0 |
| LIABILITY BALANCE OF BANKRUPTCY FILINGS: | $0 |
| TOTAL LIABILITY BALANCE FOR NON-FILED BANKRUPTCY: | $0 |
| LIABILITY BALANCE OF NON-FILED BANKRUPTCY ACTIONS: | 0 |
| AGE (IN MOS) OF MOST RECENT BANKRUPTCY FILING: | 0 |

**\* \* \* \* \* \* \* \* \* \* TAX LIENS \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| COUNT OF TAX LIENS (LAST 24 MOS): | 0 |
| TOTAL LIABILITY OF TAX LIENS: | $0 |
| TAX LIENS AGE (IN MONTHS): | 0 |
| AMOUNT OF TAX LIENS WITHIN LAST 24 MONTHS: | $0 |
| % TAX LIEN AMOUNT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

**\* \* \* \* \* \* \* \* \* \* UNIFORM COMMERCIAL CODE FILINGS (UCC) \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| TOTAL UCC FILINGS (Summary): | 0 |
| TOTAL UCC FILINGS UNSATISFIED (within last 24 months): | 0 |

**\* \* \* \* \* \* \* \* \* \* JUDGMENT \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| COUNT OF JUDGMENTS FILED: | 0 |
| COUNT OF JUDGMENTS FILED (LAST 24 MOS): | 0 |
| COUNT OF NON-FILED JUDGMENT ACTIONS: | 0 |
| LIABILITY AMOUNT FOR ORIGINAL JUDGMENTS: | $0 |

| | |
|---|---|
| LIABILITY AMOUNT FOR NON-FILED JUDGMENT (LAST 24 MOS): | $0 |
| LIABILITY AMOUNT FOR NON-FILED JUDGMENTS: | $0 |
| AGE OF MOST RECENT JUDGMENT FILED (IN MOS): | 0 |
| AGE OF MOST RECENT NON-FILED JUDGMENT (IN MOS): | 0 |
| TOTAL AMOUNT OF JUDGMENTS FILED (LAST 24 MOS): | 0 |
| % JUDGMENT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

\* \* \* \* \* \* \* \* \* \* **AGED TRADE LINES** \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| AGED TRADE (1-30 days past due): | 0 |
| AGED TRADE (31-60 days past due): | 0 |
| AGED TRADE (61-90 days past due): | 0 |
| AGED TRADE (91+ days past due): | 0 |
| COMBINED TRADE LINES COUNT: | 0 |
| COMBINED TRADE BALANCE: | $0 |

\* \* \* \* \* \* \* \* \* \* **CREDIT AMOUNTS** \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| RECENT HIGH CREDIT: | $0 |
| MEDIAN CREDIT AMOUNT: | $0 |

\* \* \* \* \* \* \* \* \* \* **DEROGATORY PUBLIC FILINGS** \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DEROGATORY INDICATOR: | No |
| DEROGATORY LIABILITY AMOUNT: | $0 |
| NUMBER OF DEROGATORY ITEMS: | 0 |
| AGE (IN MOS) MOST RECENT FILING WITHIN LAST 24 MOS: | 0 |
| AVERAGE AGE (IN MOS) OF FILINGS WITHIN LAST 24 MOS | 0 |

## Classification

**Company:** EXPERIAN PLC

Experian Commercial Credit Scores
Copyright 2022 Experian Information Solutions, Inc. , All Rights Reserved

GRA0006561

End of Document

GRA0006562