# EXHIBIT 10

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

Page 1 of 6

# *STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores*

June 17, 2022

### *STATEWIDE DISTRIBUTORS INC*

1411 BANKS RD

MARGATE, Florida 33063-3941

UNITED STATES

**Metropolitan Statistical Area:** 2680-FORT LAUDERDALE FL
**County:** BROWARD
**Other Locations:**
**ADDRESS TYPE:** Street Address

**LOCATION:** Single Entity

**LATITUDE:** 26.247402 North

**LONGITUDE:** 80.194330 West

**Content/Coverage Date:**     ESTABLISH DATE (in Experian Database):     May 26, 2020

## Company Identifiers

**EXPERIAN BUSINESS ID:** 486267739

## Company Information

**Employees:**
**Legal Status:** Corporation
**ESTIMATED NUMBER OF EMPLOYEES:** 1
**EMPLOYEE SIZE RANGE:** 1-4
**EXECUTIVE COUNT:** 1

**YEARS IN BUSINESS:** 2 Years
**YEAR BUSINESS STARTED:** 2020

Experian Powered Business Reports

GRA0006557

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

## Executives

KHALEDAHMED, PRES

## Description

**Industry Type:** Services

## Market And Industry

**NAICS Codes:**

541870 - Advertising Material Distribution Services
**SIC Codes:**

7319 - Advertising services, nec

73190800 - 73190800

73190000 - Advertising, Nec

## Financials

**ESTIMATED ANNUAL SALES:** USD +25,000
**ESTIMATED STATISTICAL SALES:** $1 to $499 M

## Business Analysis

**MOST RECENT UPDATE:** 0 - 3 Months

* * * * * * * * * COMMERCIAL CREDIT RATING MODEL * * * * * * * * * *
**Business Delinquency Risk** - The propensity for a business to fall 90+ days past its payment terms in the coming 12 months

| Delinquency Risk | Score Range |
|---|---|
| Low | 76-100 |
| Low-Medium | 51-75 |
| Medium | 26-50 |
| Medium-High | 11-25 |

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

| Delinquency Risk | Score Range |
|---|---|
| | 1-10 |
| High | |

**This business falls within the following Delinquency Risk Category:** * * MEDIUM RISK * *
**TRENDING:** Positive
**Factors Lowering the Score:**
RISK ASSOCIATED WITH COMPANY'S INDUSTRY
LENGTH OF TIME ON EXPERIAN'S COMMERCIAL INFORMATION FILE
NUMBER OF EMPLOYEES

**\* \* \* \* \* \* \* \* \* FINANCIAL STABILITY RISK \* \* \* \* \* \* \* \* \***
**Business Stability Risk** - The propensity for a business to go out of business in the coming 12 months

| Stability Risk | Score Range |
|---|---|
| | 66-100 |
| Low | |
| | 31-65 |
| Low-Medium | |
| | 11-30 |
| Medium | |
| | 4-10 |
| Medium High | |
| | 1-3 |
| High | |

**This business falls within the following Stability Risk Category:** * * MEDIUM-HIGH RISK * *
**Factors Lowering the Score:**
Lack of active commercial trades
Risk associated with the business type
Employee size of business
Risk associated with the company's industry sector

**\* \* \* \* \* \* \* \* \* BUSINESS INFORMATION \* \* \* \* \* \* \* \* \***

| Business Credit Information | | Business Legal Filings and Collections | |
|---|---|---|---|
| | 0 | | 0 |
| AVERAGE DBT 1st QTR: | | BANKRUPTCY FILED: | |
| | 0 | | 0 |
| AVERAGE DBT 2nd QTR: | | TOTAL OF TAX LIENS: | |
| | 0 | | 0 |
| AVERAGE DBT 3rd QTR: | | JUDGMENT COUNT: | |
| | 0 | | 0 |
| AVERAGE DBT 4th QTR: | | COLLECTION COUNT: | |
| | 0 | | 0 |
| AVERAGE DBT 5th QTR: | | LIEN COUNT: | |
| | 0 | | 0 |
| COMBINED DBT: | | UCC COUNT: | |
| | 999 | | No UCC |
| DBT OF COMBINED TRADE TOTALS: | | UCC DATA INDICATOR: | |
| | | | $0 |
| | | LEGAL BALANCE AMOUNT: | |
| | $0 | | 0 |
| TOTAL ACCOUNT BALANCE: | | LEGAL FILINGS: | |

GRA0006559

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

| Business Credit Information | | Business Legal Filings and Collections | |
|---|---|---|---|
| COMBINED ACCOUNT BALANCE: | $0 | LEGAL ITEMS: | 0 |
| | | NON-PROFIT INDICATOR: | Profit |

**\* \* \* \* \* \* \* \* \* \* BANKRUPTCY \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| BANKRUPTCY FILED (LAST 10 YEARS): | No |
| BANKRUPTCY COUNT (LAST 24 MOS): | 0 |
| NON-FILED ACTIONS COUNT: | 0 |
| PRESENCE OF OPEN BANKRUPTCIES: | 0 |
| LIABILITY BALANCE OF BANKRUPTCY FILINGS: | $0 |
| TOTAL LIABILITY BALANCE FOR NON-FILED BANKRUPTCY: | $0 |
| LIABILITY BALANCE OF NON-FILED BANKRUPTCY ACTIONS: | 0 |
| AGE (IN MOS) OF MOST RECENT BANKRUPTCY FILING: | 0 |

**\* \* \* \* \* \* \* \* \* \* TAX LIENS \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| COUNT OF TAX LIENS (LAST 24 MOS): | 0 |
| TOTAL LIABILITY OF TAX LIENS: | $0 |
| TAX LIENS AGE (IN MONTHS): | 0 |
| AMOUNT OF TAX LIENS WITHIN LAST 24 MONTHS: | $0 |
| % TAX LIEN AMOUNT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

**\* \* \* \* \* \* \* \* \* \* UNIFORM COMMERCIAL CODE FILINGS (UCC) \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| TOTAL UCC FILINGS (Summary): | 0 |
| TOTAL UCC FILINGS UNSATISFIED (within last 24 months): | 0 |

**\* \* \* \* \* \* \* \* \* \* JUDGMENT \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| COUNT OF JUDGMENTS FILED: | 0 |
| COUNT OF JUDGMENTS FILED (LAST 24 MOS): | 0 |
| COUNT OF NON-FILED JUDGMENT ACTIONS: | 0 |
| LIABILITY AMOUNT FOR ORIGINAL JUDGMENTS: | $0 |

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

| | |
|---|---|
| LIABILITY AMOUNT FOR NON-FILED JUDGMENT (LAST 24 MOS): | $0 |
| LIABILITY AMOUNT FOR NON-FILED JUDGMENTS: | $0 |
| AGE OF MOST RECENT JUDGMENT FILED (IN MOS): | 0 |
| AGE OF MOST RECENT NON-FILED JUDGMENT (IN MOS): | 0 |
| TOTAL AMOUNT OF JUDGMENTS FILED (LAST 24 MOS): | 0 |
| % JUDGMENT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

**\* \* \* \* \* \* \* \* \* AGED TRADE LINES \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| AGED TRADE (1-30 days past due): | 0 |
| AGED TRADE (31-60 days past due): | 0 |
| AGED TRADE (61-90 days past due): | 0 |
| AGED TRADE (91+ days past due): | 0 |
| COMBINED TRADE LINES COUNT: | 0 |
| COMBINED TRADE BALANCE: | $0 |

**\* \* \* \* \* \* \* \* \* CREDIT AMOUNTS \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| RECENT HIGH CREDIT: | $0 |
| MEDIAN CREDIT AMOUNT: | $0 |

**\* \* \* \* \* \* \* \* \* DEROGATORY PUBLIC FILINGS \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| DEROGATORY INDICATOR: | No |
| DEROGATORY LIABILITY AMOUNT: | $0 |
| NUMBER OF DEROGATORY ITEMS: | 0 |
| AGE (IN MOS) MOST RECENT FILING WITHIN LAST 24 MOS: | 0 |
| AVERAGE AGE (IN MOS) OF FILINGS WITHIN LAST 24 MOS | 0 |

## Classification

**Company:** EXPERIAN PLC

Experian Commercial Credit Scores
Copyright 2022 Experian Information Solutions, Inc. , All Rights Reserved

GRA0006561

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

**End of Document**

GRA0006562

**dun & bradstreet**

# Business Information Report Snapshot

## STATEWIDE DISTRIBUTORS INC.

D-U-N-S: 03-576-2094
ADDRESS: 1411 Banks Rd, Margate, FL, 33063, United States
Date: 08/15/2022

## RISK ASSESSMENT



### SCORES AND RATINGS

| Max. Credit Recommendation | PAYDEX® SCORE | Delinquency Predictor Percentile | Financial Stress Percentile | Supplier Evaluation Risk Rating |
|---|---|---|---|---|
| US$ 5,000 | UNAVAILABLE | 10 | 18 | 6 |
| | | HIGH RISK | MODERATE-HIGH RISK | MODERATE RISK |



### MAXIMUM CREDIT RECOMMENDATION

Overall Business Risk

| LOW | LOW-MODERATE | MODERATE | MODERATE-HIGH | HIGH |
|---|---|---|---|---|

Maximum Credit Recommendation

**US$ 5,000**

The recommended limit is based on a moderate-high probability of severe delinquency.

Dun & Bradstreet Thinks...

- Overall assessment of this organization over the next 12 months: SIGNIFICANT STABILITY CONCERNS
- Based on the predicted risk of business discontinuation: MODERATELY HIGHER THAN AVERAGE RISK OF FINANCIAL STRESS
- Based on the predicted risk of severely delinquent payments: VERY HIGH POTENTIAL FOR SEVERELY DELINQUENT PAYMENTS

### PAYDEX® SUMMARY

We are unable to display Paydex® data for this company. Please try again at a later time. If the problem persists, please call 1-866-584-0283.

### PAYDEX®

Based on 24 months of data

We are unable to display Paydex® data for this company. Please try again at a later time. If the problem persists, please call 1-866-584-0283.

### DELINQUENCY PREDICTOR SCORE

| | | | | 10 |
|---|---|---|---|---|



Low Risk (100)                                                High Risk

Based on a D&B Delinquency Predictor Percentile of C

- Higher risk region based on delinquency rates for this region
- Limited number of satisfactory payment experiences
- Higher risk industry based on delinquency rates for this industry
- Limited time under present management control
- Limited business activity signals reported in the past 12 months
- Decreasing trend in reported number of payment experiences

| Level of Risk | Raw Score | Probability of Delinquency | Compared to Businesses in D&B |
|---|---|---|---|
| HIGH | 450 | 13.39% | 10.2% |

Business and Industry Trends                                   5199 - Whol nondurable goods

Industry Median ·········    STATEWIDE DISTRIBUTOR——



FINANCIAL STRESS SCORE

Low Risk (100)    18    High Risk (1)

Based on a D&B Financial Stress Percentile of O

- Low proportion of satisfactory payment experiences to total payment experiences
- Limited time in business

| Level of Risk | Raw Score | Probability of Failure | Compared to Businesses in D&B |
|---|---|---|---|
| MODERATE-HIGH | 1413 | 0.76% | 0.48% |

Business and Industry Trends                                   5199 - Whol nondurable goods

Industry Median ·········    STATEWIDE DISTRIBUTOR——

GRA0006564



## SUPPLIER EVALUATION RISK RATING

| Low Risk (1) | 6 | | High Risk (9) |
|---|---|---|---|

Based on a Supplier Evaluation Risk Rating of D

Factors Affecting Your Score

- Limited number of payment experiences reported
- Limited business activity signals reported in the past 12 months
- Limited time in business
- Business belongs to an industry with above average risk of ceasing operations or becoming inactive
- Financial statements not reported

Business and Industry Trends                    5199 - Whol nondurable goods



## D&B RATING

Current Rating

Special Rating

DS: Undetermined

GRA0006566

TRADE PAYMENTS

## TRADE PAYMENTS SUMMARY

Based on 24 months of data

| Overall Payment Behavior | % of Trade Within Terms | Highest Past Due |
|---|---|---|
| UNAVAILABLE | UNAVAILABLE | US$ 0 |
| Days Beyond Terms | | |
| | | |
| Highest Now Owing: US$ 0 | Total Trade Experiences: 2 | Total Unfavorable Comments : 0 |
| | Largest High Credit: US$ 500 | Largest High Credit: US$ 0 |
| | Average High Credit: US$ 500 | Total Placed in Collections: 0 |
| | | Largest High Credit: US$ 0 |

## TRADE PAYMENTS BY CREDIT EXTENDED

| $ CREDIT EXTENDED | % OF PAYMENTS WITHIN TERMS | # PAYMENT EXPERIENCES | TOTAL & DOLLAR AMOUNT |
|---|---|---|---|
| OVER 100,000 | 0% | 0 | $0 |
| 50,000 - 100,000 | 0% | 0 | $0 |
| 15,000 - 49,999 | 0% | 0 | $0 |
| 5,000 - 14,999 | 0% | 0 | $0 |
| 1,000 - 4,999 | 0% | 0 | $0 |
| UNDER 1,000 | 0% | 1 | $500 |

## TRADE PAYMENTS BY INDUSTRY

Collapse All   |   Expand All

| Industry Category | Number of Payment Experiences | Largest High Credit (US$) | % Within Terms (Expand to View) |
|---|---|---|---|
| ⌄49 - Electric, Gas And Sanitary Services | 1 | 500 | |
| 4911 - Electric Services | 1 | 500 | 0 |

## TRADE LINES

| Date of Experience ⌄ | Payment Status | Selling Terms | High Credit (US$) | Now Owes (US$) | Past Due (US$) | Months Since Last Sale |
|---|---|---|---|---|---|---|

| 10/2021 | Slow | - | 500 | 0 | - | Between 6 and 12 Months |
| 04/2021 | - | Cash Account | 100 | - | - | 1 Month |

GRA0006568

EVENTS

## LEGAL EVENTS

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

| SUITS | | JUDGEMENTS | | LIENS | | UCC FILINGS | |
|---|---|---|---|---|---|---|---|
| TOTAL | 0 | TOTAL | 0 | TOTAL | 0 | TOTAL | 0 |
| LAST FILING DATE | - | LAST FILING DATE | - | LAST FILING DATE | - | LAST FILING DATE | - |

**General:** The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this was reported. This information may not be reproduced in whole or in part by any means of reproduction.

**UCC Filings:** There may be additional UCC Filings in the D&B file on this company which are available by contacting 1-800-234-3867.

**Suits, Liens, Judgements:** There may be additional suits, liens, or judgements in D&B's file on this company available in the U.S. Public Records Database that are also covered under your contract. If you would like more information on this database, please contact the Customer Resource Center at 1-800-234-3867.

**Lien:** A lien holder can file the same lien in more than one filing location. The appearance of multiple liens filed by the same lien holder against a debtor may be indicative of such an occurrence.

## EVENTS

Events data is not available for this company.

## COMPANY EVENTS

**The following information was reported on: 08-13-2022**

Corporate Details unavailable.

Business started 2020.

## SPECIAL EVENTS

There are no special events recorded for this business.

GRA0006569

Financials

D&B currently has no financial information on file for this company.

GRA0006570

COMPANY PROFILE

## COMPANY OVERVIEW

| | | |
|---|---|---|
| **D-U-N-S** | **Mailing Address** | **Annual Sales** |
| 03-576-2094 | 1411 Banks Rd, Margate FL 33063, US | - |
| **Business Form** | **Telephone** | **Employees** |
| Corporation (US) | - | - |
| **Date Incorporated** | **Fax** | **Age (Year Started)** |
| 05/18/2020 | - | 2 years (2020) |
| **State of Incorporation** | **Website** | **Named Principal** |
| Florida | - | KHALED AHMED |
| **Ownership** | **Line of Business** | **SIC** |
| - | Whol nondurable goods | 5199 |

GRA0006571

OWNERSHIP

This business is not currently a part of a family tree.

©Dun & Bradstreet, Inc. 2022. All rights reserved.

Privacy Policy | Terms of Use



DIVISION *of*
CORPORATIONS

*an official State of Florida website*

Department of State / Division of Corporations / Search Records / Search By Street Address /

1411 Banks Rd

Search

# Entity Name List

| Corporate Name | Document Number | Status | Street Address |
|---|---|---|---|
| STATEWIDE DISTRIBUTORS INC. | P20000037112 | INACT/UA | 1411 BANKS RD |

GRA0006573

STATEWIDE DISTRIBUTORS INC.;  Worldbase

## *STATEWIDE DISTRIBUTORS INC.;  Worldbase*

June 18, 2020

### *STATEWIDE DISTRIBUTORS INC*.

1411 BANKS RD

MARGATE, FLORIDA 330633941

USA

**County:** BROWARD
**Other Locations:**
**REGION:** NORTH AMERICA

## Communications

**Other Communications Information:**
**CABLE TELEX:** NNNNANP

## Company Identifiers

**DUNS:** 03-576-2094

## Company Information

**Founded:** 2020
**Legal Status:** Corporation
**Employees:**

**EMPLOYEES HERE:** 1 - Estimate
**EMPLOYEES TOTAL:** 1 - Estimate

**COMPANY TYPE:** Private

## Executives

CEO:

KHALED AHMED,

STATEWIDE DISTRIBUTORS INC.;  Worldbase

## Description

NONDURABLE GDS NEC

## Market And Industry

**SIC Codes:**

5199 - Whol nondurable goods

## Financials

## Other Financial Statements

### FINANCIAL FIGURE DATE (not available)
### US DOLLARS

| | | |
|---|---|---|
| ANNUAL SALES | $43,329 - Estimate | NaN - Estimate |



Worldbase

Copyright 2020  Dun & Bradstreet, Inc

**End of Document**

GRA0006575

# *STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores*

August 13, 2020

### *STATEWIDE DISTRIBUTORS INC*

1411 BANKS RD

MARGATE, Florida 33063-3941

UNITED STATES

**Metropolitan Statistical Area:** 2680-FORT LAUDERDALE FL
**County:** BROWARD
**Other Locations:**
**ADDRESS TYPE:** Street Address

**LOCATION:** Single Entity

**LATITUDE:** 26.247402 North

**LONGITUDE:** 80.194330 West

**Content/Coverage Date:**    ESTABLISH DATE (in Experian Database):    May 26, 2020

## Company Identifiers

**EXPERIAN BUSINESS ID:** 486267739

## Company Information

**Employees:**
**Legal Status:** Corporation
**ESTIMATED NUMBER OF EMPLOYEES:** 5
**EMPLOYEE SIZE RANGE:** 5-9
**EXECUTIVE COUNT:** 1

**YEARS IN BUSINESS:** Under 1 Year
**YEAR BUSINESS STARTED:** 2020

Experian Powered Business Reports

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

## Executives

AHMEDKHALED, PRES

## Description

**Industry Type:** Services

## Market And Industry

**SIC Codes:**

73190800 - 73190800

## Business Analysis

**MOST RECENT UPDATE:** 0 - 3 Months

\* \* \* \* \* \* \* \* \* **COMMERCIAL CREDIT RATING MODEL** \* \* \* \* \* \* \* \* \*

**Business Delinquency Risk**  - The propensity for a business to fall 90+ days past its payment terms in the coming 12 months

| Delinquency Risk | Score Range |
|---|---|
| Low | 76-100 |
| Low-Medium | 51-75 |
| Medium | 26-50 |
| Medium-High | 11-25 |
| High | 1-10 |

**This business falls within the following Delinquency Risk Category:** \* \* UNABLE TO SCORE \* \*

**TRENDING:** Positive

\* \* \* \* \* \* \* \* \* **FINANCIAL STABILITY RISK** \* \* \* \* \* \* \* \*

**Business Stability Risk**  - The propensity for a business to go out of business in the coming 12 months

| Stability Risk | Score Range |
|---|---|
| Low | 66-100 |
| Low-Medium | 31-65 |
| Medium | 11-30 |

GRA0006579

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

| Stability Risk | Score Range |
|---|---|
| | 4-10 |
| Medium High | |
| | 1-3 |
| High | |

**This business falls within the following Stability Risk Category:** * * UNABLE TO SCORE * *

**\* \* \* \* \* \* \* \* BUSINESS INFORMATION \* \* \* \* \* \* \* \* \***

| Business Credit Information | | Business Legal Filings and Collections | |
|---|---|---|---|
| AVERAGE DBT 1st QTR: | 0 | BANKRUPTCY FILED: | 0 |
| AVERAGE DBT 2nd QTR: | 0 | TOTAL OF TAX LIENS: | 0 |
| AVERAGE DBT 3rd QTR: | 0 | JUDGMENT COUNT: | 0 |
| AVERAGE DBT 4th QTR: | 0 | COLLECTION COUNT: | 0 |
| AVERAGE DBT 5th QTR: | 0 | LIEN COUNT: | 0 |
| COMBINED DBT: | 0 | UCC COUNT: | 0 |
| DBT OF COMBINED TRADE TOTALS: | 999 | UCC DATA INDICATOR: | No UCC |
| | | LEGAL BALANCE AMOUNT: | $0 |
| TOTAL ACCOUNT BALANCE: | $0 | LEGAL FILINGS: | 0 |
| COMBINED ACCOUNT BALANCE: | $0 | LEGAL ITEMS: | 0 |
| | | NON-PROFIT INDICATOR: | Profit |

**\* \* \* \* \* \* \* \* \* BANKRUPTCY \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| BANKRUPTCY FILED (LAST 10 YEARS): | No |
| BANKRUPTCY COUNT (LAST 24 MOS): | 0 |
| NON-FILED ACTIONS COUNT: | 0 |
| PRESENCE OF OPEN BANKRUPTCIES: | 0 |
| LIABILITY BALANCE OF BANKRUPTCY FILINGS: | $0 |
| TOTAL LIABILITY BALANCE FOR  NON-FILED BANKRUPTCY: | $0 |
| LIABILITY BALANCE OF NON-FILED BANKRUPTCY ACTIONS: | 0 |
| AGE (IN MOS) OF MOST RECENT BANKRUPTCY FILING: | 0 |

**\* \* \* \* \* \* \* \* \* TAX LIENS \* \* \* \* \* \* \* \* \***

GRA0006580

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

| | |
|---|---|
| COUNT OF TAX LIENS (LAST 24 MOS): | 0 |
| TOTAL LIABILITY OF TAX LIENS: | $0 |
| TAX LIENS AGE (IN MONTHS): | 0 |
| AMOUNT OF TAX LIENS WITHIN LAST 24 MONTHS: | $0 |
| % TAX LIEN AMOUNT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

# * * * * * * * * * UNIFORM COMMERCIAL CODE FILINGS (UCC) * * * * * * * * *

| | |
|---|---|
| TOTAL UCC FILINGS (Summary): | 0 |
| TOTAL UCC FILINGS UNSATISFIED (within last 24 months): | 0 |

# * * * * * * * * * JUDGMENT * * * * * * * * *

| | |
|---|---|
| COUNT OF JUDGMENTS FILED: | 0 |
| COUNT OF JUDGMENTS  FILED (LAST 24 MOS): | 0 |
| COUNT OF NON-FILED JUDGMENT ACTIONS: | 0 |
| LIABILITY AMOUNT FOR ORIGINAL JUDGMENTS: | $0 |
| LIABILITY AMOUNT FOR NON-FILED JUDGMENT (LAST 24 MOS): | $0 |
| LIABILITY AMOUNT FOR NON-FILED JUDGMENTS: | $0 |
| AGE OF MOST RECENT JUDGMENT FILED (IN MOS): | 0 |
| AGE OF MOST RECENT NON-FILED JUDGMENT (IN MOS): | 0 |
| TOTAL AMOUNT OF JUDGMENTS FILED (LAST 24 MOS): | 0 |
| % JUDGMENT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

# * * * * * * * * * AGED TRADE LINES * * * * * * * * *

| | |
|---|---|
| AGED TRADE (1-30 days past due): | 0 |
| AGED TRADE (31-60 days past due): | 0 |
| AGED TRADE (61-90 days past due): | 0 |
| AGED TRADE (91+ days past due): | 0 |
| COMBINED TRADE LINES COUNT: | 0 |
| COMBINED TRADE BALANCE: | $0 |

# * * * * * * * * * CREDIT AMOUNTS * * * * * * * * *

GRA0006581

Case 2:21-cv-06689-RGK-JC   Document 172-11   Filed 10/14/22   Page 25 of 29   Page ID #:3466

Page 5 of 5

STATEWIDE DISTRIBUTORS INC; Experian Commercial Credit Scores

| | |
|---|---|
| **RECENT HIGH CREDIT:** | $0 |
| **MEDIAN CREDIT AMOUNT:** | $0 |

**\* \* \* \* \* \* \* \* \* \* DEROGATORY PUBLIC FILINGS \* \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| **DEROGATORY INDICATOR:** | No |
| **DEROGATORY LIABILITY AMOUNT:** | $0 |
| **NUMBER OF DEROGATORY ITEMS:** | 0 |
| **AGE (IN MOS) MOST RECENT FILING WITHIN LAST 24 MOS:** | 0 |
| **AVERAGE AGE (IN MOS) OF FILINGS WITHIN LAST 24 MOS** | 0 |

## Classification

**Company:** EXPERIAN PLC

Experian Commercial Credit Scores

Copyright 2020 Experian Information Solutions, Inc. , All Rights Reserved

**End of Document**

GRA0006582



FLORIDA

STATEWIDE DISTRIBUTORS INC.
MARGATE, FL

STATEWIDE DISTRIBUTORS INC., MARGATE



STATEWIDE DISTRIBUTORS INC. is an Active company incorporated on May 18, 2020 with the registered number P20000037112. This Domestic for Profit company is located at 1411 BANKS RD, MARGATE, 33063 and has been running for three years. It currently has one President.

KEY FACTS ABOUT STATEWIDE DISTRIBUTORS INC.

US Businesses > Companies in Florida > Broward County Companies

| | |
|---|---|
| Company name | STATEWIDE DISTRIBUTORS INC. |
| Status | Active |
| Filed Number | P20000037112 |

This website uses cookies to ensure you get the best experience on our website More info    Got it!

GRA0006583



∧ STATEWIDE DISTRIBUTORS INC. NEAR ME

| | |
|---|---|
| Principal Address | 1411 BANKS RD,<br>MARGATE,<br>33063 |
| Mailing Address | 1411 BANKS RD,<br>MARGATE,<br>FL,<br>33063,<br>US |



See Also

STATEWIDE DIGITAL RECORDING SERVICES, INC.    STATEWIDE DISTRIBUTION CORP    STATEWIDE DOORS & WINDOWS, LLC    STATEWIDE ELECTRIC &
ENVIRONMENTAL SOLUTIONS, LLC.    STATEWIDE ELECTRIC OF CENTRAL FLORIDA, INC.

Source: Sunbiz

This website uses cookies to ensure you get the best experience on our website **More info**    Got it!



GRA0006584



| Position | **President** Active |
| --- | --- |
| From | MARGATE, 33063 |

Registered Agent is LEGALINC CORPORATE SERVICES INC.

| Address | 5237 SUMMERLIN COMMONS, FORT MYERS, FL, 33907 |
| --- | --- |

Events

| September 24, 2021 | **ADMIN DISSOLUTION FOR ANNUAL REPORT** |
| --- | --- |



This website uses cookies to ensure you get the best experience on our website More info   Got it!

GRA0006585



Vinci Leather Shoes

 BisProfiles.Com  BisProfiles.Com    Florida

Disclaimer    Privacy Policy    Support

This website uses cookies to ensure you get the best experience on our website More info    Got it!

GRA0006586