# EXHIBIT 11

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
213.891.0700 Phone
213.896.0400 Fax

213.891.5158 Direct
tspeiss@buchalter.com

Friday, August 19, 2022

**Via E-Mail Only**

Diana Spielberger
Law Offices of Diana Spielberger
11400 West Olympic Boulevard Suite 1500
Los Angeles, CA 90064
E-Mail: diana@janddlaw.com

    **Re:**    *Michael Andrew Robinson et al v. Best Price Distributors, LLC et al*
                **Fact and Expert Discovery Matters**

Dear Diana:

I write to correct the record concerning the stipulation we reached on Wednesday, and to produce additional documents responsive to Judge Chooljian's Discovery Order.

**Stipulation**

As part of our meeting on Wednesday, Aug. 17, 2022, we reached the following agreement.

1. Fact Discovery:  We agreed to mutually exchange documents through and including Aug. 24, 2022 that are in further response to Judge Chooljian's Order dated Aug. 11, 2022;
2. Expert Discovery:  So that the parties could focus their efforts the mediation of this matter, which is scheduled to occur on Sept. 8, 2022, we agreed as follows,
    a. Rebuttal Expert Designation:  The designation date for rebuttal experts would be extended to Fri., Sept. 16, 2022 (from Sept. 10, 2022) and,
    b. Expert Depositions:  The parties would not seek to take expert depositions until Sept. 19, 2022, and further would not seek to take expert depositions during Rosh Hashanah, which Jay Statman identified as Sept. 25-27, 2022.

Your letter of earlier today further documents the existence of the agreement.  That said, we disagree with your characterization of it.  Ms. Mikael Crowther and I took contemporaneous notes during our meeting, including regarding counsel's statements confirming the mutual extension.

BN 69933339v1

# Buchalter

Diana Spielberger
August 19, 2022
**2** | P a g e

**Document Production – Production Set GRA019**

1. Download: GRA019 document collection may be downloaded at the ShareFile link https://buchalter.sharefile.com/i/i921ce67866444c09 or the following link/password.
   - ShareFile: https://buchalter.sharefile.com/d-sb1b9aa766a3648aba21006aa2540a5ee
   - GRA019.zip password: rupRuc?IW2UF9_i&r9Wr

2. Categories: The documents are generally categorized as,
   - GRA0006538-6554: FDA submission of Substantial Equivalency report;
   - GRA0006555-6586: Statewide Distributors documents;
   - GRA0006587-6588: J & J invoice for whole leaf;
   - GRA0006589-6590: Statewide Distributors documents; and,
   - GRA0006591-6592: Lancaster Leaf Accrual Report.

**Document Production – Production Set GRA020**

1. Download: GRA020 document collection may be downloaded at the ShareFile link sent to you at https://buchalter.sharefile.com/i/i921ce67866444c09 under the appropriate folder for GRA020. (There is no password.)

2. Categories: The documents are generally categorized as,
   - GRA0006593-6710: Additional FDA documents;
   - GRA0006711-6715: Exemplar Packaging Center invoices; and,
   - GRA0006716-6729: Financial Documents.

**Conclusion**

We reserve our right, once we review the recent discovery the Defendants have produced, to seek Defendants' further compliance with the order, if necessary. We look forward to continuing to work with you and anticipate that we can continue to resolve these matters amicably.

/ / /

/ / /

/ / /

# Buchalter

Diana Spielberger
August 19, 2022
**3** | P a g e

In conclusion, please no longer copy Dennis Loomis on your correspondence to Plaintiffs. Instead, please copy Gabe Green, ggreen@buchalter.com, who will be working with me on this matter until it concludes.

                                                BUCHALTER
                                                A Professional Corporation

                                                Thomas J. Speiss, III
                                                Shareholder

cc:    Jay Statman, Esq.
        Gabriel G. Green, Esq.

BN 69933339v1