BUCHALTER
A Professional Corporation
THOMAS J. SPEISS III (SBN: 200949)
tspeiss@buchalter.com
C. DANA HOBART (SBN: 125139)
dhobart@buchalter.com
MANCY PENDERGRASS (SBN: 252705)
mpendergrass@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400

Attorneys for Plaintiffs,
MICHAEL ANDREW ROBINSON
and GRABBA LEAF, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE, et al., <br><br> Defendants. | Case No. 2:21-cv-06689-RGK-(JCx) <br><br> Action Commenced August 18, 2021 <br><br> **PLAINTIFFS' PROPOSED JURY VERDICT FORM** <br><br> The Hon. R. Gary Klausner <br> Courtroom 850 <br><br> Trial Date: November 8, 2022 |

Plaintiffs Michael Andrew Robinson and Grabba Leaf, LLC propose the following special verdict form.

# SPECIAL VERDICT

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, agree to the answers to the following questions:

**SECTION 1: TRADEMARK INFRINGEMENT**

The chart below identifies each trademark:

| Trademark Picture | Registration Number |
|---|---|
| *[image of tobacco leaf with "Grabba Leaf" logo]* | 4,160,203 |
| *[image of tobacco leaf with "Grabba Leaf" logo]* | 4,461,093 |
| Grabba Leaf | 4,487,117 |

Question 1:

Do you find, by a preponderance of the evidence, that the following trademarks were infringed by one of more of the Defendants?

(Circle "Yes or "No" for each Defendant, as to the referenced trademarks using the chart above, as necessary.)

Grabba Leaf: Trademark Reg. No. 4,160,203

| | | |
|---|---|---|
| Best Price Distributors, LLC | **YES** | **NO** |
| Khaled M. Ahmed | **YES** | **NO** |
| Sandra S. Cervantes | **YES** | **NO** |

Grabba Leaf: Trademark Reg. No. 4,461,093

| | | |
|---|---|---|
| Best Price Distributors, LLC | **YES** | **NO** |
| Khaled M. Ahmed | **YES** | **NO** |
| Sandra S. Cervantes | **YES** | **NO** |

Grabba Leaf: Trademark Reg. No. 4,487,117

| | | |
|---|---|---|
| Best Price Distributors, LLC | **YES** | **NO** |
| Khaled M. Ahmed | **YES** | **NO** |
| Sandra S. Cervantes | **YES** | **NO** |

(If you answered "Yes" to Question 1 as to **any** Defendant proceed to Question 2. If you answered "No" to Question 1 as to **all** Defendants, proceed to Section 2.)

Question 2:

Do you find, by a preponderance of the evidence, that the following one of more of the Defendants sold or marketed a counterfeit copy of any of Plaintiffs' trademarks?

(Circle "Yes or "No" for each Defendant, as to the referenced trademarks using the chart above, as necessary.

1  Grabba Leaf: Trademark Reg. No. 4,160,203
2     Best Price Distributors, LLC        **YES**        **NO**
3     Khaled M. Ahmed                    **YES**        **NO**
4     Sandra S. Cervantes                **YES**        **NO**
5
6  Grabba Leaf: Trademark Reg. No. 4,461,093
7     Best Price Distributors, LLC        **YES**        **NO**
8     Khaled M. Ahmed                    **YES**        **NO**
9     Sandra S. Cervantes                **YES**        **NO**
10
11 Grabba Leaf: Trademark Reg. No. 4,487,117
12    Best Price Distributors, LLC        **YES**        **NO**
13    Khaled M. Ahmed                    **YES**        **NO**
14    Sandra S. Cervantes                **YES**        **NO**

15 If you answered Yes to any of the above, proceed to Question 3.  If you answered
16 No to **all** of the above, proceed to Question 5)

18 Question No. 3
19 As to the following Defendants, did Plaintiffs prove, by a preponderance of
20 the evidence, that the selling or marketing of the counterfeit mark was willful?
21 (Circle "Yes or "No" for each Defendant.  You should only provide an answer for
22 those Defendants which you answered "Yes" in Question 2.)
23    Best Price Distributors, LLC        **YES**        **NO**
24    Khaled M. Ahmed                    **YES**        **NO**
25    Sandra S. Cervantes                **YES**        **NO**
26 (Proceed to Question 4.)

Question No. 4

As to the following Defendants, what amount, if any, do you award to Plaintiffs for statutory damages for trademark counterfeiting?

    In favor of Plaintiffs and against Best Price Distributors $_____

    In favor of Plaintiffs and against Khaled M. Ahmed    $_____

    In favor of Plaintiffs and against Sandra S. Cervantes    $_____

(If your answer to Question No. 3 is "Yes," as to that Defendant you may award not more than $2,000,000 per counterfeit mark per class of goods sold or offered for sale.  If your answer to Question No. 3 is "No," as to that Defendant you may award not less than $1,000 or more than $200,000 per counterfeit mark per class of goods or services sold or offered for sale.)

(Proceed to Question 5.)

Question 5

As to the following Defendants, did Plaintiffs prove by a preponderance of the evidence that any of the Defendants profited from use of the trademarks?

    Circle "Yes" or "No"        **YES**        **No**

    If "Yes", what amount of profits were earned by any Defendant:

        Best Price Distributors  $_____

        Khaled M. Ahmed    $_____

        Sandra S. Cervantes    $_____

(Proceed to Question 6.)

Question 6

As to the following Defendants, did Plaintiffs prove by a preponderance of the evidence that they were damaged as to any of the Defendants' use of the trademarks?

    Circle "Yes" or "No"        **YES**        **No**

If "Yes", in what amount as to each Defendant:

        Best Price Distributors  $_____

        Khaled M. Ahmed        $_____

        Sandra S. Cervantes    $_____

(Proceed to Section 2.)

**SECTION 2: COPYRIGHT INFRINGEMENT**

Question 7:

Do you find, by a preponderance of the evidence, that Plaintiffs own the artwork at issue?

    Circle "Yes" or "No"   **YES**   No

(If your answer to Questions 7 is "Yes" please proceed to question 8. If your answer is "No" please sign and date this form.)

Question 8:

Do you find, by a preponderance of the evidence, that any of the Defendants infringed on the copyright of Plaintiffs by selling products bearing a copy of the artwork?

    (Circle "Yes or "No" for each Defendant)

        Best Price Distributors, LLC     **YES**     NO

        Khaled M. Ahmed                  **YES**     NO

        Sandra S. Cervantes              **YES**     NO

(If your answer to any of the above, is "Yes" please proceed to question 9. If your answers to all of Questions 8 is "No" please sign and date this form.)

Question 9:

Do you find, by a preponderance of the evidence, that the infringement of any of the Defendants was willful or reckless?

(Circle "Yes or "No" for each Defendant)

| | | |
|---|---|---|
| Best Price Distributors, LLC | **YES** | **NO** |
| Khaled M. Ahmed | **YES** | **NO** |
| Sandra S. Cervantes | **YES** | **NO** |

(Proceed to Question 10.)

Question No. 10:

As to the following Defendants, what amount, if any, do you award to Plaintiffs for statutory damages for copyright infringement?

In favor of Plaintiffs and against Best Price Distributors $_____

In favor of Plaintiffs and against Khaled M. Ahmed        $_____

In favor of Plaintiffs and against Sandra S. Cervantes    $_____

(If your answer to Question No. 9 is "Yes," as to that Defendant you may award as much as $150,000 for each work infringed.  If your answer to Question No. 9 is "No," as to that Defendant you may award not less than $750 or more than $30,000 for each work infringed.)

(Proceed to Question 11.)

Question No. 11

As to the following Defendants, did Plaintiffs prove by a preponderance of the evidence that any of the Defendants profited from use of the artwork?

Circle "Yes" or "No"                    **YES**        **No**

If "Yes", what amount of profits were earned by any Defendant:

    Best Price Distributors  $_____
    Khaled M. Ahmed          $_____
    Sandra S. Cervantes      $_____

 (Proceed to Question 12.)

<u>Question No. 12</u>

As to the following Defendants, did Plaintiffs prove by a preponderance of the evidence that they were damaged as to any of the Defendants' use of the artwork?

Circle "Yes" or "No"  **YES        No**

If "Yes", in what amount as to each Defendant:

  Best Price Distributors  $_____

  Khaled M. Ahmed  $_____

  Sandra S. Cervantes  $_____

*Please sign and date this form.*

DATED: _____        SIGNED:

By: _____
   U.S.D.C. PRESIDING JUROR

**<u>Please deliver this verdict form to the bailiff after it is completed and signed.</u>**