# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06689-RGK-JCx | Date | October 27, 2022 |
|---|---|---|---|
| Title | *Michael Andrew Robinson et al. v. Best Price Distributors, LLC et al.* | | |

JS6

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Motion to Set Aside [DE 192]**

The parties failed to appear at the pretrial conference on Monday, October 24, 2022. (*See* Minutes re: PTC, ECF No. 191.) As a result, the Court dismissed the case for lack of prosecution, effective today, October 27, 2022. (*Id.*) This case is thereby **DISMISSED**.

On October 26, 2022, Plaintiffs filed a "Response to Court's Order Regarding Dismissal." (ECF No. 192.) The Court construes this filing as a motion to set aside the Court's order of dismissal (ECF No. 191) under Federal Rule of Civil Procedure 60. The hearing date for this motion shall be **Friday, November 4, 2022, at 9:00 AM PT**, and appearances are required. Defendants have until Tuesday, November 1, 2022, at 12:00 PM to oppose Plaintiffs' motion, and Plaintiffs have until Thursday, November 3, 2022, at 12:00 PM to file a reply.

Should the Court grant Plaintiffs' motion, jury trial will proceed on Tuesday, November 8, 2022, at 9:00 AM.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre/k |