FILED
11/10/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability company,<br><br>*Plaintiffs*<br><br>vs.<br><br>BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE, el al.; KHALED M. AHMED, an individual; SANDRA S. CERVANTES, aka SANDRA AHMED, an individual,<br><br>*Defendants* | CASE NO. 2:21-cv-06689-RGK-JCx<br><br>**JURY VERDICT FORM**<br><br>Trial Date: November 8, 2022<br>Time: 9:00 AM<br>Judge: Hon. R. Gary Klausner |

**REDACTED**

We the jury in the above titled case answer the questions posed to us as follows:

Trademark Infringement

1. With respect to Trademark Registration No. 4,160,203, did the plaintiffs prove by a preponderance of the evidence that Defendant Best Price Distributors, LLC committed trademark infringement?

    Answer:   __X__ Yes   _____ No

    If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

    $ 100,000

2. With respect to Trademark Registration No. 4,160,203, did the plaintiffs prove by a preponderance of the evidence that Defendant Khaled M. Ahmed committed trademark infringement?

    Answer:   __X__ Yes   _____ No

    If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

    $ 100,000

3. With respect to Trademark Registration No. 4,160,203, did the plaintiffs prove by a preponderance of the evidence that Defendant Sandra S. Cervantes committed trademark infringement?

    Answer:   __X__ Yes   _____ No

    If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

    $ 100,000

4. With respect to Trademark Registration No. 4,461,093, did the plaintiffs prove by a preponderance of the evidence that Defendant Best Price Distributors, LLC committed trademark infringement?

    Answer:   __X__ Yes   _____ No

    If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

    $ 100,000

5. With respect to Trademark Registration No. 4,461,093, did the plaintiffs prove by a preponderance of the evidence that Defendant Khaled M. Ahmed committed

1

trademark infringement?

Answer:    X  Yes    ____ No

If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

$ 100,000

6. With respect to Trademark Registration No. 4,461,093, did the plaintiffs prove by a preponderance of the evidence that Defendant Sandra S. Cervantes committed trademark infringement?

Answer:    X  Yes    ____ No

If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

$ 100,000

7. With respect to Trademark Registration No. 4,487,117, did the plaintiffs prove by a preponderance of the evidence that Defendant Best Price Distributors, LLC committed trademark infringement?

Answer:    X  Yes    ____ No

If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

$ 100,000

8. With respect to Trademark Registration No. 4,487,117, did the plaintiffs prove by a preponderance of the evidence that Defendant Khaled M. Ahmed committed trademark infringement?

Answer:    X  Yes    ____ No

If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

$ 100,000

9. With respect to Trademark Registration No. 4,487,117, did the plaintiffs prove by a preponderance of the evidence that Defendant Sandra S. Cervantes committed trademark infringement?

Answer:    X  Yes    ____ No

If yes, what amount, if any, do you award to the plaintiffs in statutory damages?

$ 100,000

Copyright Infringement

10. Did the plaintiffs prove by a preponderance of the evidence that Defendant Best Price Distributors, LLC committed copyright infringement?

   Answer:     __X__ Yes     _____ No

11. Did the plaintiffs prove by a preponderance of the evidence that Defendant Best Price Distributors, LLC committed contributory copyright infringement?

   Answer:     _____ Yes     __X__ No

If you answered "Yes" to Question 10 or 11, what amount, if any, do you award to the plaintiffs in statutory damages?

   $ 15,000

12. Did the plaintiffs prove by a preponderance of the evidence that Defendant Khaled M. Ahmed committed copyright infringement?

   Answer:     __X__ Yes     _____ No

13. Did the plaintiffs prove by a preponderance of the evidence that Defendant Khaled M. Ahmed committed contributory copyright infringement?

   Answer:     _____ Yes     __X__ No

If you answered "Yes" to Question 12 or 13, what amount, if any, do you award to the plaintiffs in statutory damages?

   $ 15,000

14. Did the plaintiffs prove by a preponderance of the evidence that Defendant Sandra S. Cervantes committed copyright infringement?

   Answer:     __X__ Yes     _____ No

15. Did the plaintiffs prove by a preponderance of the evidence that Defendant Sandra S. Cervantes committed contributory copyright infringement?

   Answer:     _____ Yes     __X__ No

If you answered "Yes" to Question 14 or 15, what amount, if any, do you award to the plaintiffs in statutory damages?

   $ 15,000

Have the presiding juror sign and date this form.

Signed: ~~[Signature redacted by the Court]~~
-----------------
Presiding Juror

Dated: 11/10/2022

4