1   BUCHALTER
   A Professional Corporation
2   THOMAS J. SPEISS III (SBN: 200949)
   tspeiss@buchalter.com
3   C. DANA HOBART (SBN: 125139)
   dhobart@buchalter.com
4   MANCY PENDERGRASS (SBN: 252705)
   mpendergrass@buchalter.com
5   1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-1730
6   Telephone: 213.891.0700
   Fax: 213.896.0400
7
   Attorneys for Plaintiffs,
8   MICHAEL ANDREW ROBINSON
   and GRABBA LEAF, LLC
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12   MICHAEL ANDREW ROBINSON, an          Case No. 2:21-cv-06689-RGK-(JCx)
    individual, et al.,
13                                         **[PROPOSED] FINAL JUDGMENT**
               Plaintiffs,
14                                         The Hon. R. Gary Klausner
          vs.
15
    BEST PRICE DISTRIBUTORS, LLC, a
16   California limited liability company, doing
    business as WESTERN WHOLESALE
17   and as QUICK TOBACCO
    WHOLESALE, et al.,
18
               Defendants.
19

20

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

1

On August 18, 2021, Plaintiffs Michael Andrew Robinson, an individual, and Grabba Leaf, LLC, a Florida limited liability company (collectively, "Plaintiffs") brought the present action against Defendants Best Price Distributors, LLC, a California limited liability company doing business as Western Wholesale and as Quick Tobacco Wholesale, and Khaled M. Ahmed and Sandra Ahmed, as individuals (collectively, "Defendants") for trademark and copyright infringement.

This case proceeded to a jury trial on November 8, 2022, after which the jury found Defendants liable for trademark and copyright infringement.  Pursuant to the jury verdict rendered in this matter on November 10, 2022,

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.      Plaintiffs are the owners of the following trademarks registered in the United States Patent and Trademark Office ("USPTO"):

a.      Trademark Reg. No. 4,160,203 for the word mark GRABBA LEAF and associated Design for use with cigar wraps, which was registered by the USPTO on June 19, 2012 ("Reg. No. 4,160,203"), an image of which is below.



b.      Trademark Reg. No. 4,461,093 for the word mark GRABBA LEAF and another associated Design for use with cigar wraps, which was registered by the USPTO on January 7, 2014 ("Reg. No. 4,461,093"), an image of which is depicted on the next page.



c.      Trademark Reg. No. 4,487,117 for the word mark GRABBA LEAF for use with cigar wraps, which was registered by the USPTO on February 25, 2014 ("Reg. No. 4,487,117"; collectively, Reg. Nos. 4,160,203; 4,461,093; and, 4,487,117 shall be referred to as the "Grabba Leaf Trademarks"), an image of which is below.

# Grabba Leaf

2.      The Grabba Leaf Trademarks are federally registered and incontestable.

3.      Plaintiffs are the owners of United States Copyright Registration No. VA2-152-331, entitled "Grabba Leaf," with an Effective Date of February 4, 2019, consisting of the original 2-D artwork in the GRABBA LEAF logo (the "Grabba Leaf Copyright"), an image of which is below.



4.      Defendants have infringed on the Grabba Leaf Trademarks and the Grabba Leaf Copyright.

5.     Judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $315,000 (THREE HUNDRED FIFTEEN THOUSAND DOLLARS) ("Award").

6.     Interest shall accrue on the Award as provided by law, beginning on the date Judgment is entered.

7.     Plaintiffs are the prevailing parties and are entitled to costs from Defendants, jointly and severally.  Should Plaintiffs seek to elect costs, Plaintiffs shall submit their cost in conjunction with the necessary supporting documentation within fifteen (15) days of the entry of this Judgment.  Defendant shall submit objections, if any, to that bill of costs as required by Local Rule 54.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: _____                    _____
                                        R. GARY KLAUSNER
                                        U.S. District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES