JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BEST PRICE DISTRIBUTORS, LLC, a California limited liability company, doing business as WESTERN WHOLESALE and as QUICK TOBACCO WHOLESALE, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-06689-RGK-(JCx)<br><br>**FINAL JUDGMENT**<br><br>The Hon. R. Gary Klausner |

1

On August 18, 2021, Plaintiffs Michael Andrew Robinson, an individual, and Grabba Leaf, LLC, a Florida limited liability company (collectively, "Plaintiffs") brought the present action against Defendants Best Price Distributors, LLC, a California limited liability company, and Khaled M. Ahmed and Sandra Cervantes (aka Sandra Ahmed), as individuals (collectively, "Defendants") for trademark and copyright infringement.

This case proceeded to a jury trial on November 8, 2022, after which the jury found Defendants liable for trademark and copyright infringement. Pursuant to the jury verdict rendered in this matter on November 10, 2022, Plaintiffs are entitled to judgment as follows.

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs prevailed on their claims for direct trademark and copyright infringement and are awarded damages against Defendants, jointly and severally, in the amount of $315,000 (THREE HUNDRED FIFTEEN THOUSAND DOLLARS) ("Award").

2. Interest shall accrue on the Award as provided by law, beginning on the date Judgment is entered.

3. Plaintiffs are the prevailing parties and are entitled to costs from Defendants, jointly and severally. Should Plaintiffs seek to elect costs, Plaintiffs shall submit their cost in conjunction with the necessary supporting documentation within fifteen (15) days of the entry of this Judgment. Defendant shall submit objections, if any, to that bill of costs as required by Local Rule 54.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 30, 2023

_____
R. GARY KLAUSNER
U.S. District Judge