Thomas J. Speiss III (SBN: 200949)
C. Dana Hobart (SBN: 125139)
Mancy Pendergrass (SBN: 252705)
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
Tel: (213) 891-0700   Fax: (213) 896-0400

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Michael Andrew Robinson, et al.<br>v.<br>Best Price Distributors, LLC, et al.<br>PLAINTIFF(S),<br>DEFENDANT(S) | CASE NUMBER<br>2:21-cv-06689-RGK-JC | **APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Michael Andrew Robinson and Grabba Leaf, LLC, Plaintiffs |
| Judgment entered on: | January 30, 2023   Docket #: 253 |
| Names of party(ies) against whom judgment was entered: | Best Price Distibutors, LLC dba Western Wholesale and dba Quick Tobacco Wholesale, Khaled M. Ahmed, and Sandra S. Cervantes aka Sandra Ahmed |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: February 13, 2023   Signature: *[signed]*
Name: Thomas J. Speiss III
☒ Attorney of Record for: Michael Andrew Robinson and Grabba Leaf, LLC, Plaintiffs

### COURT USE ONLY

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ Enter total amount taxed here.
☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).
☐ Insufficient supporting documentation provided (L.R. 54-2.1).
☐ Filer is not prevailing party (L.R. 54-1).

Date: Enter date here.   **Kiry K. Gray, District Court Executive/Clerk of Court**
By: _____
Deputy Clerk

**Case Title:** Robinson, et al. v. Best Price Distributors, LLC, et al.; **Case No:** 2:21-cv-06689-RGK-jc

# BILL OF COSTS

*The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | *(Shaded columns for Court use only.)* | | | |
| 1 | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | 402.00 | Tab 1 - Receipt for Filing Fees for New Civil Action | | | | |
| 2 | **L.R. 54-3.2 Fees for Service of Process** | | | | | |
| | 197.85 | Tab 2 -Invoice for Process Service of Summons and Complaint | | | | |
| 3 | **L.R. 54-3.3 United States Marshal's Fees** | | | | | |
| | 0.00 | Not Applicable | | | | |
| 4 | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | | |
| | 8,229.60 | Tab 4 - Invoice for Transcript of Proceedings re: Trial Held 11/8/22 - 11/10/22 | | | | |
| 5 | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| | 17,520.41 | Tab 5A - Invoice re: 11/16/22 Depo of Witness J. Michael Moore<br>Tab 5B - Invoice re: 8/8/22 Depo of Witness Khaled Ahmed<br>Tab 5C - Invoice re: 8/17/22 Depo of Witness Sandra S. Cervantes<br>Tab 5D - Invoice re: 8/12/22 Depo of Witness Michael Andrew Robinson<br>Tab 5E - Invoice of 8/19/22 Depo of Witness Michael Andrew Robinson (Video)<br>Tab 5E - Invoice of 8/19/22 Depo of Witness Michael Andrew Robinson<br>Tab 5F - Invoice of 11/1/22 Depo of Witness Khaled M. Ahmed (Transcript and Reporter)<br>Tab 5G - Invoice re: 11/1/22 Depo of Witness Khaled M. Ahmed (Videographer)<br>Tab 5H - 11/1/22 Depo of Witness Vanessa Fitsanakis, PhD (Transcript and Reporter) | | | | |
| 6 | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Tab 6A - Support Documents re: Khaled M. Ahmed | | | | |
| | | Tab 6B - Support Documents re: Zishan Ali | | | | |
| | | Tab 6C - Support Documents re: Sandra S. Cervantes | | | | |
| | | Tab 6D - Support Documents re: Mikael Crowther | | | | |
| | 9,675.71 | Tab 6E - Support Documents re: Tad Haile | | | | |
| | | Tab 6F - Support Documents re: John Hood | | | | |
| | | Tab 6G - Support Documents re: Bo Bae Kang | | | | |
| | | Tab 6H - Support Documents re: J. Michael Moore | | | | |
| | | Tab 6I - Support Documents re: Iva Shin | | | | |
| 7 | *L.R. 54-3.7 Interpreter's Fees* (document translation costs are not taxable) | | | | | |
| | 250.00 | Tab 7 - Invoice re: 11/9/22 Cancelled Korean Interpreter re: Trial Witness Iva Shin | | | | |
| 8 | *L.R. 54-3.8 Docket Fees* (only as provided by 28 U.S.C. § 1823) | | | | | |
| | 0.00 | Not Applicable | | | | |
| 9 | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers* (attach appointment order) | | | | | |
| | 0.00 | Not Applicable | | | | |
| 10 | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents* (if order or stip required, it must be attached) | | | | |
| | (a) | *L.R. 54-3.10(a)*: "cost of copies of documents necessarily filed and served" | | | | |
| | | 0.00 | Not Applicable | | | |
| | (b) | *L.R. 54-3.10(b)*: "cost of copies of documents or other materials admitted into evidence" | | | | |
| | | 0.00 | Not Applicable | | | |
| | (c) | *L.R. 54-3.10(c)*: "Fees for an official certification of proof respecting the non-existence of a document or record" | | | | |
| | | 0.00 | Not Applicable | | | |
| | (d) | *L.R. 54-3.10(d)*: "Patent Office charges" for necessary "patent file wrappers and prior art patents" | | | | |
| | | 0.00 | Not Applicable | | | |
| | (e) | *L.R. 54-3.10(e)*: "Notary fees" of taxable documents | | | | |
| | | 0.00 | Not Applicable | | | |
| | (f) | *L.R. 54-3.10(f)*: "Fees for certification or exemplification of any document or record necessarily obtained for use in the case" | | | | |
| | | 0.00 | Not Applicable | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | *(Shaded columns for Court use only.)* | | | |
| (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | 0.00 | Not Applicable | | | | |
| 11 | | ***L.R. 54-3.11 Premiums on Undertakings and Bonds*** | | | | |
| | 0.00 | Not Applicable | | | | |
| 12 | | ***L.R. 54-3.12 Other Costs*** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | |
| | 0.00 | Not Applicable | | | | |
| 13 | | ***L.R. 54-3.13 State Court Costs*** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | |
| | 0.00 | Not Applicable | | | | |
| 14 | | ***L.R. 54-4 Items Taxable as Costs on Appeal*** *(only items taxable under Fed. R. App. P. 39(e))* | | | | |
| | 0.00 | Not Applicable | | | | |
| 15 | | ***L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court*** | | | | |
| | 0.00 | Not Applicable | | | | |
| TOTAL | $ 36,275.57 | | $ | $ | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** Robinson, et al. v. Best Price Distributors, LLC, et al.*;* **Case No:** 2:21-cv-06689-RGK-jc

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV) is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Khaled Ahmed, Defendant (via Attorneys of Record) | 3 | 40.00 | 3 | 0.00 | 0 | 0.00 | $ 40.00 |
| Zishan Ali; Ontario, California | 0 | 40.00 | 0 | 0.00 | 41.9 | 53.00 | $ 93.00 |
| Sandra Cervantes, Defendant (via Attorneys of Record) | 3 | 40.00 | 3 | 0.00 | 0 | 0.00 | $ 40.00 |
| Mikael Crowther; Portland, Oregon | 2 | 0.00 | 2 | 1373.38 | 962.0 | 0.00 | $ 1,373.38 |
| Tad Haile; Redondo Beach, California | 0 | 40.00 | 0 | 0.00 | 20.0 | 27.00 | $ 67.00 |
| John Hood; Lapeer, Michigan | 2 | 40.00 | 2 | 2440.57 | 2292 | 0 | $ 2,480.57 |
| Hillary Kang; Inglewood, California | 0 | 40.00 | 0 | 0.00 | 10.4 | 14.00 | $ 54.00 |
| J. Michael Moore; | 2 | 40.00 | 2 | | 2359 | 0.00 | $ 5,473.76 |
| Iva Shin; Inglewood, California | 1 | 40.00 | 0 | 0.00 | 10.4 | 14.00 | $ 54.00 |
| | | | | | | | $ |
| | | | | | | TOTAL | $ 9,675.71 |