TAB 5B

**Chase Litigation Services**
2300 E. Katella Avenue Suite 300
Anaheim, CA 92806
Phone: 714-704-9144
Fax: 714-459-8104

Thomas J. Speiss, III, Esq.
Buchalter- - Los Angeles
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017

## Invoice #33891

| Date | Terms |
|---|---|
| 08/18/2022 | PLEASE PAY WITHIN 21 DAYS |

| Job #44465 on 08/08/2022 |
|---|

**Firm Case#:** G3758-2
**Billing Reference:** G3758-2
**Case:** Michael Andrew Robinson vs. Best Price Distributors, LLC
**Venue#:** 2:21-cv-06689-RGK-JC

**Shipped On:** 08/18/2022
**Shipped Via:** UPS
**Tracking #:** 1Z29A02Y0392545445

| Description | | | |
|---|---|---|---|
| **Original Transcript Deposition of Khaled M. Ahmed  Vol: 1** | | | |

| | |
|---|---|
| Amount Due: | $ 1,566.40 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 1,566.40** |
| **Payment Due:** | **09/17/2022** |

*\*\*NO CHARGE FOR VIDEOCONFERENCE HOURLY RATE FEE\*\**
*To pay this invoice via credit card, please use the following link for payment.*
*https://www.alservicelink.com/deposervices/quickpay*

*Please make checks payable to Chase Litigation Services, Inc., Tax ID 20-0288392.*

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).*

*Thank you for working with the Chase Team!*

*Late Fee after 30 Days at 10%*

Please remit payment to:

Chase Litigation Services
2300 E. Katella Avenue, Suite 300
Anaheim, CA  92806