# TAB 6D



| | TRAVEL FUNDS AVAILABLE | POINTS AVAILABLE |
|---|---|---|
| **Hi, Mikael!**<br>Rapid Rewards #20647288384<br>Rapid Rewards Member since 2020   Profile Details › | **$98.98**<br>View Details › | **16,659**<br>View Details › |

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

NOV 8 - 10                                                                    Confirmation #2SV4XV

 **Burbank, CA**

Portland, OR to Burbank, CA

### Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **Mikael Powell Crowther** | **+6,510** PTS | **$746.96** |

### Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| PDX to BUR | 11/8/22 | Anytime | +2,934 PTS | $293.38 |
| BUR to PDX | 11/10/22 | Anytime | +3,576 PTS | $357.56 |
| | | | Taxes & fees | $96.02 |

| | Total | **$746.96** |
|---|---|---|
| | Total points earned | **+6,510** PTS |

Feedback





# INTERCONTINENTAL.
## LOS ANGELES DOWNTOWN

11-10-22

Marciano Coppola
15370 Bangy Rd Apt 6
Lake Oswego 97035
United States

| | |
|---|---|
| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : |
| Membership No. : PC | 223956509 |
| Invoice No. | : |

| | |
|---|---|
| Room No. | : 4927 |
| Arrival | : 11-07-22 |
| Departure | : 11-10-22 |
| Conf. No. | : 29126948 |
| Rate Code | : IVEDI |
| Page No. | : 1 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-07-22 | *Accommodation | 89.00 | |
| 11-07-22 | Occupancy Tax | 12.46 | |
| 11-07-22 | LATMD | 1.78 | |
| 11-07-22 | CA Tourism | 0.17 | |
| 11-07-22 | Facility Fee | 30.00 | |
| 11-07-22 | Occupancy Tax -Other | 4.20 | |
| 11-07-22 | LATMD - Other | 0.60 | |
| 11-07-22 | CA Tourism - Other | 0.06 | |
| 11-08-22 | *Accommodation | 89.00 | |
| 11-08-22 | Occupancy Tax | 12.46 | |
| 11-08-22 | LATMD | 1.78 | |
| 11-08-22 | CA Tourism | 0.17 | |
| 11-08-22 | Facility Fee | 30.00 | |
| 11-08-22 | Occupancy Tax -Other | 4.20 | |
| 11-08-22 | LATMD - Other | 0.60 | |
| 11-08-22 | CA Tourism - Other | 0.06 | |
| 11-09-22 | *Accommodation | 89.00 | |
| 11-09-22 | Occupancy Tax | 12.46 | |
| 11-09-22 | LATMD | 1.78 | |
| 11-09-22 | CA Tourism | 0.17 | |
| 11-09-22 | Facility Fee | 30.00 | |
| 11-09-22 | Occupancy Tax -Other | 4.20 | |
| 11-09-22 | LATMD - Other | 0.60 | |
| 11-09-22 | CA Tourism - Other | 0.06 | |

InterContinental Hotel Los Angeles - Downtown
900 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 688-7777 Fax: (213) 223-9255



# InterContinental
## LOS ANGELES DOWNTOWN

11-10-22

| | | |
|---|---|---|
| Marciano Coppola | Folio No. : | Room No. : 4927 |
| 15370 Bangy Rd Apt 6 | A/R Number : | Arrival : 11-07-22 |
| Lake Oswego 97035 | Group Code : | Departure : 11-10-22 |
| United States | Company : | Conf. No. : 29126948 |
| | Membership No. : PC  223956509 | Rate Code : IVEDI |
| | Invoice No. : | Page No. : 2 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review. We look forward to welcoming you back soon. | | |
| | Total | 414.81 | 0.00 |
| | Balance | 414.81 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Hotel Los Angeles - Downtown
900 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 688-7777  Fax: (213) 223-9255

