TAB 6F



**LSS Consulting, Inc. - Worldwide Security & Investigations**
4057 Pioneer Drive, Suite 200 - Commerce Township, MI 48390
Phone: 248-366-5020  Fax: 248-366-5026
www.lssconsulting.com

Date:            November 4, 2022

Client:          Grabba-Leaf LLC
                 4846 N. University Drive, Suite #395
                 Lauderhill, FL 33351

Attention:       Michael Robinson
LSS Case No:     20-144
Invoice No:      20320
Reference:       Trial - Roybal Federal Courthouse


**Case Administration**
2 Hours @ $125.00 Per Hour                                         $250.00

**4 Investigator (Review Documents/Contact with Attorneys)**
8 Hours @ $125.00 Per Hour                                       $1,000.00

November 8, 2022    **1 Investigator (Travel to Los Angeles/Trial Prep/Testify)**
                    *Los Angeles, CA*
                    10 Hours @ $125.00 Per Hour                  $1,250.00
                    42 Miles @ $0.60 Per Mile                       $25.20

November 9, 2022    **4 Investigators (Travel to LA/Trial Prep/Testify/Return to Detroit)**
                    *Los Angeles, CA*
                    10 Hours @ $125.00 Per Hour John Hood         $1,250.00
                    15 Hours @ $125.00 Per Hour (California Investigators)  $1,875.00
                    360 Miles @ $0.60 Per Mile                      $190.80

**Expenses**
Airfare                                                          $1,517.20
Hotel                                                             $533.37
Parking - Airport                                                  $52.00
Parking - Court House                                              $18.00
Meals/Perdiem                                                     $140.00
Uber/Taxi                                                         $180.00


**TOTAL AMOUNT DUE:**                                           **$8,281.57**