# TAB 6H

## J Michael Moore

**From:** Delta Air Lines <DeltaAirLines@t.delta.com>
**Sent:** Friday, November 4, 2022 7:56 PM
**To:** J Michael Moore
**Subject:** Your Flight Receipt - JERRY MICHAEL MOORE 07NOV22

<span style="color:red">[EXTERNAL SENDER - PROCEED CAUTIOUSLY]</span>

View as a Web Page



#2061078941
Silver Medallion®

### CONFIRMATION #: HKGDBV

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

### Passenger Info

Name: JERRY MICHAEL MOORE
SkyMiles #2061078941
Silver

| FLIGHT | SEAT |
|---|---|
| DELTA 5149 | 04D |
| DELTA 1678 | 05A |
| DELTA 672 | 03B |

| DELTA 4851 | 10D |
|------------|-----|

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+$^{TM}$ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Mon, 07NOV | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 5149*<br>Main Cabin (Y) | VALDOSTA, GA<br>12:56pm | ATLANTA<br>2:11pm |
| DELTA 1678<br>First Class (J) | ATLANTA<br>3:00pm | LOS ANGELES, CA<br>4:47pm |

| Fri, 11NOV | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 672<br>First Class (C) | LOS ANGELES, CA<br>6:25am | ATLANTA<br>1:35pm |
| DELTA 4851*<br>Main Cabin (B) | ATLANTA<br>3:30pm | VALDOSTA, GA<br>4:35pm |

*Flight 5149 Operated by ENDEAVOR AIR DBA DELTA CONNECTION

*Flight 4851 Operated by ENDEAVOR AIR DBA DELTA CONNECTION

**MANAGE MY TRIP**

**CHECK DELTA DISCOVER MAP FOR YOUR DESTINATION'S ENTRY REQUIREMENTS**

Many destinations have issued travel requirements that may affect your trip. We strongly encourage you to review the Delta Discover Map for the latest on your destination's test, vaccine and quarantine requirements. You may check your eligibility to change or cancel your flight here.

**REAL ID REMINDER**

Effective May 3, 2023, every air traveler 18 years of age and older will need a

REAL ID-compliant driver's license or another acceptable form of ID. Please visit the TSA REAL ID website for more information.

## Flight Receipt

Ticket #: 0062346425686
Place of Issue:
Issue Date: 04NOV22
Expiration Date: 31DEC23

| METHOD OF PAYMENT | |
|---|---|
| AX***********7004 | **$3453.70 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $3173.02 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $237.98 USD |
| United States - Passenger Facility Charge (XF) | $13.50 USD |
| United States - Flight Segment Tax (ZP) | $18.00 USD |
| **TICKET AMOUNT** | **$3453.70 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| Mon 07 Nov 2022 | | VLD-LAX |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

| Fri 11 Nov 2022 | | LAX-VLD |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel







**Book Hotel And Transportation**

**Earn miles by booking your travel accommodations with our hotel and**

**Visit Our Help Center**

**Get all your travel questions answered with information on self-service tools,**

**Update Your Contact Information**

**Make sure your information is update date on your SkyMiles**

**car rental partners ›**

**baggage, SkyMiles, and more ›**

**profile for a more personalized experience and service. View my profile ›**

## Request Special Services

We are here to help. If you need to request special services for your trip, **click here**.

### Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.



Help Center  •  Flight Deals  •  Earn Miles  •  Give Back



Email Preferences | Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero[SM] at delta.com/sustainability.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: VLD DL X/ATL DL LAX1856.74YA0NA0FL DL X/ATL DL VLD1316.28BA7OA0FL USD3173.02END ZP VLDATLLAXATL XF ATL4.5LAX4.5ATL4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

This email was sent to: jmmoore@uga.edu

© 2022 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

**J Michael Moore**

---

| | |
|---|---|
| **From:** | Delta Travel Extras <do.not.reply@Notify.DeltaTravelExtras.com> |
| **Sent:** | Friday, November 4, 2022 8:31 PM |
| **To:** | J Michael Moore |
| **Subject:** | Delta travel confirmation - Nov 7 - (Itinerary # 72424249207484) |

[EXTERNAL SENDER - PROCEED CAUTIOUSLY]



# Thanks!

Your reservation is confirmed. No need to call to reconfirm.

## InterContinental Los Angeles Downtown, an IHG Hotel, Los Angeles

Nov 7, 2022 - Nov 11, 2022

---

See live updates to your itinerary, anywhere and anytime.

**See your itinerary**

---

## Hotel overview



**InterContinental Los Angeles Downtown, an IHG Hotel**

900 Wilshire Blvd, Los Angeles, CA, 90017 United States of America

View hotel Map and directions

**Reservation dates**
Nov 7, 2022 - Nov 11, 2022

**Itinerary #**
72424249207484
Learn about the cleaning and safety practices before your trip begins.

## Check-in and Check-out

**Check-in time**
4:00 PM

**Check-out time**
11:00 AM

**Check-in policies**
Check-in time starts at 4:00 PM
Check-in time ends at midnight
Minimum check-in age is: 18
If a late check-in is planned, contact this property directly for their late check-in policy.

**Special instructions**
Front desk staff will greet guests on arrival.
Guests booked in breakfast included rate plans receive breakfast for up to 2 adults who are sharing a guestroom. Breakfast fees apply for additional guests.

## Room

**Guests**
Reserved for Jerry Moore
1 adult

**Room**
Classic Room, 2 Queen Beds

**Included amenities**
Breakfast for 2

**Room requests**
2 Queen Beds
Non-smoking room

## Price summary

**Price breakdown**

Room price: $1,403.37
4 nights: $301.95 avg./night
11/7/2022: $292.48
11/8/2022: $305.10
11/9/2022: $296.10
11/10/2022: $314.10
Taxes:: $195.59

**Subtotal: $1,403.37**
Collected by Delta

**Due at property: $139.44**
Resort fee: $139.44

**Total: $1,542.81**

Unless specified otherwise, rates are quoted in US dollars.

---

## Additional hotel fees

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:
Breakage deposit: USD 150 per night
Resort fee: USD 34.86 per accommodation, per night

The resort fee includes:

Health club access
Internet access
Phone calls
Additional inclusions

We have included all charges provided to us by the property.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

---

## Rules and restrictions

**Cancellations and changes**

We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. InterContinental Los Angeles Downtown, an IHG Hotel charges the following cancellation and change fees.

**The room/unit type and rate selected are non-refundable.** Should you change or cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

**Pricing and Payment**
**Hotel fees**
The price DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

**Pricing**
Your credit card is charged the total cost at time of purchase. Prices and room/unit availability are not guaranteed until full payment is received.

Some properties request that we wait to submit guest names until 7 days prior to check in. In such a case, your room/unit is reserved, but your name is not yet on file with the property.

**Guest Charges and Room Capacity**
Base rate is for 2 guests.

Total maximum number of guests per room/unit is 4.

Maximum number of adults per room/unit is 4.

Maximum number of children per room/unit is 3.

This property considers guests aged 20 and under, at time of travel, to be children.

Availability of accommodation in the same property for extra guests is not guaranteed.

The fee for extra adults is $30.00 per person.

---

## Need to cancel or make a change to your trip?

Please visit our resource page for guidance. If you need to contact us, please reference **Itinerary #72424249207484** when you call so we can serve you more quickly.

## More help

**About the Hotel**
For special requests or questions about the property, please call the hotel directly at
Tel: 1 (213) 6887777

**About your Reservation**

Visit our Customer Support page.

## Complete your trip



**How will you get around Los Angeles?**
Explore Los Angeles with your own set of wheels
Rent a car

Please do not reply to this e-mail as this mailbox is not monitored.
You are receiving this transactional email based on a recent booking on travelextras-delta.com.

CONTACT US
To contact us or send feedback, please click here.

CST# 2029030-40 © 2022 All rights reserved.

Powered by  Expedia

# Receipt

Delta itinerary: 72424249207484

Purchase date: Nov 5, 2022

## Booking details

### InterContinental Los Angeles Downtown, an IHG Hotel

900 Wilshire Blvd, Los Angeles, CA, 90017 United States of America

Check-in: Nov 7, 2022

Check-out: Nov 11, 2022

1 room x 4 nights

**Classic Room, 2 Queen Beds**

Booked for: Jerry Moore

## Payment details

**Room price**

| | |
|---|---|
| Mon, Nov 7 | $292.48 |
| Tue, Nov 8 | $305.10 |
| Wed, Nov 9 | $296.10 |
| Thu, Nov 10 | $314.10 |
| Taxes & Fees | $195.59 |
| Resort fee<br>Payable at property | $139.44 |

---

| | |
|---|---|
| **Total** | **$1,542.81** |
| Paid | $1,403.37<br>[AmericanExpress 7004] |
| Pay at property | $139.44 |

AMERICAN EXPRESS

ACCOUNT ENDING - 57004

Delta SkyMiles® Platinum

CARD MEMBER

J MOORE

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Nov 7<br>2X Miles | **Chick-fil-A**<br>1100 NORTH SAINT AUGUSTINE RD UNIT 1216<br><br>VALDOSTA<br>GA<br>31601<br>(229) 247-2625<br>http://www.chick-fil-a.com/ | **CHICK-FIL-A #01216 0VALDOSTA GA**<br>Will appear on your Dec 2, 2022 statement as CHICK-FIL-A #01216 0VALDOSTA GA<br><br>CARD<br>J MOORE<br><br>DELTA SKYMILES®<br>2X Global Restaurants    20<br><br>ADDITIONAL INFORMATION<br>000116476 2292472625 | $10.09 |

ACCOUNT ENDING - 57004

Delta SkyMiles® Platinum

CARD MEMBER

J MOORE

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Nov 7<br>2X Miles | **A33-002 WATER**<br>6000 NORTH TERMINAL PKWY<br><br>ATLANTA<br>GA<br>30320-7400 | $3.25 |

**MWJ VENDING HAPEVILLE GA**

Will appear on your Dec 2, 2022 statement as MWJ VENDING HAPEVILLE GA

CARD
J MOORE

DELTA SKYMILES®
2X Global Restaurants                                  6

ADDITIONAL INFORMATION
596582 FAST FOOD RESTAURANT

```
             INDEPENDENT TAXI
             *(800)521-8294*
              *BOOK ONLINE*
             *WWW.LATAXI.COM*

         ****CREDIT CARD SALE****

         ******DRIVER COPY*******
         Merchant ID:          580
         ENTRY METHOD:
         CONTACT CHIP
         AID:     A000000025010801
         APPL. NAME:
         AMERICAN EXPRESS
         ATC:                 0525
         AC:     C73989238BCA5A06
         Mode:              Issuer

         TERMINAL             650
         DRIVER           ****229
         CAB                 1190
         PASSENGERS             1
         DATE      11/7/22  18:11
         START          17:26:49
         END            18:10:56
         TRIP                  96
         Standard Rate 1
         DISTANCE       17.49  mi
         FARE R1          $62.17
         EXTRA             $4.00
         SUB TOTAL        $66.17
         TIP              $16.54
         TOTAL            $82.71
         AMEX              7004
         AUTH             886109
          NO SIGNATURE REQUIRED
         **************************
         10859 SHERMAN WAY CA 913
                    53
             (323)666-0040
```





Let Administrative Services COOP /
RideYellow know how your experience was

$11.37

- - - - - - - - - - - - - - - - - - - - -

Custom Amount × 1                    $11.37
[d23b5d0b] [ccsi_Y_6219] [16326]

- - - - - - - - - - - - - - - - - - - - -

Total$11.37



Administrative Services COOP / RideYellow
1515 W. 190th Street, Suite 250
Gardena, CA 90248
310-715-1968



AMEX 7004 (Contactless)                Nov 8
                                       2022 at
                                       1:39
                                       PM
VALUED CUSTOMER                        #1uic
                                       Auth
                                       code:
                                       889433

- - - - - - - - - - - - - - - - - - - - -

AID: A000000025010801
No CVM

Run your own business?
Start using Square and process $1,000 in sales for free.
Get Started with Square



Receipt Settings

Manage preferences

© 2022 Square  Privacy Policy

1455 Market Street, Suite 600
San Francisco, CA 94103

Map data © OpenStreetMap contributors
© Mapbox  Improve this map





Let Administrative Services COOP /
RideYellow know how your experience was

$13.62

--------------------------------------------------

Custom Amount × 1                    $13.62
[8187a31e] [ccsi_Y_6651] [24168]

--------------------------------------------------

Total $13.62



Administrative Services COOP / RideYellow
1515 W. 190th Street, Suite 250
Gardena, CA 90248
310-715-1968



AMEX 7004 (Contactless)            Nov 8
2022 at
11:54
AM
VALUED CUSTOMER                     #jvlb
Auth
code:
863617

--------------------------------------------------

AID: A000000025010801
No CVM

Run your own business?

Start using Square and process $1,000 in sales for free.

Get Started with Square



Receipt Settings

Manage preferences

© 2022 Square  Privacy Policy

1455 Market Street, Suite 600
San Francisco, CA 94103

Map data © OpenStreetMap contributors
© Mapbox  Improve this map



InterContinental DTLA
Lobby Lounge
900 Wilshire Blvd
Los Angeles, CA 90017
(213) 688-7777

176081123 andrew
------------------------------------------
CHK 57762    TBL 310/1
                    GST 1

310 CC MOORE
11/9/2022 7:26 PM
------------------------------------------
1 Lasagna                    27.00
1 Draft Heineken 16oz        10.00

FOOD                        $27.00
BEER                        $10.00
18% Service Charge           $6.66
Tax                          $4.15
**Total Due**               **$47.81**

Tip:_____ *10.00*

Total:_____ *57.81*

Room Number:_____

Name:_____

Sign:_____

** 18% GRATUITY IS INCLUDED **



InterContinental DTLA - Lobby Lounge
900 Wilshire Blvd
Los Angeles, CA 90017
(213) 688-7777

Check #     : 57762
Table #     : 310
Server      : 176081123 andrew
Acct Num    : XXXXXXXXXXX7004
Expiry Date : **/**
Card Type   : AMEX
Trans Type  : Authorize
Trans Date  : 11/9/2022
Trans Time  : 8:19 PM
Entry Mode  : Chip
Auth Code   : 883392
Resp Code   : 00
Mode        : Issuer
AID         : A000000025010801
ARC         : 00
TVR         : 0000008000
TSI         : F800
IAD         : 06550103602002

00      Approved - Thank You    000

Subtotal    : USD$              47.81

GRATUITY: _____

  TOTAL: _____

X_____
        Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
Customer Copy



InterContinental DTLA
Lobby Lounge
900 Wilshire Blvd
Los Angeles, CA 90017
(213) 688-7777

176081123 andrew
--------------------------------
CHK 57762    TBL 310/1
                     GST 1
      310 CC MOORE
   11/9/2022 7:26 PM
--------------------------------
1 Lasagna                27.00
1 Draft Heineken 16oz    10.00

FOOD                    $27.00
BEER                    $10.00
18% Service Charge       $6.66
Tax                      $4.15
Total Due               $47.81

  Tip: _____ 10,00

Total: _____ 57.81

Room Number: _____

Name: _____

Sign: _____

** 18% GRATUITY IS INCLUDED **

**J Michael Moore**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Thursday, November 10, 2022 7:15 PM |
| **To:** | J Michael Moore |
| **Subject:** | Your Wednesday morning trip with Uber |

[EXTERNAL SENDER - PROCEED CAUTIOUSLY]

## Uber

Total **$10.95**
November 9, 2022

# Total                    $10.95

| | |
|---|---|
| Trip fare | $6.41 |
| Subtotal | $6.41 |
| Marketplace Fee ❓ | $2.14 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Access for All Fee ❓ | $0.10 |
| CA Driver Benefits ❓ | $0.75 |
| Tips | $1.00 |

**Payments**

 **American Express ••••7004**                                    $9.95
11/9/22 9:23 AM

 **American Express ••••7004**                                    $1.00
11/9/22 3:54 PM

A temporary hold of $9.95 was placed on your payment method •••• 7004. This is not a charge and will be removed. It should disappear from your bank statement shortly. <u>Learn More</u>

**Download PDF**

# You rode with Jayson

**5.00 ★** Rating                   Has passed a multi-step safety screen

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

**9:14 AM**

900 Wilshire Blvd, Los Angeles, CA 90017, US

**9:22 AM**

255 E Temple St, Los Angeles, CA 90012, US



Report lost item ›        Contact support ›        My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

# Uber

November 9, 2022

## Here's your receipt for your ride, Jerry

We hope you enjoyed your ride this afternoon.

| Total | $10.31 |
|---|---|

| | |
|---|---|
| Distance | $2.79 |
| Base Fare | $0.10 |
| Time | $3.26 |

| | |
|---|---|
| Normal Fare | $6.15 |
| Surge x1.1 | $6.77 |

| | |
|---|---|
| Subtotal | $6.77 |
| Marketplace Fee | $2.14 |
| Temporary Fuel Surcharge | $0.55 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.75 |

## Payments

 American Express ••••7004
11/9/22 3:04 PM

$10.31

Visit the trip page for more information, including invoices (where available)

---

You rode with Joshua

UberX   2.84 miles | 14 min

2:50 PM | 255 E Temple St, Los Angeles, CA 90012, US

3:04 PM | 900 Wilshire Blvd, Los Angeles, CA 90017, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

specific information from
this receipt.
SURVEY CODE:
0231 6302 5010 1190 7103
Chick Fil A #69
Hartsfield-Jackson Atlanta
International Airport
Atlanta, GA

1178 Digna G
----------------------------------
Chk 7304     MOORE      Gst  0
        Nov11'22 01:53PM
----------------------------------
## Dine In
1 CFA Sand              5.35
1 8pc Nuggets           5.39
  AT828047 XXX7004
  Amex                 11.60

Subtotal               10.74
Tax                     0.86
Payment                11.60

Sales Tax               0.86

We would love to hear from you
regarding your experience today
Your valuable feedback is
crucial in our strive to
constantly provide great guest
service and assist us in
recognizing our associates wh
provide First Class Service
Please visit
MyFoodFeedback.smg.com
You will need to provide
specific information from

```
              Atlanta Airport
           Wolfgang Puck Kiosk
               Concourse D
  11/11/2022                    14:06
  ====================================
               WGP Kiosk
  Check: 2357435

  Server: Jennifer
  Terminal: 235
  ====================================
                  WGP
        1 Diet Mountain De       3.99
          01213405


  ====================================
             Subtotal            3.99
                  Tax            0.32
                Total            4.31


  American Express               4.31
     XXXXXXXXXXX7004
     MOORE/J MICHAEL
            AMERICAN EXPRESS
     CVM: Signature
     Entry Mode: Chip
     Auth Mode: Issuer
     AID: A000000025010801
     TVR: 0000008000
     IAD: 06550103602002
     TSI: F800
     ARC: 00
```

# INTERCONTINENTAL.
LOS ANGELES DOWNTOWN

11-11-22

| | | |
|---|---|---|
| **Jerry Moore** | Folio No.        : | Room No.  :  **6013** |
| **United States** | A/R Number   : | Arrival        :  **11-07-22** |
| | Group Code    : | Departure   :  **11-11-22** |
| | Company        : | Conf. No.   :  **43527766** |
| | Membership No. : | Rate Code :  **IK9VC** |
| | Invoice No.     : | Page No.   :  **1 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 11-07-22 | Facility Fee | | 30.00 | |
| 11-07-22 | Occupancy Tax -Other | | 4.20 | |
| 11-07-22 | LATMD - Other | | 0.60 | |
| 11-07-22 | CA Tourism - Other | | 0.06 | |
| 11-08-22 | Dekkadance-Brkfst-Gratuity | Room# 6013 : CHECK# 19533 | 10.81 | |
| 11-08-22 | Facility Fee | | 30.00 | |
| 11-08-22 | Occupancy Tax -Other | | 4.20 | |
| 11-08-22 | LATMD - Other | | 0.60 | |
| 11-08-22 | CA Tourism - Other | | 0.06 | |
| 11-09-22 | Dekkadance-Brkfst-Gratuity | Room# 6013 : CHECK# 19634 | 10.81 | |
| 11-09-22 | Facility Fee | | 30.00 | |
| 11-09-22 | Occupancy Tax -Other | | 4.20 | |
| 11-09-22 | LATMD - Other | | 0.60 | |
| 11-09-22 | CA Tourism - Other | | 0.06 | |
| 11-10-22 | Dekkadance-Brkfst-Gratuity | Room# 6013 : CHECK# 19762 | 20.81 | |
| 11-10-22 | Lobby Lounge Dinner - Food | Room# 6013 : CHECK# 57946 | 56.52 | |
| 11-10-22 | Facility Fee | | 30.00 | |
| 11-10-22 | Occupancy Tax -Other | | 4.20 | |
| 11-10-22 | LATMD - Other | | 0.60 | |
| 11-10-22 | CA Tourism - Other | | 0.06 | |

# INTERCONTINENTAL.
LOS ANGELES DOWNTOWN

11-11-22

| Jerry Moore | Folio No. : | Room No. : | 6013 |
| United States | A/R Number : | Arrival : | 11-07-22 |
| | Group Code : | Departure : | 11-11-22 |
| | Company : | Conf. No. : | 43527766 |
| | Membership No. : | Rate Code : | IK9VC |
| | Invoice No. : | Page No. : | 2 of 2 |

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| | | Total | 238.39 | 0.00 |
| | | Balance | 238.39 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



OPERATED BY

**HMS**
H O S T

Starbucks T2 Food Court #59500
LOS ANGELES AIRPORT

613 Blanca                                WS#: 22

----------------------------------------
                CHK 458969
            11/11/2022 5:09 AM
----------------------------------------

                **To Go**

1 GR PEP MOCHA                         6.75
    DARK CHOCO CURLS
    DOUBLE
    PEPPERMINT SYRUP
    MOCHA

Subtotal                             $6.75
Tax                                  $0.64
Payment                              $7.39
**hange Due**                     **$0.00**
Amex                                 $7.39
XXXXXXXXXXX7004

----------- Check Closed -----------
            11/11/2022 5:09 AM


        We value your feedback!
    Scan the QR code below to share
            your experience.



https://hmshost.com/contact/
        STOREID: LAXSTA38

# Uber

November 11, 2022

## Thanks for tipping, Jerry

We hope you enjoyed your ride this afternoon.

## Total                                                          $62.71

Trip fare                                                                 $22.87

| | |
|---|---|
| **Subtotal** | **$22.87** |
| Reservation Fee | $16.00 |
| Marketplace Fee | $7.99 |
| Temporary Fuel Surcharge | $0.55 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.75 |
| LAX Airport Surcharge | $4.00 |
| Tips | $10.45 |

## Payments

| | | |
|---|---|---|
|  | American Express ••••7004<br>11/11/22 4:12 AM | $52.26 |
| | American Express ••••7004<br>11/11/22 4:13 AM | $10.45 |

A temporary hold of $52.26 was placed on your payment method •••• 7004. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode with Felipe

UberX    17.26 miles | 21 min



■    3:51 AM | 900 Wilshire Blvd, Los Angeles, CA 90017, US

■    4:12 AM | Gates 30 - 139, Los Angeles International Airport (LAX), Los Angeles, CA 90045, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.