# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **CENTRAL CALIFORNIA**

U.S. District Court case number: **2:21-cv-06689-RGK-(JCx)**

Date case was first filed in U.S. District Court: **August 18, 2021**

Date of judgment or order you are appealing: **January 20, 2023, January 30, 2023**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Best Price Distributors, LLC, a California limited liability company; Khaled M. Ahmed, an individual; Sandra S. Cervantes aka Sandra Ahmed, an individual

Is this a cross-appeal?  ☉ Yes   ○ No

If Yes, what is the first appeal case number? **23-55162**

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

City:                    State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Robert A. Klein   **Date** 2/25/2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Best Price Distributors, LLC, a California limited liability company; Khaled M. Ahmed, an individual; Sandra S. Cervantes aka Sandra Ahmed, an individual

Name(s) of counsel (if any):

> Robert G. Klein
> Law Office of Robert G. Klein

Address: 8383 Wilshire Blvd., suite 935

Telephone number(s): (833) 997-5529

Email(s): robert@kleinlitigation.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Michael Andew Robinson; Grabba Leaf, LLC

Name(s) of counsel (if any):

> Thomas J. Speiss III

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                              *1*                              *Rev. 12/01/2018*